# CrEATe A STORY
## ADULT
# CoLoRING
# BOOK



















Case 1:20-cv-02699-JEB    Document 1-1    Filed 09/22/20    Page 13 of 175

















































































































































































No, no, what else...

You'll have to ask Michael Cohen, Michael is my attorney, you'll have to ask Michael...









































The Trump Tower meeting with the Russians was about adoptions...

Hit him, I'll pay your legal fees...

No it was about getting dirt on Hillary Clinton...

She's a fat pig...

The FBI is a mess...

Pocahontas...

He's a Rat!

Carly Fiorina. Look at that face; Would anyone vote for that?

Michael Flynn is a good guy...

Paul Manafort is a good guy...

I didn't know nothing about no payment...

He worked for me for a very little time...













































































