# THE REPUBLICAN...

AN ORIGINAL SCREENPLAY

BY: SHERMAN L. FIELDS

" THE REPUBLICAN " is the story of greed, racism, and a man that is willing to betray his own country in order to achieve power.

CAST OF CHARACTERS

DON WHITE- 70 year old White male

THOMAS MERGATROYD-White male

IESHIA SCOTT-Black female

JACKIE RODRIGUEZ-Hispanic female

RYAN FREEMAN-White male

VAN JOHNSON-Black male

CAROLE SOFER-White female

BROOKE KOTTLER-White female

CICELY PRIDE-65 year old White female

ALYCE THEODORE-White female

ROBERT SCAFFIDI-White male

STEVE HOCK-White male

YASMINE WHITE-Female of foreign descent

ILLEANA WHITE-White female

TIFFANY WHITE-White female

DON WHITE JR.-White male

EDDIE WHITE-White male

BARRY WHITE-10 year old white male

PRESIDENT VLADIMIR PUTIN-RUSSIAN

MIKHEIL BOGACHEV-Russian

BRAD DICKEY-White male

DMITRY ZAKHAROVA-Russian

BORIS PESKOV-Russian

TINA GARCIA-Hispanic female

MANUEL GARCIA-10 year old hispanic male

CARA GARCIA-8 year old hispanic female

ALISYN CAMERON-White female

ANDY CUOMO-White male

BEN WOLFE-Black male

MITT PLAKIAS-White male

CARLY FOXEN-White female

MARCO TROYA-Cuban male

JEB LUTZ-White male

ANTHONY COOPER-White male

MEGAN LANG-White female

CAST OF CHARACTERS

ROSIE O'GRADY
BILLY PRIDE-White male
SIMON NIGEL-English male
RONALD BOUDOT-JEWISH WHITE MALE
PAUL RONNIE-White male
JASON CHASE-White male
CASEY SHORT-White male
ANDY GEBBIA-White male
MARIA-Hispanic female
CHRIS CHRISTINE-White male
RUDY JULIAN-White male
CORY LEWIS-White male
WALTER MULLEN
KELLY CONNOR-White female
STEPHEN BREIT-White male
LARRY O'KEEFE-White male
FRANCES DENARD-Black male
ALLY STEWART-White female
ERIN BURNS-White female
NEWT GIN-White male
SHAWN HANS-White male
JAMES MONEY-White male
RON DOLLENBERG-White male
KATHY DOLLENBERG-White female
LAUREN DOLLENBERG-White female
HOWARD AVIKI-White male
DARREL BROOKS-Black male
DAVID SMITH-Black male
OTIS WOODS-Black male
LITTLE GIRL ON BIKE-6 year old female
LITTLE BOY ON BIG WHEEL-4 years old
PILOT-White male
GRAND WIZARD-White male

FADE IN:

Where we SEE HEAVY TRAFFIC in MANHATTAN, NEW YORK. The day is warm, a guy wearing nothing but underwear strums a guitar in Times Square, two guys in animated costumes wrestle on the sidewalk, a man on a bicycle speed along wearing biker tights and a cap, he has headphones in his ear.

EXT: HIGHRISE BUILDING-WHITE TOWER-DAY

The building is all glass, in excess of fifty stories. Above the entrance to the building a sign in gold letters read " WHITE TOWER ".

BILLIONAIRE DON WHITE stands amid a cluster of Media personalities, newspaper and television reporters, spectators. Flash bulbs go off in a constant, yet deliberate strobe, people are yelling, vehicles pass by out on the nearby street. DON WHITE is wearing a suit and a RED HAT, the hat reads " THE GOOD OLD DAYS " in white letters.

DON WHITE holds up his hand demanding silence.

THEN:

DON WHITE

> I'm not a Politician. I'm running
> for the Presidency of the United
> States so I can restore Law and
> Order, I want to take America back
> to the days of our Founding Fathers,
> I want to take America back to the
> good old days...

REPORTER

> what do you mean by " the good
> old days " Mr. White? Please
> elaborate.

DON WHITE

> The Country is at grave risk
> of being taken away from us. The
> Current President have spawned a
> gang of Thugs that call themselves
> the Black Lives Matter group, we
> have a Country full of illegal
> mexicans, there are Muslim terrorist
> everywhere, black people are shooting
> everyone...

REPORTER

> How did you come to that
> conclusion?

DON WHITE ignores that question.

> DON WHITE
>
> I'm going to bring jobs back.
> I'm a businessman, don't no
> one know the job market like
> me. I'm telling you I'm going
> to take America back to the
> Good Old days.

DON WHITE waves, turns and walks into WHITE TOWER.

INT: NEWSROOM

BROOKE KOTTLER, a NEWSROOM news anchor sits at the news desk.

> BROOKE KOTTLER
> (talking into camera)
>
> Billiomnaire Don White just gave
> an impromptu news conference in
> front of White Tower, he vowed
> to take America back, and I'm
> quoting, " To the Good old days."
> I want to bring my panel in now
> to discuss this.

WIDE SHOT where we SEE two women and two men sitting across the desk from BROOKE KOTTLER.

> BROOKE KOTTLER
>
> I'm sitting here with Political
> Commentators JACKIE RODRIGUEZ,
> RYAN FREEMAN, IESHIA SCOTT and
> VAN JOHNSON.
> Okay. Now we all saw Don White's
> impromptu news conference in
> front of White Tower; What do
> you think? Van, you first.

> VAN JOHNSON
>
> What Don White said was racist.
> Black people shooting everybody,
> The Black Lives Matter group a
> group of Thugs spawned by our
> Black President, A Country full
> of Mexicans and Muslims everywhere.
> He's showing us all who he really is.

RYAN FREEMAN

I don't agree, I think Mr. White
is just stating the facts...


IESHIA SCOTT
(angry)

What facts?!


BROOKE KOTTLER

Let him finish, you will get
your turn.


RYAN FREEMAN

Thank you Brooke. Like I was saying,
the facts are the facts. Shootings
among African Americans are on the rise,
over seven hundred murders in one year
in Chicago alone. The Black Lives Matter
groups are common Thugs, looting and
assaulting people. Illegal immigrants
are crossing the border in record
numbers committing crimes, and Muslims
have Americans on a Hit List. Nothing
Mr. White said was racist, it was the
truth.


IESHIA WHITE



didn't commit all seven hundred plus
murders in Chicago, and because Black
people are tired of being murdered by
those sworn to protect us they have
to be Thugs...


RYAN FREEMAN

I said the looters...


IESHIA SCOTT
(Yells)

No! Let me finish. You said
the Black Lives Matter Groups.
And if you want to talk about

4

IESHIA SCOTT
(Continued)

...facts, Immigration is down, and
all Muslims isn't terrorist, we have
Muslims on the front lines in our
Military fighting so you and Don
White can live freely here in America,
and like I said, what you and Don
White both said is racist.


BROOKE KOTTLER

Can we all just take a break?
Jackie go ahead.


JACKIE RODRIGUEZ

I agree with Ieshia and Van, what
Don White said is racist. But what
really gets me is the fact that he's
talking about taking America back to
the Good old days when the Founding
Fathers ruled the Country. Let's talk
about that: The Founding Fathers was
for Slavery, the murder of native Americans,
blacks, hispanics and Asians, women were
second class citizens; Is that what Don
White mean when he say the Good old days?


RYAN FREEMAN

Y'all are taking this too far,
nobody is trying to go back to
Slavery, that's ludicrous.


VAN JOHNSON

We're taking Don White at his word, he
said that black people are shooting
everyone, mexicans are everywhere,
so he want to take it back to the
Good old days when The Founding
Fathers ruled.


BROOKE KOTTLER

It do sound kind of...


She shrugs her shoulders.

                        BROOKE KOTTLER

            Do you really think Don White
            will win the Republican nomination
            though?


                        VAN JOHNSON

            I don't, but it still doesn't take
            away from the fact that what he said
            is incredibly offensive.


                        BROOKE KOTTLER

                    I agree.


EXT: HIGHWAY-DAY

Where we SEE a BLUE TOUR BUS traveling down the road. A picture of
Seventy year old CICELY PRIDE adorn the exterior of the vehicle with
the words AMERICAN PRIDE.


INT: TOUR BUS-CONTINUOUS

CICELY PRIDE sits among her team, her Campaign manager ROBERT
SCAFFIDI, her friend and assistant, ALYSE THEODORE, and her Chief
strategist STEVE HOCK.


                        ROBERT SCAFFIDI


                        CICELY PRIDE

            We need the black and hispanic
            vote, the women, the white working
            class...


                        ROBERT SCAFFIDI

            Traditionally they vote Democrat
            anyway.


                        CICELY PRIDE

            That's in the General, right now
            I'm trying to beat WALTER MULLEN,
            another Democrat for the Democratic
            nomination.

ROBERT SCAFFIDI

Walter can't nor won't beat us,
plus the DNC is on our side, they
want a true Democrat in office, not
an Independent Socialist.


CICELY PRIDE chuckles.


CICELY PRIDE

You've always had a way with words.


EXT: AUDITORIUM

Where we SEE a crowd of people with signs that read " AMERICAN PRIDE "
and " WE RIDE WITH CICELY PRIDE."

From a distance we SEE a black SUV turn into the Parking Lot followed
by CICELY PRIDE'S tour bus and two more black SUV's.


INT: TOUR BUS-CONTINUOUS

ALYSE THEODORE is looking out the window.


ALYSE THEODORE

There's a lot of people here.


CICELY PRIDE, ROBERT SCAFFIDI and STEVE HOCK looks out the window,
people are screaming, waving excitedly.

They wave back but the people can't see them through the darkened
bus windows.

The TOUR BUS follows the lead SUV into the Auditorium Parking Garage,
and once the other two SUV's enter the garage the garage door closes
behind them.


INT: WHITE TOWER-PENTHOUSE APARTMENT

DON WHITE and his Campaign Manager THOMAS MERGATROYD is sitting in
matching chairs watching TV. The NEWSROOM with BROOKE KOTTLER is on,
JACKIE RODRIGUEZ, RYAN FREEMAN, IESHIA SCOTT and VAN JOHNSON is on
the TV as well.


THOMAS MERGATROYD

We just need to stay focused on

THOMAS MERGATROYD
(Continued)

...Our agenda, who cares what those
people  in the Newsroom say.


DON WHITE

I have a long memory...


BROOKE KOTTLER
( On TV )

Cicely Pride will be coming to
the stage in a moment and when
she do I'll go live to the venue.


THOMAS MERGATROYD

She's the one we need to be worried
about, CRAZY WALTER isn't going to
be the nominee.


DON WHITE picks up his phone and tweets:


INT: NEWSROOM-CONTINUOUS

BROOKE KOTTLER picks up her phone and looks at the tweet.


being unfair to me, they're in bed
with Crooked Cicely."


VAN JOHNSON

What?! It's funny, but it's
not funny, that man is crazy.


RYAN FREEMAN

Everything Don White say it's dissected,
misinterpreted and flat out switched up
to be something that it's not...

8

IESHIA SCOTT

Please. Cry me a river. Don
White is a racist, bigot with
the brain of a spoiled child.


BROOKE KOTTLER

Here we go. Cicely is coming
to the stage...


INT: WHITE TOWER

DON WHITE and THOMAS MERGATROYD watch CICELY PRIDE on TV as she walk
up to the podium on the stage. The Auditorium is full, people are
everywhere waving signs.


INT: AUDITORIUM-CONTINUOUS


CICELY PRIDE

Hello Pennsylvania!


The Crowd erupts in applause.


CICELY PRIDE

Did anybody see the news conference
that Don White gave in front
of White Tower today?


THE CROWD
(In unison)

Yeah!


CICELY PRIDE

This man is the most divisive, racist,
bigoted man that I've ever met, his
entire campaign is all about separating
the Country...


INT: WHITE TOWER

DON WHITE is still watching CICELY PRIDE on the TV, he has his phone
in his hand tweeting .

INT: NEWSROOM-CONTINUOUS

BROOKE KOTTLER looks at her phone.

> BROOKE KOTTLER
>
> Don White is still tweeting. He said,
> " CROOKED CICELY said that I'm divisive,
> she called me racist, a bigot. NOT NICE."

> IESHIA SCOTT
>
> I guess the truth hurt.

INT: AUDITORIUM

> CICELY PRIDE
>
> We need Criminal Justice Reform and
> we need to hold police accountable
> for the murders of unarmed black and
> brown men. I've talked to the mothers
> that have lost their sons, the kids
> that have lost their fathers...

INT: NEWSROOM

> BROOKE KOTTLER

> VAN JOHNSON
>
> Cicely Pride do support our law
> enforcement officers, what she
> don't support is rogue police
> officer's that commit murder...

> JACKIE RODRIGUEZ
>
> Don White don't care if police is
> murdering black and brown young
> men, he's the devil...

> BROOKE KOTTLER
>
> Come on now, that's harsh.

JACKIE RODRIGUEZ

He don't care, Brooke.


BROOKE KOTTLER

I was talking about the devil
part.


JACKIE RODRIGUEZ

The truth is the truth.


IESHIA SCOTT

I think he's evil too, he don't care
about black and brown people, he's
indirectly talking about enslaving us
again, giving police the green light
to murder us, If he win the election
we're in trouble.


RYAN FREEMAN

Here we go with this slavery stuff
again. I think it's dangerous for
you or anyone else to be perpetuating
that kind of falsehood, especially
in todays racially charged climate.


IESHIA SCOTT

It's okay for Don White to make
racial statements, ambiguities and
classifications, but it's dangerous
for us to call it what it really is?
Give | me a break.


JACKIE RODRIGUEZ

I don't even know why we're getting
all worked up over Don White, he'll
never be President anyway.


INT: WHITE TOWER-HOME OFFICE-NIGHT

DON WHITE sits at his huge oak desk reading a book that say RUSSIA on
the cover and the spine of the book. The clock up on the wall puts the

1

time of day at 4:15 AM. Through the glass walls overlooking the city hundreds and hundreds of lights stretch across the landscape illuminating the darkness.

DON WHITE holds the book in his left hand while reaching out to grab a glass of water on the desk; He takes a sip. His eyes never leaves the pages of the book.

YASMINE WHITE walks through the door, she's DON'S WIFE. YASMINE is tall, pretty and of foreign descent. She's dressed in a nightgown.

                    YASMINE WHITE

              Honey, come back to bed.

DON WHITE looks up at her.

                     DON WHITE

               I can't sleep.

YASMINE walks around the desk and sits in DON'S lap.

                    YASMINE WHITE

              What are you reading?

                    YASMINE WHITE

                   Russia?

                    DON WHITE

              MIKHEIL gave me the book.

                    YASMINE WHITE

              Is it a good book?

                    DON WHITE

              It's interesting.

YASMINE gets up, and as she walk out of the office:

                    YASMINE WHITE

              Come back to bed.


EXT: WHITE TOWER-MORNING

DON WHITE walks out of the Highrise building with his personal security, MIKHEIL BOGACHEV and BRAD DICKEY. There are two black SUV's sitting at the curb, DON WHITE and MIKHEIL BOGACHEV walks over to the lead vehicle and get into the back. BRAD DICKEY walks over and gets into the back of the second SUV. As they pull away from the curb, we:


INT: SUV-CONTINUOUS

A partition separates DON WHITE and MIKHEIL BOGACHEV from the two security guards in the front seat.

                    MIKHEIL BOGACHEV

              What do you think about the
              book boss?


                    DON WHITE

              I've met Putin a couple of
              times, I like him.


                    MIKHEIL BOGACHEV

              He's a good guy, weak people
              don't like him because they
              fear him.


                    DON WHITE

              You're friends with him?


                    MIKHEIL BOGACHEV

              I am. He wants me to tell
              you that he can help you
              become President.


                    DON WHITE

              How?

1.

MIKHEIL BOGACHEV

He made what happened in the
U.K. possible.

DON WHITE looks at MIKHEIL.

MIKHEIL BOGACHEV

Just say the word boss.

DON WHITE

Do you have a plan?

MIKHEIL BOGACHEV

I do.

EXT: CENTRAL PARK-DAY

Where we SEE a lone man sitting on a bench, he appears to be taking in
the scenery. Another guy walks up to him, it's MIKHEIL BOGACHEV.

MIKHEIL BOGACHEV
(talking to the man)

Dmitry, how are you, my friend?

Ah Mikheil, have a seat.

MIKHEIL sits down on the bench beside DMITRY.

DMITRY ZAKHAROVA

Did you talk to him?

MIKHEIL BOGACHEV

I did, he wants in.

                    DMITRY ZAKHAROVA

          And he's willing to accept our
          deal?


                    MIKHEIL BOGACHEV

          I didn't tell him what we want
          in return.


                    DMITRY ZAKHAROVA

          And why not?


                    MIKHEIL BOGACHEV

          I don't want to scare him away,
          I would rather we make him beholden
          to the Kremlin first and then
          we tell him what Putin wants.


                    DMITRY ZAKHAROVA

          Tell me more.


                    MIKHEIL BOGACHEV

          No one here in America knows
          my true identity, they all
          think I'm LEONARD STARKEY, just
          some guy that protects DON WHITE.
          The plan is simple. Before it
          gets to the point where the American
          Government start to do in depth
          investigation into the lives of
          everyone associated with Don
          White he's firing me. That way
          I can be the go between between
          White and Moscow while staying
          out of the public eye.


DMITRY ZAKHAROVA nods his understanding.


                    DMITRY ZAKHAROVA

          Tell Mr. White that Putin
          welcomes him to the party.


MIKHEIL BOGACHEV smiles.

INT: AUDITORIUM

The REPUBLICAN NATIONAL DEBATE is underway, DON WHITE stands at his
podium on stage between MITT PLAKIAS and BEN WOLFE to his right. CARLY
FOXEN, MARCO TROYA and JEB LUTZ is to his left. The MODERATORS, ANTHONY
COOPER and MEGAN LANG sits at a desk not far away. The Auditorium is
filled to capacity.

ANTHONY COOPER

Mr. White, how do you propose
stopping illegal immigration?

DON WHITE

We need to stop these people from
entering our country. If I'm
elected President I will build
a big beautiful wall on the border.

ANTHONY COOPER

Even if that was a possibility it
would cost tax payers billions of
dollars.

DON WHITE

No it won't, I'll one hundred
percent make Mexico pay for it.

MITT PLAKIAS

Mr. White I respect your, let's call
it, um your vision, but you just don't
have a clue, you have no foreign policy
experience whatsoever, this isn't your
reality show, the Assistant, this is
real life you can't just order someone
to pay for a border wall.

DON WHITE

I have more foreign policy experience
than everyone on this stage...

16

MARCO TROYA

I don't believe you do...


DON WHITE

There go Little Marco. We need to
check your papers; Are you an
American citizen?


THE AUDIENCE
(collectively)

ooooh!


MARCO TROYA

Just because I'm latin it doesn't
mean that I'm not American Mr. White.


CARLY FOXEN

There's no need to offend anyone.


DON WHITE

With a face like that you should
be offended.


BEN WOLFE

Are you serious?


DON WHITE

Sleepy smurf is awake. Ben you've
been sleep so long I forgot that
you were next to me.


BEN WOLFE

I'm not sleep. Trust me, I'm
just bidding my time Mr. White.


JEB LUTZ

Mr. White is trying to insult his
way to the Presidency, that's not
going to work.

DON WHITE

I'm not insulting anyone, you
attack me and I attack back.


JEB LUTZ

No one attacked you Mr. White,
you...


DON WHITE

Lie Lie Lie that's all you do.
Why are you here Jeb? You're
just as washed up as the rest
of your family.


MEGAN LANG

Okay guys, we need to continue.
Mr. White, you've called women
you don't like dogs, pigs...


DON WHITE holds up his finger signaling that he want to respond.


DON WHITE

Only Rosie O'Grady.


MEGAN LANG

People say that you don't have respect
for women. For example, you just told
Carly Foxen, in essence that she has
an ugly face.


DON WHITE

Don't no one respect women more
than me.


INT: CICELY PRIDE'S HOME

CECILY PRIDE and ALYCE THEODORE sits on the couch in the living room
watching the debate on TV.

                    DON WHITE
                    (On TV)

...Carly Foxen attacked me first,
you didn't say nothing about her
attacking me.

                ALYCE THEODORE

I can't believe this guy wants
to be President, he's dumb as a
box of rocks.

                CECILY PRIDE

I've known him a long time, I
always thought he was an intelligent
guy, he hid the real Don White so
well.

                    DON WHITE
                    (On TV)

I heard you say that I have small
hands so something else must be small,
I assure you there is no problem there.

ALYCE THEODORE'S hand flies up to her mouth in disbelief.

                ALYCE THEODORE

    Is he talking about what I think
    he's talking about?

                CICELY PRIDE

        His penis.

                ALYCE THEODORE

        Oh my god. Is he
        serious?

CICELY'S husband, BILLY PRIDE walks into the room. He bends down
and kisses Cicely on the lips then he takes the remote control and
turns the TV off.

                    BILLY PRIDE

        I was watching that in the other

BILLY PRIDE
(continued)

...room, the Republicans have went off
the rails, they've turned this Presidential
race into a clown show, a circus.


CECILY PRIDE

I would love to run against
Don White.


BILLY PRIDE

You would beat the pants off him.


CECILY PRIDE

I intend to.


EXT: RESTAURANT-MANHATTAN, NEW YORK-NIGHT

Three black SUV's  pull up and DON and YASMINE WHITE gets out of the
vehicles with their security. As if on cue several paparrazi run up
with cameras flashing.


PAPARRAZI ADAM

Mr. White, you really went in on


DON WHITE

I could have said Mitt drop to your
knees, he would have dropped to
his knees.


PAPARRAZI ADAM laughs.


PAPARRAZI ADAM

What about Carly Foxen?

DON WHITE

She has a face that only a mother
can love.

20

Security holds the restaurant door open and YASMINE walks in followed by DON WHITE.

INT: RESTAURANT-CONTINUOUS

DON and YASMINE are met by OSCAR, the owner of the restaurant.

                    OSCAR

          Mr. and Mrs. White, this
          way please.

DON and YASMINE follows OSCAR as he leads them back to a reserved table in the restaurant. The other patrons stare, several take out their camera and take pictures.

At the table YASMINE and DON sits down. Security strategically take up positions nearby.

                    OSCAR

          Do you want the usual,
          Mr. White?

                    DON WHITE

          That will be fine.

                    OSCAR

          And you Mrs. White?

                    YASMINE WHITE

          Yes...With Ranch dressing please.

OSCAR walks off to fulfill the order.

                    YASMINE WHITE

          Honey I don't like how Megan
          Lang attacked you at the debate.

                    DON WHITE

          She's a real bitch. I'm not
          backing down from her.

YASMINE WHITE

And you shouldn't.


DON WHITE

I think she's jealous. Before I met
you she was coming on to me left and
right, I could have had her if I
wanted her.


YASMINE WHITE

Well I'm glad you didn't, had her,
because now you have the best.


EXT: JFK AIRPORT-RUNWAY-DAY

The huge passenger plane touches down with a squeak of the wheels as
the rubber meets the asphalt runway.


INT: AIRPORT-CONTINUOUS

Where we SEE NIGEL SIMON, the guy responsible for separating Britain
from the European Union. We TRACK WITH him as he walks towards the exit
door and exits the building. He enters a black SUV, and as the vehicle
pull away, we:


INT: WHITE TOWER


DON WHITE

I can't do this without my family.
I know I'm going to win this thing,
all I ask is that you all bear with me.

DON JR.

Dad I'm all in.


EDDIE

So am I.

22

TIFFANY raises her hand.

                         TIFFANY

                    I'm in.


                         ILLEANA

                    We're a family, we're doing
                    this together.


RONALD BOUDOT walks in, he's ILLEANA'S husband. He leans in and kisses
ILLEANA.


                         RONALD BOUDOT

                    Did I miss something?


                         DON WHITE

                    You're right on time.


RONALD sits down beside ILLEANA.


                         DON WHITE

                    I'm just asking the family if
                    they're with me all the way...


                         RONALD BOUDOT

                    I've been there since day one and
                    I'll be here at the end.


DON WHITE'S maid, MARIA walks in.


                         MARIA

                    Mr. White, there's a Nigel Simon
                    downstairs, he said you're expecting
                    him.


                         DON WHITE

                    Tell him to come on up, and bring him
                    into my office Maria.

DON WHITE gets to his feet.

                    DON WHITE

          Thomas, Ronald, Don Jr. and
          Eddie come with me.

They all get up and follow DON WHITE to his office.

                    EDDIE

          Dad, who is Nigel Simon?

                    DON WHITE

          He's the guy that liberated Britain
          from the European Union. A smart guy.

                    EDDIE

          Is there something I need to know?

                    DON WHITE

          You will know everything, that's
          why you're here.

                    DON WHITE

          Maria close the door behind
          you.

MARIA walks out, closing the door.

DON WHITE shakes NIGEL'S hand.

                    DON WHITE

          How was your flight Nigel?

                    NIGEL SIMON

          It was good.

24

                    DON WHITE

                  Have a seat.


He walks around and sits down at his desk. NIGEL SIMON sits down in a
chair amongst everyone else.


                    DON WHITE

            You know Thomas here. This is my
            son Don Jr., my son Eddie, and my
            son in law Ronald.


                    NIGEL SIMON

            It's okay to discuss this with
            them here?


                    DON WHITE

            You and Thomas are great friends so you
            know he's trustworthy, everyone else is
            my family, they're loyal to me.


NIGEL nods his understanding.


                    NIGEL SIMON

            I met Putin a few years back on a trip to
            Moscow. We got along fine, I like the man,
            he's strong, decisive, and he knows how to
            govern.
            I hired a bodyguard a couple of years ago
            named Mikheil, Mikheil came to see me one
            day and convinced me to separate Britain
            from the EU. At first I thought he was
            crazy, there is no way, but the more I listened
            the more convinced I became. Shortly thereafter
            Putin sent an operative over to assure me that
            it could and should be done, and he would help
            me. I went for it and the rest is history.


                    RONALD BOUDOT

            What's in it for Russia? For Putin?


                    NIGEL SIMON

            Putin just want Russia, and those of us
            that stand with him to be wealthy and
            powerful, what all nations aspire to be.
            Look, NATO is a bust, they're just using

NIGEL SIMON
(continued)

...America for protection, they don't
even pay their fair share. China is
running rough shod over the entire Asian
region and conspiring with North Korea
to blow us all off the map. If me, you
and Putin came together we could rule the
world, and on top of that Putin is going
to show you how you can hold the Presidency
forever if that's what you want to do.


DON JR.

How did Russia help you win?


NIGEL SIMON

Okay. When everyone look for election rigging
they search for malware and the usual malicious
cyber activity, the obvious, but the Russians
have advanced their technique to the point of
it being virtually undetectable, they've designed
a system where both paper and electronic ballots
are, in laymens terms, trashed. The way it works
is, if every eligible voter votes or not it will
show that only half of the voters voted. It will
count all of your votes while discarding the
majority of your opponents votes.


DON JR.


NIGEL SIMON

I was skeptical too, but as you know it worked
for me. Because it shows that only about 50%
of the people voted the only way it can be detected
is if trustworthy people stand at every voting
station in America and not only collect the
paper ballots but they would have to hand count
every person, properly identify them, and keep
them all there in one place until after the
election; It's impossible. Plus America is a
well oiled machine, some would say that you are
overconfident in your ability to detect any kind
of fraud, and Russia is going to make your opponent
look so bad, even if everyone vote for him or her,
they're going to think that others didn't.

DON WHITE

If we can pull this off, I believe
partnering up with you and Putin will
be a good thing. I want to be President
and I'm loyal to those that are loyal
to me.


NIGEL SIMON

It worked for me, trust me when I say
that it will work for you.


THOMAS MERGATROYD

Don, we can do this.


DON WHITE

We're in business.

He stands, reaches across the desk and shakes NIGEL'S hand.


DON WHITE

We're in business.


INT: CICELY PRIDE'S HOME-BEDROOM-MORNING

The room is silent, dark, but we see two unmoving forms sleeping
peacefully in bed. A thin ray of light penetrates the curtain where
the fabric fail to connect with the window frame.


We HEAR a PHONE RING; Once, twice, three times. CICELY PRIDE sits up
in bed and turns on the bedside lamp before answering the phone.


CICELY PRIDE

Hello?


She listens intently and then grabs the remote control and turns the
TV on. She turns the Channel to a Right Wing news station.

There are two men and a woman sitting on a couch, the men are BYRON
SORENSON and TONY ITSINES. The woman is KIMBERLY CEPHAS.

                    BYRON SORENSEN

          This is a big deal, Cicely Pride
          should be disqualified from running
          for President.


                    KIMBERLY CEPHAS

          She should be prosecuted for this,
          she thinks she's above the law.


BILLY PRIDE sits up in bed next to CICELY, he wipes the sleep from
his eyes.


                    BILLY PRIDE

            Babe, what is it?


                    CICELY PRIDE

          Alyce just called me and said that
          my emails were hacked and this Right
          leaning news channel and the Republicans
          are claiming that it was because I had
          a private server. They're saying that's
          illegal.


                    BILLY PRIDE


                    TONY ITSINES
                     ( On TV )

          The left can't shield her this time.
          With what happened in Benghazi, and now
          this...


BILLY PRIDE leans over and hugs CICELY.


                    BILLY PRIDE

          To hell with the Right, they're
          just trying to distract you.


BILLY releases Cicely from his embrace and she puts the phone back
up to her ear.

                    CICELY PRIDE

              Alyce, I want you, Robert
              and Steve here ASAP.


EXT: NEW YORK CITY-DAY

Where we SEE two black SUV's pull up to a Red Light.


INT: SUV-CONTINUOUS

DON WHITE and RONALD BOUDOT is in the back of the vehicle.


                    DON WHITE

              How much did you tell Illeana?


                    RONALD BOUDOT

              She was upset, wondering why she
              wasn't called into the office with
              the men.


                    DON WHITE

              She's my heart, I love her, but Illeana
              thinks I'm squeaky clean and I want that
              to continue. Also I believe that women
              have their place, and men have theirs.


                    RONALD BOUDOT

              I want to talk to you about that.
              There's this impression of you that
              you don't respect women. I think
              you should hire a woman as your
              campaign manager.


                    DON WHITE

                    Illeana?


                    RONALD BOUDOT

              No, she's your daughter, people expect
              you to be nice and respectful to her,
              we need someone else.

DON WHITE

Who?

RONALD BOUDOT

I don't know, let me think
it through.


The SUV stops in front of the ABC news building and DON WHITE and
RONALD BOUDOT gets out with three security guards. We STAY WITH them
as they enter the building.


INT: ABC STUDIOS

JACQUI SZABO, an ABC NEWS PRODUCER meets DON WHITE in the hallway.


JACQUI SZABO

Hi Mr. White, I'm Jacqui, I'm
the Producer.


DON WHITE

Pleased to meet you.


JACQUI SZABO

Follow me please.


JACQUI SZABO

George will be talking to
you just in general terms
about your campaign.


DON WHITE

I know George, he can ask
me anything.


JACQUI SZABO

Okay. If you're ready just walk
out there and George will   meet
you on set.

30

DON WHITE walks out on stage and GEORGE is sitting facing an empty seat. As DON WHITE walks up, GEORGE stands and shakes his hand.

                        GEORGE

                How are you, Mr. White?

                        DON WHITE

                I'm doing fine George.

                        GEORGE

                Have a seat.

Both men sit down.

                        GEORGE

                First I want to ask you about
                Cicely's email scandal. What
                do you think about it?

                        DON WHITE

                To be honest George, I think she
                should drop out of the race. She
                broke the law. From my understanding
                there was classified information all
                over her servers and whoever hacked
                her got it.

                        GEORGE

                Well they haven't said whether any
                classified information was hacked
                or not.

                        DON WHITE

                But it's common sense George, if
                you have classified information
                on your server and your server is
                hacked, the hackers got classified
                information.

31

GEORGE

I want to ask you about Megan
Lang, she said that you don't
respect women...

DON WHITE

George no one respects women
more than me. No one.

GEORGE

Nevertheless she did say it though.
How do you get people to see that
you do respect women?

DON WHITE

George I've always been nice to
Megan Lang, but that day for some
reason she had blood coming out
of her eyes, blood coming out
of her...wherever. She's just out
to get me.

GEORGE

Blood coming out of her wherever?

I'm really really rich George. My father
gave me a small donation and I took that
and built a multi-billion dollar company.
I know how to bring jobs back to our
Country George...

GEORGE

Will you be releasing your taxes?

DON WHITE

I don't need to release my taxes, I'm
worth ten billion dollars, that's all
you need to know.

GEORGE

But every Presidential candidate in the
last sixty, seventy years have released
their taxes.


DON WHITE

I'm being audited, when the audit is
done I'll release them.


GEORGE

When will it be done?


DON WHITE

I don't know, but when it's done
you'll see them.


GEORGE

There are some Republicans that say
you're not a Republican, like JOHN
CAIN...


DON WHITE

John Cain couldn't beat the democrats,
I can...


GEORGE

John Cain is an American hero, people
listens to him...


DON WHITE

He's not a hero, he was captured, I like
hero's that don't get caught.


GEORGE

So you're saying that because he was
captured he's not a hero?


DON WHITE

George the only people that care about that
is the dishonest media. I'm going to bring

                    DON WHITE
                    (continued)

back jobs, I'm going to stop  illegal
immigration, I'm going to build a big
beautiful wall, and Mexico is going to pay
for it...


                    GEORGE

Mexico said they're not paying for the
wall.


                    DON WHITE

They'll pay for it, I promise you that.
We're going to get these  people out of
our Country...


                    GEORGE

     I want to talk about White University.


                    DON WHITE

     I could have settled that suit for very
     little, I didn't settle because I've done
     nothing wrong...


                    GEORGE


                    DON WHITE

     There's a mexican Judge on the case, he
     should recuse himself...


                    GEORGE

     What does his race have to do
     with it?


                    DON WHITE

     I'm building a wall George.

                        GEORGE

          Okay, you're building a wall, but what
          do his race have to do with it?


                        DON WHITE

          George I've always been nice to you, you
          know I don't have to be.


                        GEORGE

          The President came out yesterday and said
          that you're unfit to be the leader of the
          Country, he's not the first person that have
          said that...


                        DON WHITE

          The President is unfit to be the leader
          of this Country, he's not even an American
          Citizen, he was born in Kenya.


                        GEORGE

          The President is an American Citizen,
          we all saw his birth certificate.


                        DON WHITE

          People have told me that the
          Presidents birth certificate
          is a fake.


                        GEORGE

          Do you really believe that?


                        DON WHITE

          Yeah I believe it.


INT: SUV

DON WHITE and RONALD BOUDOT rides in the back of the vehicle shielded
from the two security guards in the front.

DON WHITE

George wasn't nice to me, if we
weren't on TV I would have hit him.


RONALD BOUDOT

You did all right.


DON WHITE

Where do the President get off on
questioning whether I'm fit to be
President? If this was the old days
he wouldn't be President.


He's silent for a moment.

THEN:


DON WHITE

He would probably be hanging from a
white man's rope by now.


INT: NEWSROOM-DAY

BROOKE KOTTLER sits at the anchors desk with IESHIA SCOTT, RYAN
FREEMAN, VAN JOHNSON, and CAROLE SOFER.


and Van Johnson are Cicely Pride
supporters. Ryan Freeman and Carole
Sofer are Don White supporters.


BROOKE turns to CAROLE SOFER:


BROOKE KOTTLER

Don White did an interview this morning
on another Network. First I want to talk
about what he said about the President.
For years now he has spearheaded the
birther movement claiming that our
President is Kenyan, not American, and
today he stood by that even claiming that
the Presidents birth certificate is a
fake.

CAROLE SOFER

Brooke we all know that our President
was born in America, I don't even know
why this is still an issue, we should
be focused on things like the economy
and bringing jobs back like Mr. White
said.


IESHIA SCOTT

It's still an issue because Don White
have made it an issue, and continues to
make it an issue. From day one he has
repeatedly set out to delegitimize our
first black President, he created the
birther movement and he keeps pushing
this issue just as he did this morning.


VAN JOHNSON

Brooke let me say something. Don White
is a racist that can't stand the fact that
a black man is the leader of this Country...


RYAN FREEMAN

What bothers me is that you're so quick
to play the racist card...


VAN JOHNSON

I'm not playing the racist card, we're
talking about race because Don White
keeps trying to delegitimize our first
African American President.


RYAN FREEMAN

Mr. White was asked a question and he
answered it, I don't know why you're
making a big deal out of it, we all know
that the President was born in America
and is an American Citizen, but Don White
is entitled to think the way that he do.


IESHIA SCOTT

And we have a right to call him a racist.

BROOKE KOTTLER

Alright, let's move on.
Don White said that no one respects women
more than he do, then he said that blood
was coming out of Megan Langs eyes, out
of her wherever...


CAROLE SOFER

That didn't bother me, he was just making
a reference to how angry she was.


BROOKE KOTTLER

Come on Carole.


IESHIA SCOTT

He was referring to a womans period, her
vagina, he's a sexist pig.


CAROLE SOFER

Oh he don't respect women when he call
them a pig, but you can sit here and
call him a sexist pig and it's all
right?


RYAN FREEMAN


VAN JOHNSON

I fault him for disrespecting all women,
it's Megan, it's Rosie, it's Carly Foxen.


IESHIA SCOTT

Do you know what's disturbing to me? How
Carole, a woman, can defend Don White's
actions.

CAROLE SOFER

I'm not defending anyone, I just don't
believe he said anything outrageous.


BROOKE KOTTLER

Let's talk about what he said
about John Cain.


VAN JOHNSON

Now that's disturbing. John Cain is an American
hero, he fought for us while Don White was
dodging the draft.


RYAN FREEMAN

Again, John Cain attacked Mr. White. Is
he supposed to sit back and just let
everyone attack him?


IESHIA SCOTT

You still don't disparage our American
hero's.


CAROLE SOFER

I think everyone needs to just stop
with the attacks.


BROOKE KOTTLER

I agree.
Now, why do you think Don White
is refusing to release his taxes?


IESHIA SCOTT

He's hiding something.


CAROLE SOFER

No he's not, he said he will release
them after the audit.

BROOKE KOTTLER

Other Presidential Candidates have
released their tax returns under audit.


RYAN FREEMEN

But Mr. White isn't the ordinary
Candidate, he has hundreds and hundreds
of businesses.


VAN JOHNSON

What do that have to do with him releasing
his taxes?


CAROLE SOFER

All people want to know is how much is he
worth, he told you he's worth ten billion
dollars.


IESHIA SCOTT

I don't believe he's worth ten billion
dollars. In addition to that we want to
know how much taxes he pay, how much money
he give to charity; We want to know his
business ties to foreign entities.


CAROLE SOFER


BROOKE KOTTLER

Sixty seven percent of the American people
care about it though.


EXT: TRAIN-DAY

From a distance we SEE the train speeding through the Countryside among
wide open prairie, knee length grass sway in the wind as if it's dancing
to a silent chorus of when the saints go marching in.


INT: TRAIN-CONTINUOUS

A man sits in a train car all alone, his face is hidden by the newspaper

that he's reading.

At the back of the train car the door opens and another man steps into the car. We STAY ON HIS LEGS as he walk down the aisle to where the man with the newspaper is sitting.

The man with the newspaper licks his thumb and turn the page. We SEE that it's DMITRY ZAKHAROVA.

                    DMITRY ZAKHAROVA

                Have a seat Mikheil.

MIKHEIL BOGACHEV sits down beside DEMITRY ZAKHAROVA.

                    DMITRY ZAKHAROVA

                What did Mr. White think about
                the emails?

                    MIKHEIL BOGACHEV

                Anything we do to let him know that
                we're on his side is welcome.

                    DMITRY ZAKHAROVA

                Good. Good. I have a P.O. Box number
                for Mr. White. Tell him that any
                direct communication is safer through
                the regular mail.

DMITRY ZAKHAROVA hands MIKHEIL BOGACHEV an envelope.

                    DMITRY ZAKHAROVA

                This P.O. Box is near our Maryland
                compound. Any thoughts, any questions
                that he's not willing to share with
                you should be directed to that box.
                There's another P.O. Box in New York
                City, that's where Mr. White will get
                his response. Tell him to have Mr.
                O'KEEFE to check it weekly.

                    MIKHEIL BOGACHEV

                What can Mr. White expect next?

41

DMITRY ZAKHAROVA

Putin will send someone from the Kremlin
to meet Mr. O'KEEFE in PRAGUE, Putin seems
to think this meeting is necessary. Tell
Mr. White that the Passport and other documents
in the envelope is for Mr. O'KEEFE's safe and
undetectable passage into Prague, as well as
his return.

MIKHEIL BOGACHEV

Are there any more emails coming?

DMITRY ZAKHAROVA

There will be more emails, we will keep
them coming throughout the Presidential
race.

MIKHEIL BOGACHEV

And...

DMITRY ZAKHAROVA

(Interrupting)

One minute Mikheil. Tell Mr. White that

we will make sure that he have a complete
Republican Congress at his disposal.

MIKHEIL BOGACHEV

I'll pass the message on to Mr. White. I've
also been told that there are rumblings from
Democrats and top tier Republicans that are
against Mr. White that a smear campaign is
underway and it will be focused on Mother Russia.

DMITRY ZAKHAROVA

We expect that. We will handle the Democrats,
tell Mr. White that he need to focus on draining
the swamp, getting rid of those Republicans that
are not falling in line.

MIKHEIL BOGACHEV

I'll tell him.


INT: WHITE TOWER

DON WHITE'S boardroom is now his " War Room ", there are maps everywhere, TV screens on every available major news channel. We SEE DON WHITE, ILLEANA WHITE, DON WHITE JR., EDDIE WHITE, RONALD BOUDOT, THOMAS MERGATROYD, GOVERNOR CHRIS CHRISTINE, RUDY JULIAN and CORY LEWIS.


RUDY JULIAN

Black people just isn't
our voters

DON WHITE

I think we can get them.

DON JR.

Dad I don't know, Rudy might
be right.

DON WHITE

I think we can get them, we'll just
promise them jobs...


RUDY JULIAN laughs.


RUDY JULIAN

They don't want jobs they want a handout,
they want us to take care of them.

DON WHITE

We'll just promise them the world, isn't
that what all politicians do anyway? Also
we have a couple of respected pastors, black
pastors on our side that can help us get the
black vote. We also have Omarossa, Mike
Tyson, Don King...

4

RUDY JULIAN

Those pastors are nobodies, most
black people have never even heard
of them, they're just using you to
become known. As for Omarossa, Mike
Tyson and Don King, they're just a
few washed up F-List Celebrities...


DON WHITE

We can't win with just the white vote,
according to every fucking politician
in the country but I know this is
going to be another Brexit.


EDDIE WHITE

I'm with you dad no matter what, we
will pound into the head of white voters
that white people is fast becoming the
minority in our own country and that's
a scary thing.


DON JR.

Black people can't get past slavery, Mexicans
want to take over our country, Indians hate
us, muslims want to kill us, if we're ever
the minority in our own country we're in
trouble, that's a message that white people
will get behind.


But we have to be extremely careful about
how we proceed with that message. I think
most white people despise racism, and if
they think we're trying to separate the
Country by race they will rebel.


ILLEANA WHITE

We shouldn't inject race into it at all,
we can be political and have a different,
but constructive message and still win.


DON JR.

I love you little sister, but you're wrong
this time, this campaign is all about race,
it have to be about race if we're going to
sustain a win. Let's be real, everyone is

                    DON JR.
                  (Continued)

          ...racist, but we're so afraid
          to show our true feelings.


                 ILLEANA WHITE

             I'm not racist.


                    DON JR.

          Will you walk down a dark street at
          night with a black guy?


                 ILLEANA WHITE

               I will.


                    DON JR.

          And we will never see you alive
          again.


INT: NEWSROOM

Where we SEE BROOKE KOTTLER and ANTHONY COOPER sitting at the Anchors
desk. Up on the Screen we SEE ELECTION RESULTS.

SUPERIMPOSE: Two weeks later.


              ANTHONY COOPER

          The results are in. Don White is
          the Republican nominee. And the
          Democrats have chosen Cicely Pride
          as their nominee.


              BROOKE KOTTLER

          But forreal though, did anyone
          think that the nominee's would
          be anyone else?


              ANTHONY COOPER

          Walter Mullen ran a tough campaign,
          he brought in some huge crowds.

                    BROOKE KOTTLER

          But it was clear that Cicely would
          win the nomination.


                    ANTHONY COOPER

          Now the real fight begins.


                    BROOKE KOTTLER

          I agree. These two candidates
          couldn't be more different. Don
          White, the brash, outspoken
          billionaire, and Cicely Pride,
          the first woman ever nominated by
          a major party.



                    ANTHONY COOPER
                    (Into the camera)

          Don White have won the Republican
          nomination for President. And the
          Democrats have nominated Cicely
          Pride. Don White and Cicely Pride
          is the Republican and Democrat
          Candidates, one of these two
          will be our next President.


INT: AUDITORIUM

Where we SEE a packed stadium. Cicely Pride is standing on the stage
at the podium.


                    CICELY PRIDE

          We finally broke the glass ceiling.


The Crowd erupts in applause.


                    CICELY PRIDE

          Now the real work begins. But first
          let me say that I want to be the

                        CICELY PRIDE
                        (Continued)

         ...President for all Americans, whether
         you're white, black or brown it doesn't
         matter, Christian, Muslim or any other
         religion, whether you're gay or straight,
         Republican or Democrat.


CICELY takes a sip of water.


                        CICELY PRIDE

         I'm not running a divisive campaign, I'm
         focusing on the things that really matter.
         Our President have brought our economy back
         from the brink of collapse, he has made it
         to where every American can have health
         care and I want to continue down that path.
         The other candidate want to give tax relief
         to the top one percent, he want to take
         health care away...


The CROWD BOO'S


                        CICELY PRIDE

         Don't boo, vote. I want you to go to the
         polls and vote, take everyone you know
         along with you. We can't let my opponent
         get anywhere near the Oval office, we can't
         let him get his hands on our nuclear codes,
         this man is dangerous...


INT: NEWS STUDIO-RIGHT WING NEWS STATION

DON WHITE is sitting in a chair across from RIGHT WING OPINION
COMMENTATOR SHAWN HANS.


                        SHAWN HANS

         The left want to portray you as a danger
         to our democracy and our way of life, they
         say that you're racist, you're a bigot,
         you want to take us to war; What do you
         say about that?

DON WHITE

I'm not a racist, I just don't want
terrorist and illegals in our
Country Shawn. And Chicago is the
perfect example of what happens when
crooks have guns.


SHAWN HANS

To be clear, most, if not all of the
crooks that's shooting people in
Chicago is black.


DON WHITE

Yeah, murders among blacks have skyrocketed,
we have to protect our country.


SHAWN HANS

I agree with you. It seems like all you
want is for us to be safe, so tell me
why do the left continuously try to
vilify you?


DON WHITE

They're playing politics Shawn. I'm not
a racist I employ blacks and mexicans in


SHAWN HANS

Again, I agree with you. Another thing:
The left won't even say Radical Islamic
Terrorist.


DON WHITE

The Democrats want to let these terrorist
into our country knowing they have evil
intentions. I, Don J. White is calling
for a complete ban on Muslims entering
our Country, I don't want them here.

48

SHAWN HANS

That's why we all like you because you
speak the truth, you don't subscribe
to this politically correct stuff.
Now, the left is saying that you can't
get nowhere near the nuclear codes, where
is these nuts coming up with this craziness?

DON WHITE

Let me address that. I like war, I will
bomb the shit out of all of them, North
Korea, China, Iran, Europe. And I don't
see no problem with Japan having a Nuclear
bomb, the left is a bunch of pansies.

SHAWN HANS

Let's talk about Russia.

DON WHITE

I like Putin, he's a strong
leader.

SHAWN HANS

Will you try to have a better
relationship with Russia?

DON WHITE

Having a good relationship with Russia
is a good thing, not a bad thing, only
stupid people would disapprove of that.

SHAWN HANS

Again, I agree..

DON WHITE

I'm going to do a lot of good things
for this country.

EXT: NEW YORK, CITY-DAY

AERIAL VIEW where we SEE the depth of the skyscrapers. The Hudson River
snakes through the land like a blue/gray reptile, and vehicles traverse
the streets below scurrying along like tiny ants. As Day turns to
NIGHT, we,

INT: WHITE TOWER

Where we SEE DON WHITE standing at the window in his office looking out into the night. We HOLD for a BEAT, and then we,


INT: CICELY PRIDE'S OFFICE-CONTINUOUS

Where we SEE CICELY PRIDE standing at the window looking out into the night. We HOLD for a BEAT, and then we,


EXT: MANSION-CONTINUOUS

Where we SEE DMITRY ZAKHAROVA standing on a balcony looking out into the night. We HOLD for a BEAT, and then we,


EXT: WHITE TOWER-CONTINUOUS

Even at night people are walking by, the hustle and bustle of New York City is alive and thriving.


INT: WHITE TOWER-DON WHITE'S HOME OFFICE-CONTINUOUS

DON WHITE is still standing in the window looking out into the night. Behind him  ATTORNEY LARRY O'KEEFE walks in and closes the door behind him.

DON WHITE turns around.


                         DON WHITE



                       LARRY O'KEEFE

                          I did.

                         DON WHITE

                          And?


LARRY O'KEEFE pulls out the envelope and hands it to DON WHITE.


DON WHITE sits down and opens the envelope. He removes the contents. There's a Passport and other documents. There's also a letter.

DON WHITE reads the letter silently to himself. When he's through he hands the Passport and other documents to LARRY O'KEEFE.

> DON WHITE
>
> These are for you, you're going
> to Prague.

> LARRY O'KEEFE
>
> Prague?

> DON WHITE
>
> Putin is sending someone from the Kremlin
> to meet you there, they claim that this
> meeting is essential.

> LARRY O'KEEFE
>
> I guess I'm going to Prague then. The
> question is, how do I get there without
> leaving a trail?

> DON WHITE
>
> I have the instructions right here. It
> say drive to a private piece of land in
> Upstate New York, a map should be in the
> documents that I just gave you. From there
> you will be flown via private plane under
> radar to El Paso Texas. From El Paso you
> will walk across to Juarez Mexico where
> you will be driven to another private plane.
> From there you will be flown to Prague.

> LARRY O'KEEFE
>
> How will I know who to meet at every
> stop?

DON WHITE reads the instructions silently to himself.

THEN:

> DON WHITE
>
> They will have someone there to meet
> you, they will know who you are.

EXT: PRIVATE PLANE-DAY

The small private plane is a mere speck in the vast blue sky. UP
CLOSE we HEAR the HUM of the motor and SEE TWO MEN occupying the
aircraft.

INT: PRIVATE PLANE-CONTINUOUS

LARRY O'KEEFE sits in the passenger seat beside the pilot. Both men
are wearing headsets.

                              PILOT

                    Make sure you're strapped in,
                    we're about to land.

BELOW we SEE a DIRT LANDING STRIP, the plane systematically starts
to descend.

The plane lands with ease and we SEE an old red Chevrolet at the end
of the Runway, a guy is standing next to the vehicle.

The plane taxi's to a stop a few feet away from the man.

                              PILOT

                    Good luck.

1t.

                        LARRY O'KEEFE

                        I'm Larry.

                        THE MAN

                    Is that the name on your documents?

                        LARRY O'KEEFE

                            No.

                        THE MAN

                    Then you're not Larry.
                    Get in the car.

LARRY walks around to the passenger side and gets in the car. The man gets in behind the steering wheel, he starts the car and drives West.

                    THE MAN

            I will drop you off just North of
            the border, blend in with the other
            people crossing the bridge and you
            will be okay. They very seldom stop
            people that look like you when you're
            on feet, but if they do stop you just
            show your passport and any other
            documents requested. Once you're across
            the bridge you will be met by another
            driver; Do you understand?


                    LARRY O"KEEFE

              I understand.

They continue driving for another Mile before the man pulls over and let's LARRY O'KEEFE out.


                    THE MAN

            Follow instructions and
            you'll be fine.


INT: NEWSROOM

Where we SEE ANTHONY COOPER at the anchors desk.


                    ANTHONY COOPER

            We have Breaking News. Don White
            have fired Thomas Mergatroyd and
            hired Republican strategist KELLY
            CONNOR to lead his campaign. And
            according to our sources he has
            brought on STEPHEN BREIT, the CEO
            of the Alt. Right Social Media
            website BB. I have my panel here
            with me...


WIDE SHOT where we SEE a black guy named FRANCES DENARD, a white lady named ALLY STEWART, also VAN JOHNSON and IESHIA SCOTT is there.

ANTHONY COOPER

Don White hired Kelly Connor to
run his campaign, this is interesting.

IESHIA SCOTT

Everyone can see what this is, Don
White have a problem with women
voters so he hires a woman to deceive
everyone into believing that he likes
women.

ALLY STEWART

No, I know Kelly, she's very talented,
she's respected, I think Mr. White
brought her on because she know how
to win.

ANTHONY COOPER

You have to admit though, his timing
is impeccable, he needs women voters
so Kelly Connors is a great choice.

VAN JOHNSON

I know Kelly Connors, and I agree with
Ally, she's very talented, she's respected,

FRANCES DENARD

I think the American people get that
Mr. White isn't a politician so he
make mistakes that politicians wouldn't.
Kelly Connors will help the American
people understand that.

ANTHONY COOPER

Let's talk about Stephen Breit. He's
the CEO of BB, the Alt. Right Social
media website that's very controversial.
He pushed Don White's birther movement
and they cater to racism and bigotry.

VAN JOHNSON

A Leopard don't change his spots Anthony.
Don White is showing us who he really is
and I've always been told that when some-
one show you who they are, believe it.


ALLY STEWART

So we're back to the racist stuff again?


IESHIA SCOTT

Don White was sued for refusing to rent
his properties to black people, he called
for the death penalty for four African
Americans and one latin young man that
were innocent, he said that a Latino Judge
couldn't do his job because he's mexican.
From the things he has said it's clear
he's racially bias when it comes to
minorities, and now he go out and hire
the leader of the Alt. Right; What have
I said that doesn't sum up who Don
White really is?


FRANCES DENARD

Mr. White isn't racist, I'm a black man,
do you really think I would vote for a
racist?


VAN JOHNSON

Are you black? Because you sure don't
act like it.


FRANCES DENARD

I am black, and just because I'm conservative
you want to question that?


VAN JOHNSON

This have nothing to do with whether you're
conservative or liberal, Democrat or
Republican, this is about you supporting
a man that hate you because of the color
of your skin.

5

ALLY STEWART

Don White don't hate black people.


FRANCES DENARD

Don White is a good man, he just want
what's best for the Country.


VAN JOHNSON

Even in slavery days when they were killing
our fathers and brothers, raping our mothers
and sisters, we still had Uncle Tom on the
sideline saying, Yes sir, Master, you're
doing a good job, you're a good man Master.


FRANCES DENARD

Are you saying that I'm Uncle Tom?


VAN JOHNSON

If the shoe fit wear it.


ANTHONY COOPER

Emotions are high, let's all just take
a breath.


ANTHONY COOPER

We'll be back.


EXT: PARK-DAY

SUPERIMPOSE: PRAGUE CZECH REPUBLIC

Where we SEE LARRY O'KEEFE walking along a dirt path. He's walking toward
another man.

BORIS PESKOV is PUTIN'S right hand man, he slows down as LARRY O'KEEFE
approaches.

When the two men meet on the path BORIS PESKOV turn and start walking
with LARRY O'KEEFE.

> BORIS PESKOV
>
> How was your trip?

> LARRY O'KEEFE
>
> It was quite interesting.

> BORIS PESKOV
>
> But safe?

> LARRY O'KEEFE
>
> It was safe.

> BORIS PESKOV
>
> Good.

They walk in silence

THEN:

> LARRY O'KEEFE
>
> Are you from Russia?

> BORIS PESKOV
>
> I'm from Russia.

> LARRY O'KEEFE
>
> Why Prague?

> BORIS PESKOV
>
> Why not Prague?

They walk in silence.

THEN:

> LARRY O'KEEFE
>
> Why is this meetinmg so important?

BORIS PESKOV stops and looks at LARRY.

                    BORIS PESKOV

              I have something for you.

He reaches in his pocket and pulls out an envelope similar to the one
that DMITRY ZAKHAROVA sent to DON WHITE.

                    BORIS PESKOV

                    Open it.

He hands the envelope to LARRY O'KEEFE.

LARRY opens the envelope and pulls out several pictures and a stack of
documents. He starts looking at the pictures.

                    LARRY O'KEEFE

                    What's this?

                    BORIS PESKOV

              First let me say that Putin have no
              intentions of using anything you have
              there. Mr. White is a smart man he

              What's this?

                    BORIS PESKOV

              When Mr. White was in Russia a few years
              back he wanted some Prostitutes, so we
              provided them to him.

                    LARRY O'KEEFE

              And you took photo's of him being
              intimate with these women?

BORIS PESKOV

No, those are stills from a video
recording.

LARRY O'KEEFE

So you shot video of it?

BORIS PESKOV

We videotape all of our whores
in action.

LARRY looks at some of the documents in his hand.

LARRY O'KEEFE

And what's this?

BORIS PESKOV

First, Mr. White has tricked the
American people into believing he's
worth ten billion dollars and that he own
billions of dollars worth of real
estate; He's not worth ten billion dollars,
and most of the real estate with his name
on it he don't own, those are copies of
Mr. White's tax returns and other important
financial documents.

LARRY O'KEEFE
(angry)

How did you get these?!

BORIS PESKOV

We have access to everything, my friend.

LARRY O'KEEFE

What else do you have?

BORIS PESKOV

Emails where Mr. White is calling your
current President a nigger, he's calling
the mexican Judge a wetback. There's emails

BORIS PESKOV
(continued)

...from and to a Thomas Mergatroyd where he
and Mr. White are discussing how to attack
the media and make everyone believe that
they're dishonest. There are emails showing
that Mr. White's wife is having an affair
with one of his security guys. We also have
taped conversations of Mr. White telling
Putin tnat he will run for President and if
he win...

LARRY O'KEEFE

Okay, Okay, what do you want?

BORIS PESKOV

Nothing, we just want Mr. White
to win.

LARRY O'KEEFE

But why the blackmail material?

BORIS PESKOV

We just want to keep Mr. White
honest with Russia.

Mr. White isn't going to be happy
about this.

BORIS PESKOV

You're looking at this the wrong way,
this is a good thing.

LARRY O'KEEFE

In America treason carries the death
penalty, Mr. White isn't going to see
this as a good thing.

BORIS PESKOV

We know American law, we just want Mr. White
to understand that we know.

BORIS turns and walks away as LARRY O'KEEFE stands there looking at his retreating back.

INT: TOWNHALL FORUM-NEW YORK CITY-DAY

DON WHITE is sitting in a chair across from GEORGE. All around them the audience sits quietly.

> GEORGE
>
> American Intelligence agencies have put out a report saying that Russia hacked the DNC and put Cicely Pride's emails out through wicked leaks.

> DON WHITE
>
> Russia isn't hacking, everytime there's some hacking they blame Russia.

> GEORGE
>
> But seven different intelligence agencies are saying that Russia is responsible for the hacks.

> DON WHITE
>
> I don't believe it.

> GEORGE
> (incredulous)
>
> You don't believe our intelligence agencies?

> DON WHITE
>
> I don't George. But I wish Russia would hack Cicely's emails.

DON WHITE looks around and finds the camera. He looks straight into the lens.

> DON WHITE
>
> Russia, if you're listening I hope you can find the thirty thousand emails that Cicely Pride claim that she can't find.

                    GEORGE

        You're asking Russia to illegally hack
        into your opponents emails?


                   DON WHITE

        George I'm going to bring jobs back, I'm
        going to build a wall, I'm the law
        and Order candidate.


                    GEORGE

        That message invigorates your core group
        of loyal supporters but...


                   DON WHITE

        George I could go out there and shoot
        somebody and I wouldn't  lose no
        supporters.


                    GEORGE

        How are you going to reach out to black
        and Latino voters?


                   DON WHITE

He turns and looks out into the  Audience, he spots a black man with
a " The Good Old days " hat on. He points in his direction.


                   DON WHITE

        That's my African American
        over there.


                    GEORGE

        The polls show that black and Latino's
        aren't supporting you.


                   DON WHITE

        The polls are  wrong George, I'm going to
        win the black and Latino vote and I'm going

> DON WHITE
> (continued)

...to Win big, It's going to be
another Brexit, watch what I tell
you.


GEORGE

You said some things about Latino's
that a lot of people deem racist.


DON WHITE

We have to get the illegals out of our
country, they're hiding in Sanctuary
cities, which we have to get rid of
George, they're coming over here having
anchor babies. Look, when Mexico send
their people over here they're Murderers,
they're rapist, they're bringing drugs.


GEORGE

And you think you're getting the Latino
vote?


DON WHITE

I'm going to win and I'm going to
win big.


GEORGE

I want to ask you about the five innocent
minority kids that you took out a full
page ad asking that they get the Death
Penalty. Do you owe them an apology?


DON WHITE

No I don't, they confessed to the
crime.


GEORGE

But it was later revealed that the confession
was coerced and they were innocent.

DON WHITE

Well George I'm going to bring jobs
back, I'm going to build a wall...

GEORGE

Thank you Mr. White, I appreciate
your time.

INT: WHITE TOWER

We HOLD on the exterior of DON WHITE'S PENTHOUSE DOOR. As we PAN THROUGH
the CLOSED DOOR we HEAR MOANING, the SOUNDS OF SEX.

We move through the Penthouse and the SOUNDS OF SEX INTENSIFIES. As we
come upon the BEDROOM DOOR, we HOLD on the door.

We PAN THROUGH the closed BEDROOM DOOR where we start to see clothes
littering the floor; A man's shirt, a woman's blouse, a skirt, a bra,
panties, shoes. The SOUNDS OF SEX IS LOUD.

We come upon the bed and we SEE YASMINE WHITE and security guard BRAD
DICKEY having sex. It's hot, passionate, steamy. We HOLD on them for a
BEAT and then we PAN BACKWARDS retracing our steps, through the room,
out the bedroom door, through the apartment; The SOUNDS OF SEX start to
fade and then diminish altogether as we PAN backwards through the
PENTHOUSE door. At the door we HOLD, then:

EXT: WHITE TOWER-CONTINUOUS

The numbers light up one at a time as the elevator ascend to the Penthouse.

The elevator opens into the Penthouse, all is silent. DON WHITE leaves
his security and walk to the bedroom, the bed is made up, there are
no more clothes on the floor.

YASMINE WHITE comes out of the closet fully clothed.

YASMINE WHITE

Hi babe.

She walks up and kisses DON WHITE on the mouth.

DON WHITE

George is an asshole.

YASMINE WHITE

Do you want to talk about it?

DON WHITE

Maybe later.

He turns and walks out of the bedroom. We STAY WITH him as he walks over to his home office. DON WHITE sits down at his desk.

A moment later YASMINE walks in and sits down across the desk from DON WHITE.

YASMINE WHITE

What did George do?

DON WHITE

What the media always do, insinuate
that I'm racist, that I'm a bad guy...

YASMINE gets up, walks around the desk and sits in DON WHITE'S lap. She kisses him.

YASMINE WHITE

I know you're a good guy.

She kisses him again.

DON WHITE

Where is Maria?

YASMINE WHITE

She works so hard for us I gave her
the day off...

6!

                    DON WHITE

              She deserve some time off.

YASMINE gets up.

                    YASMINE WHITE

                 Are you hungry?

                    DON WHITE

              What did you cook?

                    YASMINE WHITE

                   Funny.

                    DON WHITE

              I'm not hungry.

                    YASMINE WHITE

          Okay. I'll be in the bedroom if
          you need me.

~~She walks out of the office.~~

A moment later the PHONE RINGS.

DON WHITE turns around and answers the phone. He listens, then,

                    DON WHITE

                 Send him up.

He hangs the phone up then turns back around. He's staring out the
window again where we SEE a helicopter far off in the distance in the
sky, a nude woman in the window of a nearby apartment building cleans
furniture with a towel in her livingroom, a flock of birds form a
perfect V as they fly by...

LARRY O'KEEFE walks in and closes the office door behind himself.   DON
WHITE turns around.

DON WHITE

How was Prague?

LARRY takes out the envelope that he got from BORIS PESKOV and throws
it on DON WHITE'S desk. Then he sits down in a chair across from DON
WHITE.

LARRY O'KEEFE

Not good.

DON WHITE picks up the envelope and dumps the contents out on his desk.
He picks up the pictures and looks at them.

DON WHITE

What the hell is this?!

LARRY O'KEEFE

Pictures of you and...

DON WHITE

I know what it is Larry, but what
the hell is it? Am I being blackmailed?

LARRY O'KEEFE

Yes, but the pictures isn't even
the worst of it.

DON WHITE drops the pictures and picks up the documents, LARRY stays
quiet as he silently reads through the papers.

DON WHITE
(mumbles)

Son of a bitch.

He puts the documents down.

DON WHITE

What do they want?

LARRY O'KEEFE

They claim that they don't want
nothing, they just want you to
win and stay honest with Russia.

DON WHITE

No one presents this type of
stuff for nothing.

LARRY O"KEEFE

I agree.

DON WHITE

What do they want?

LARRY O'KEEFE

Read the transcript of the conversation
that you had with Putin in Russia, if

Don White picks up the transcripts and silently reads them.
After a couple of minutes he puts the documents down.

DON WHITE

It was a joke Larry.

LARRY O'KEEFE

Putin didn't take it as a joke.

DON WHITE

How do we get out of this?

                    LARRY O'KEEFE

          Sabotage your own campaign so you'll
          lose.


                    DON WHITE

          I can try, but I don't think I can
          lose, the Russians got it rigged
          for me to win.


                    LARRY O'KEEFE

          Well continue to play nice, if we
          show the Kremlin that we're willing
          to work with them and that we're on
          their side...


                    DON WHITE

          I really do like Putin, I'll write
          him a letter and assure him that I'm
          still on his side. The way I work
          is that I'm loyal to my friends and
          I consider Putin a friend, if He
          scratch my back I'll scratch his back.


                    LARRY O'KEEFE

          We have to convince Putin that you're
          his friend then, we're in too deep
          to get out now.


INT: TOWNHALL

Where we SEE DON WHITE sitting across from SHAWN HANS


                    DON WHITE

          Russia isn't hacking us, it's most
          likely China, or some four hundred
          pound kid with a computer.


INT: AUDITORIUM

Where we SEE DON WHITE standing before a crowd of people.


                    DON WHITE

          If Putin likes Don White I consider
          that an asset.

INT: TOWNHALL

Where we SEE DON WHITE sitting down with GEORGE.

                    DON WHITE

            American Intelligence was wrong
            about Iraq having weapons of mass
            destruction just like they're wrong
            about Russian hacking.

INT: AUDITORIUM

Where we SEE DON WHITE standing before a crowd of people.

                    DON WHITE

            The Left want us to hate Russia, but
            I like Putin, he's a strong leader.

INT: INTERNATIONAL HOUSE OF PANCAKES-HOUSTON, TEXAS-DAY

DMITRY ZAKHAROVA sits at a table alone, he's eating pancakes, reading
a magazine.

At the front of the Restaurant the door opens and MIKHEIL BOGACHEV
ENTERS. We STAY ON HIM as he walks back and sits down across from

            Ah Dmitry, how are you?

                    DMITRY ZAKHAROVA

            Have you ever read this magazine,
            Unique Homes? Such beautiful
            residences.

He pushes the magazine to the side.

                    DMITRY ZAKHAROVA

            Why might I add, is there not any
            homes from Mother Russia in this
            issue? We have beautiful residences
            too.

70

MIKHEIL BOGACHEV

Everything in Russia is beautiful.


DMITRY ZAKHAROVA

You're right. Now let's talk about
Mr. White. I like what he's doing,
what he's saying. Putin likes it.


MIKHEIL BOGACHEV

He's worried about the pictures,
the transcripts...


DMITRY ZAKHAROVA

Tell him don't be nervous we're
on his side.


MIKHEIL BOGACHEV

I told him that.


DMITRY ZAKHAROVA

Don White is an egomaniac, a narcissist,
tell him that Putin likes how strong he
is, tell him we know he will be a great
leader.


MIKHEIL BOGACHEV

I think he needs to tone down the
rhetoric, he's making a lot of people
nervous, and a lot of people suspicious.


DMITRY ZAKHAROVA

He's doing fine Mikheil, the more people
that hate Don White the greater the
victory.


MIKHEIL BOGACHEV

I just worry about American Intelligence,
we really don't have a full scope of their
abilities to detect what's really going on.

DMITRY ZAKHAROVA

What we're doing is virtually
undetectable, it's proven, the
only weak link is Mr. White
himself, as long as we keep him
in line we're fine.


MIKHEIL BOGACHEV

He'll stay in line.


DMITRY ZAKHAROVA

He better stay in line, we're only
friends until we're not friends.


INT: DON WHITE'S PRIVATE AIRPLANE-DAY

DON WHITE, KELLY CONNORS, RUDY JULIAN, CHRIS CHRISTINE, CORY LEWIS,
STEPHEN BREIT, DON JR., EDDIE WHITE and ILLEANA WHITE is conversing
amiably making idle small chat.


EXT: PLANE-CONTINUOUS

WHITE is painted on the side of the aircraft in bold white letters. We
STAY WITH the plane as it cruises through a clear blue sky.


INT: PLANE-CONTINUOUS


KELLY CONNORS

If we can keep the focus on
Cicely's emails we can win
this.


STEPHEN BREIT

The key is to not get sidetracked.


CHRIS CHRISTINE

When we land in Michigan
remember what we're there for.

                    STEPHEN BREIT

          We're not getting the black vote,
          our mission is to make it seem like
          we're sincerely trying.


                    DON WHITE

          I'm going to win without the blacks,
          without the mexicans, the women, the
          muslims, the celebrities, the disabled.
          Fuck 'em all, I don't need none of them.


We HEAR a PHONE RING and DON WHITE reaches for his cell phone and
answers.

He listens, then:


                    DON WHITE

          Turn on the TV, turn it to
          the Newsroom.


DON JR. turns on the TV where we see a TOUR BUS on the screen and HEAR
DON WHITE'S VOICE.


                    DON WHITE
                   ( voice over )
                     (On TV)

          ...She was hot, now she got
          phony tits...

          ...I did try and fuck her, she was
          married...

          ...I moved on her like a bitch...

In the background on TV we HEAR another voice of a man:


                    THE MAN

          Oh shit, is that your girl?!
          She is fucking hot man!

DON WHITE
(Voice Over)
(On TV)

Let me take a breath mint I might
have to kiss somebody...

THE MAN

You kiss them Don?

DON WHITE

Yeah I just grab them and kiss
'em...

THE MAN

You don't ask them?

DON WHITE

No, when you're a star you can
do anything...

...Grab them by the pussy.....

On the TV the Tour Bus door opens and we SEE DON WHITE and THE MAN
as they EXIT the bus. A woman is walking towards them.

Shit, she's hot Don!

The woman steps up to them.

THE WOMAN

Hi.

THE MAN

How about a little hug for
the Don?

THE WOMAN
(smiling)

Oh okay.

She hugs DON WHITE.

                    THE MAN

          How about a hug for me too?

THE WOMAN hugs him too.

In the plane everyone is silent, stunned.

                    DON WHITE

          Turn it off.

DON JR. turns the TV off.

                    KELLY CONNOR

          What is that from?

                    DON WHITE

          I believe it was from years ago,
          I guess it was caught on a hot
          mic.

                    KELLY CONNOR

          We need to find a way to spin  this.

                    RUDY JULIAN

          It's just locker room talk, all
          men do it.

                    STEPHEN BREIT

          If someone asks any of us about it
          we need to just steer the conversation
          back to Cicely's emails.

                    KELLY CONNOR

          Mr. White, if they ask you just say
          it was just locker room talk and pivot
          to Cicely.

EXT: MICHIGAN-AIRPORT

Where we SEE DON WHITE"S AIRPLANE coming in for the landing. The Plane touches down without event and taxi's to a stop. Several SUV's drive out to meet the aircraft, and we,

INT: AUDITORIUM

The building is filled to capacity with white people wearing DON WHITE"S " THE GOOD OLD DAYS " hats, they're waving red signs, chanting " Build that wall! Build that wall! "

INT: NEWSROOM-CONTINUOUS

REPORTER and NEWS ANCHOR ERIN BURNS stands in the middle of the studio surrounded by a complete panel, they're all sitting in chairs on both sides of ERIN.

The panel consists of VAN JOHNSON, IESHIA SCOTT, JACKIE RODRIGUEZ, RYAN FREEMAN, CAROLE SOFER, FRANCES DENARD and ALLY STEWART. On a Screen in the studio we SEE the inside of the AUDITORIUM.

ERIN BURNS

Don White will be taking the stage in a few minutes, but while we wait for that I want to ask you, how do you think he's going to respond to this leaked tape where he's bragging about grabbing women's genitals? Or do you think he will respond at all?

He don't need to respond to it, he was just talking like guys do and forgot that he was wearing a mic.

IESHIA SCOTT

Yes he do need to respond to it, he's bragging about sexual assault, grabbing women without their permission.

CAROLE SOFER

No, what Billy Pride did when he was President, that was sexual assault.

VAN JOHNSON

Billy Pride isn't running for
President, Don White is.


CAROLE SOFER

It doesn't matter, when you start
talking about assault on women there
is no bigger predator than Billy
Pride.


JACKIE RODRIGUEZ

I'm not a fan of Billy Pride either,
but we're talking about what Don White
was just caught saying out of his own
mouth about women, he said he can grab
women's genitals and kiss them without
their permission because he's a star.


RYAN FREEMAN

The left is just trying to make
this into something that it's not
because they don't like Don White.


VAN JOHNSON

That's crazy. Don White is bragging
about sexual assault and y'all are
trying to defend him.


ERIN BURNS

It is disturbing to hear him talk
like that.


FRANCES DENARD

It's just guy talk, Mr. White want
to be President so the left is going
to try to turn his words into something
that it's not.


ALLY STEWART

I agree with Frances, this is just
another political stunt by the left.

IESHIA SCOTT

Democrats didn't put that tape
out so how is it a political stunt
by the left?

ERIN BURNS

In all fairness we don't know
who put the tape out.

VAN JOHNSON

But those are Don White's words,
we didn't make him talk about
assaulting women.

JACKIE RODRIGUEZ

Don White is talking about grabbing
a woman by her pussy...

ALLY STEWART

Stop saying that word.

JACKIE RODRIGUEZ
(Yells)

Don't tell me to stop saying pussy

ERIN BURNS

We're going to put this discussion
on hold, Don White is coming to the
stage.

INT: AUDITORIUM-CONTINUOUS

DON WHITE walks in and steps up to the podium. The crowd is chanting
" White! White! White! "

DON WHITE

Thank you.

The crowd keeps chanting, " White! White! White! "

DON WHITE

Thank you.

He holds up his hand until the chanting dies down.

DON WHITE

On my way here I got a call from
someone telling me that the dishonest
media have released an old tape of me
and a friend of mine talking on a hot
mic. It's just locker room talk people,
the dishonest media is trying to make
it into something else, but I'm telling
you it's just locker room talk that's
all it is.

Somebody in the audience yells out, " We love you Mr. White!"

DON WHITE

I love you too.

Now, black people are living in the ghetto,
they're poor, they can't walk down the street
without getting shot. All I ask is that you
give me a chance to make your life better. I
mean, come on black people, what the hell
do you have to lose?

A hispanic Reporter off to the side is trying to get DON WHITE'S attention.

REPORTER

Mr. White, I want to ask you...

DON WHITE

Security get that mexican out
of here.

Security walks over and escorts the mexican Reporter from the Auditorium.

                    DON WHITE

          I'm telling my followers now, if
          you punch these protesters and
          hecklers in the face I'll pay your
          legal fees.

The crowd erupts into applause.

                    DON WHITE

          When y'all go to the polls to vote I
          want you to keep your eyes open, they're
          trying to steal this election away from
          us, this election is rigged.

                    AUDIENCE MEMBER
                        (Yells)

          We'll be there locked and loaded
          Mr. White.

                    DON WHITE

          Cicely Pride want to take your guns
          away, she want to abolish the second
          Amendment, and if she win there is
          nothing you can do.

The crowd boo's

                    DON WHITE

          But I guess the Second Amendment people
          can do something about it, if you
          know what I mean.

The crowd chants, " White! White! White! "

                    DON WHITE

          Did you see the reporter guy that was talking
          about me on one of the news stations? I don't
          even know this guy, but you got to see this
          guy...

He mocks the disabled Reporter.

                    DON WHITE
                    (mocking)

          ...I don't know what I said, I don't
          remember...

The crowd laughs.

                    DON WHITE

          Some more of Cicely Pride's emails
          came out today, she's a crook, she should
          be in jail...

The crowd starts to chant, " Lock her up! Lock her up! Lock her up! "
and we,

INT: NEWSROOM-CONTINUOUS

ERIN BURNS is still standing amid her panel.

                    ERIN BURNS

          Locker room talk?

                    ALLY STEWART

          Yeah, all guys talk like
          that.

                    VAN JOHNSON

          What guys? I've been in a lot of
          locker rooms and I've never heard
          anyone brag about assaulting women.

                    JACKIE RODRIGUEZ

          There is so much to discuss I don't
          even know where to start. He kicked
          a mexican reporter out of the venue
          for nothing.

RYAN FREEMAN

It wasn't for nothing, Mr. White
was trying to talk to his supporters
and this guy is off to the side
interrupting him.


JACKIE RODRIGUEZ

That's B.S., we all know what Don White
think about mexicans, that was a respected
latino journalist that Mr. White kicked
out and we all know it was because of his
race.


CAROLE SOFER

Why do everything have to be about
race?


IESHIA SCOTT

Because Don White makes it about
race saying, Black people, what
the hell do you have to lose? And
we can't walk through our neighborhoods
without getting shot.


VAN JOHNSON

And he seem to think that all black


ALLY STEWART

I think he deserves credit for reaching
out to the black community...


FRANCES DENARD

I do too. As a black man I'm
happy to see a Republican reach
out to my community...


IESHIA SCOTT

How is he reaching out to the black community?
He went to an all white community and talked

IESHIA SCOTT
(continued)

...at black people. He wasn't talking
to us, he was talking at us.


RYAN FREEMAN

Mr. White gets criticized no matter
what he do...


IESHIA SCOTT

He gets criticized when he do crazy
stuff, it just so happens that he do
crazy stuff everyday. He just mocked
a disabled Reporter on National TV.


ALLY STEWART

No he didn't. This is what I'm talking
about, the left is just trying to
Vilify Mr. White.


ERIN BURNS

Don White is trying to villify the media,
he's calling us dishonest as if we're
making these stories up.


CAROLE SOFER

I do believe the media is bias when it
comes to Mr. White...


ERIN BURNS

How? We report the facts. Don White
just don't like when we report things
that isn't in his favor, but we're
not making anything up.


CAROLE SOFER

I'm not saying this Network, but
there are networks that are unfair
to Mr. White.

VAN JOHNSON

There are Right Wing news networks
that are unfair to all Democrats...
and black people.

ERIN BURNS

So when Mr. White talk about assaulting
women we're not supposed to talk about
it?

CAROLE SOFER

I just think we should be talking
about policy...

VAN JOHNSON chuckles disbelievingly.

VAN JOHNSON

What policy? Mr. White don't have no
policy, he's too busy talking about
assaulting women, insulting blacks,
mexicans, muslims and women; mocking
disabled people.

FRANCES DENARD

He do have policy, he talks about
immigration building a wall bringing

ERIN BURNS

But he talk about all of this other
stuff too.

EXT: BACKWOODS-NIGHT

In the middle of nowhere we SEE a LONE STRUCTURE, a BARN surrounded by
huge trees. There are cars, trucks, vans all parked out front, a huge
Confederate flag adorns the Barn door.

INT: BARN-CONTINUOUS

The Ku Klux Klan are having a meeting, they're sitting in chairs facing

84

THE GRAND WIZARD whom is standing at a podium, everyone is wearing the traditional garb of the KKK from head to feet.

GRAND WIZARD

Don White is our brother, we have to get him to the White House!

AUDIENCE
(Yells)

Yeah!

GRAND WIZARD

Our Founding Fathers are turning over in their graves right now, there's a nigger family living in the Kings house and we have to get them out of there!

AUDIENCE
(chants)

Get them out! Get them niggers out!
Get them out! Get them niggers out!

GRAND WIZARD

Our brother Don White, he want to put them niggers back in chains where they belong, he want to get them fucking mexicans out of our country!

AUDIENCE

Yeah!

GRAND WIZARD

When the police shot that unarmed nigger in the back and our brother Don White stood by the police I knew then that God had sent him to us, he was sent to help us take our Country back!

AUDIENCE

Yeah!

8

GRAND WIZARD

When our brother Don White called for
the Death Penalty [for those niggers
that claimed to be innocent I knew he
was on our side! I love the way he speak
his mind, the way he talk about these
damn mexicans...


AUDIENCE

(chants)

Don White! Don White! Don White!


GRAND WIZARD

When my brother become President I'm
going to get me a harem of nigger
bitches that I can use up.


AUDIENCE

Nigger bitches! Nigger bitches! Nigger bitches!


GRAND WIZARD

When our brother become President he will
appoint an attorney General and Judges that
will strip niggers of their voting rights,
and all of the ones that we and the police


AUDIENCE

Yeah!


GRAND WIZARD

Who do we support?


AUDIENCE
(chants)

White! White! White!

EXT: NEW YORK CITY-MORNING

Traffic is heavy on the streets, people are walking in droves going to work. In the distance we HEAR the SOUND of a motorcycle, we HEAR HORNS BLOWING.

INT: NEWSROOM

Where we SEE BROOKE KOTTLER sitting at the anchors desk.

> BROOKE KOTTLER
>
> Two more women have came out
> this morning saying that Don
> White assaulted them.

INT: ABC STUDIOS-CONTINUOUS

Where we SEE GEORGE sitting at a desk.

> GEORGE
>
> The number of women whom claim
> that Don White assaulted them are
> growing.

INT: RIGHT WING NEWS STATION-CONTINUOUS

MEGAN LANG is sitting at the anchors desk. NEWT GIN is sitting across from her.

> MEGAN LANG
>
> All of these women are now
> coming out saying that Don
> White assaulted them.

> NEWT GIN
>
> Don is my friend, I know he haven't
> assaulted anyone, this is just
> a left wing smear campaign.

> MEGAN LANG
>
> But he's on tape talking about
> assaulting women.

8

> NEWT GIN
>
> No he's not, that's just locker room talk, all men talk like that.

> MEGAN LANG
>
> They talk about sexually assaulting women?

> NEWT GIN
>
> He's not talking about sexually assaulting no one.

> MEGAN LANG
>
> He's talking about grabbing a woman's private parts.

> NEWT GIN
> (angry)
>
> No he's not! You're just obsessed with sex.

> MEGAN LANG
> (incredulous)

> NEWT GIN
>
> Yeah.

INT: NEWSROOM

Where we SEE FRANCES DENARD

> FRANCES DENARD
>
> ...He wasn't talking about assaulting women, that was just locker room talk.

INT: ABC STUDIOS-CONTINUED

Where we SEE DON JR.


                    DON JR.

              ...My father isn't racist.


INT: ANOTHER NEWS STUDIO-CONTINUOUS

Where we SEE ILLEANA WHITE


                  ILLEANA WHITE

          ...My father didn't mock a disabled
          reporter.


INT: TALK SHOW STUDIO-CONTINUOUS

Where we SEE KELLY CONNORS sitting at a table with five women.


                  KELLY CONNORS

              ...Mr. White never asked Russia to
          hack into Cicely Pride's emails.


INT: ANOTHER TALK SHOW-CONTINUOUS

Where we SEE EDDIE WHITE sitting with five more women.


                  EDDIE WHITE

          ...When my father said that the second
          Amendment people can stop Cicely, he
          wasn't calling for her assassination.


INT: ANOTHER NEWS STUDIO-CONTINUOUS.

Where we SEE CHRIS CHRISTINE.


                  CHRIS CHRISTINE

          ...Don White didn't tell his followers
          to hit protesters and he will pay their
          legal fees.

INT: ANOTHER NEWS STUDIO-CONTINUOUS

Where we SEE RUDY JULIAN.

                    RUDY JULIAN

          ...Don White didn't say that black people
          can't walk down the street without getting
          shot.

INT: ANOTHER NEWS STUDIO-CONTINUOUS

Where we SEE CORY LEWIS

                    CORY LEWIS

          ...Mr. White didn't say that mexicans
          are rapist, murderers, and drug dealers.

INT: ANOTHER NEWS STUDIO-CONTINUOUS

Where we SEE ALLY STEWART

                    ALLY STEWART

          ...Don White never said that a Judge
          can't do his job because he's mexican.

Where we SEE RYAN FREEMAN

                    RYAN FREEMAN

          ...Mr. White never said that our first black
          President wasn't born in America.

INT: RIGHT WING NEWS STATION

DON WHITE sits in a chair across from SHAWN HANS.

                    DON WHITE

          It's the dishonest liberal media,
          they're just making all of this stuff
          up.

SHAWN HANS

We all know the mainstream media leans
to the left, they don't want you to win
so they're putting words in your mouth.


DON WHITE

Cicely Pride put out some very nasty
ads about me and the dishonest media
just ran with it.


SHAWN HANS

The left wing media don't like how you've
rejuvenated the Republican Party, you've
energized us. Now they want to call you racist
and say that you don't like women.


DON WHITE

No one will be better for women
than me Shawn.


SHAWN HANS

A woman came out this morning claiming
that you assaulted her.


DON WHITE

I didn't touch that woman.
Did you see her? Just look at her.


SHAWN HANS

She's probably just another liberal
trying to assassinate your character.


DON WHITE

They're all liberals trying to make
me look bad, my people isn't going for that.


SHAWN HANS

Now, you went to Michigan and reached out to the

                         SHAWN HANS
                         (continued)

...black community, that's a good thing,
you just want to keep them safe and get
them jobs.


                         DON WHITE

I'm the law and Order candidate, I'm going
to put more police in the inner city so they
don't have to worry about getting shot, I'll
bring back stop and frisk.


                         SHAWN HANS

Let's talk about your family, how
is everyone doing?


                         DON WHITE

Everyone is doing fine.


                         SHAWN HANS

How is Illeana?


                         DON WHITE


would be dating her.


                         SHAWN HANS

She's beautiful.

Let me ask you about Cicely's emails?


                         DON WHITE

When I'm President I'm going to
appoint a special prosecutor and lock
her up.


                         SHAWN HANS

What she did was stupid, careless
and illegal.

DON WHITE

If you want to keep things secret
you send it through the regular mail,
she deserves to go to jail.


SHAWN HANS

I'm with you on that she should
go to jail.

He's silent for a BEAT, then,

SHAWN HANS

I just thought about what you said,
( He chuckles ), Don, don't nobody
use the regular mail system anymore.

DON WHITE

Smart people do.

INT: OFFICE-SPEAKER OF THE HOUSE

PAUL RONNIE sits behind his desk. JASON CHASE, CASEY SHORT and ANDY
GEBBIA sits in chairs across from him.

JASON CHASE

...Look, we know the email issue is
bullshit, but if it will keep Cicely
out of the White House then it's worth
pushing. And if it don't keep her out
of the White House, but it will give
us some leverage once she gets in then
it's still worth pushing.

ANDY GEBBIA

The only issue that I have with it
is that the alternative to Cicely
Is Don White and that scares the hell
out of me, he's a fucking ticking
time bomb.

JASON CHASE

We'll continue to work the down ballot,
and if Don White win we'll hopefully have
a Republican Congress that can keep him
in check.


ANDY GEBBIA

You know just like I do that there is
no keeping that crazy egotistical bastard
in check, he might get in office and
immediately start shooting off Nuclear
bombs.


CASEY SHORT

You're saying it as a joke, but I
think we should really be worried.


PAUL RONNIE

Don White isn't going to win, he has
insulted everybody in the world
except for his own family, he's
racist, he's a bigot, he's crazy
as hell, there is no way he can
win.


JASON CHASE


CASEY SHORT

Do it bother any of you that Cicely's
emails are being leaked by a foreign
government?


JASON CHASE

Not right now it don't, this is
a blessing for Republicans.


CASEY SHORT

It bothers me. I can't lie it
just do.

PAUL RONNIE

It bothers me more that we could
possibly lose the White House again.

JASON CHASE

That's what bothers me too, that's
why right now we shouldn't look a
gift horse in the mouth, we'll just
go with the flow.

ANDY GEBBIA

Jason is right we have to win the
White House back by any means necessary,
the left is supporting homosexuality,
gay marriage...

PAUL RONNIE

Now that Obama is in office black people
are running around screaming that black
lives matter, and it will be just more
of the same with Cicely in the White House.

JASON CHASE

So we agree, although the email issue
is bullshit, we're still going to run
it into the ground?

PAUL RONNIE

I'm on board.

ANDY GEBBIA

Count me in.

CASEY SHORT

Our choice is the she devil or the
he devil, count me in.

EXT: INNER CITY STREET-DAY

The paved road is pot hole ridden, years of neglect have produced
cracks that now house stray strands of grass and rogue weeds. The

wood frame houses on the block is rundown with peeling paint and some have boarded up windows.

A little girl rides a pink bike with training wheels down the battered sidewalk while her little brother follows close behind on a faded Bigwheel.

Two teenage girls walk down the street, both wearing short shorts and halter tops with six inch high heel shoes. A car with loud music pass by and the passenger leans out of the window, and,

                    PASSENGER

              What's up little mama?

The girls smile and the car keeps going.

INT: HOUSE-CONTINUOUS

Where we SEE three black men sitting in the livingroom watching TV. DARREL BROOKS, DAVID SMITH and OTIS WOODS is watching FBI Director JAMES MONEY'S PRESS CONFERENCE.

                    JAMES MONEY

         ...What Cicely Pride did with the email
         server was careless, it was reckless, but
              there is no evidence of criminal intent,
              so at this point in time the case is
              closed.

              They knew all along that this email stuff
              was just a distraction, them fucking
              Republicans was just using that shit to
              help that racist hypocrite Don White.

                    OTIS WOODS

              The Democrats are too soft man, they need
              to start being more aggressive. Them fucking
              Republicans is just a bunch of racist bully's,
              nerds that ran for office so they can abuse
              their power and fuck over black people.

DAVID SMITH

Not just black people, them evil
motherfuckers are fucking over
everybody, black people, mexicans,
Asians, Indians, women, muslim, even
the disabled. Look how them mother-
fuckers treated President Obama, they
think that all the money and power
belongs to the white Republican male.

DARREL BROOKS

Think about this, the police is murdering
us and Don White's solution to the problem
is to put more police in our hood; You
know why? Because that racist bitch want
the police to keep murdering us.

OTIS WOODS

White people are saying that they don't
agree with Don White's assessment and racist
remarks about us, about mexicans, about
muslims, about women, but claim that they
are still voting for him because of the
economy, they're voting for him in spite
of the things that he say. That's the exact
same argument that they used during slavery,
white people said look, we don't care how
other races are treated just as long as we
have jobs, just as long as we have financial
stability.

DARREL BROOKS

People better wake up and see what's
going on.

DAVID SMITH

Billy Pride is holding Cicely back
though, that motherfuckin' crime bill
that he signed into law sent a lot of
black people to prison for life and
killed a lot of black people on death
row, and it's still affecting us.

OTIS WOODS

And that Super Predator shit that
Cicely said about Black People.

DARREL BROOKS

I know Cicely have evolved since then, she know
that that Super Predator comment was wrong, she
has also acknowledged that the crime bill had
unintended consequences and I believe her. And
besides that she shouldn't bear all the blame
Republicans voted for the crime bill too, and
it's the Republican states that have been killing
us with the Death Penalty.

OTIS WOODS

How did the crime bill have unintended consequences?
They knew exactly what the consequences would
be when they enacted the law, but I do believe that
Cicely have evolved on the issue and at the end of
the day Cicely is a million times better than
Don White.

INT: HOUSE-DAY

ALBERTO and TINA GARCIA and their ten year old son MANUEL and their
eight year old daughter CARA is sitting in their livingroom watching
a news program that's quoting DON WHITE.

DON WHITE
(On TV)

We have to get these mexicans out of
our country...

TINA GARCIA

Baby what's wrong?

CARA GARCIA
(crying)

I'm scared of that man mommy.

TINA GARCIA

Baby don't cry, it's going to
be okay.

MANUEL starts crying too, his father, ALBERTO moves over and hugs him.

                    MANUEL

          Daddy I'm scared too. Why do
          that man want to hurt us?


                 ALBERTO GARCIA

          I won't let him hurt you, I promise.


He looks over MANUEL'S head at TINA, TINA looks back at him, she too
have the look of fear in her eyes.


                  TINA GARCIA

          Daddy will protect us.



EXT: SUBURBAN STREET-DAY
The roads are flawless, new cars line the street in front of huge brick
houses with picture perfect manicured green lawns.


INT: HOUSE-CONTINUOUS

Where we SEE RON and KATHY DOLLENBERG, their twenty two year old daughter
LAUREN, and LAUREN'S boyfriend HOWARD. They're all sitting down at
the dining room table eating dinner, a nearby TV is on where we SEE
Congressman JASON CHASE holding a Press conference.


                   JASON CHASE

          Despite what Director Money have
          said about Cicely Pride's emails
          and the case being closed, Republicans
          reserve the right to keep the
          investigation going, the American
          people deserve the truth.


                LAUREN DOLLENBERG

          The republicans need to just let
          it go, this is strictly political.


                 RON DOLLENBERG

          I think they should keep investigating
          Cicely, she should be in jail.

LAUREN DOLLENBERG

Dad that's crazy, Cicely have done nothing
wrong, Republicans just want to vilify her
so they can put White in the White House.


RON DOLLENBERG

We need a Republican in the White House, the
Country is a mess under Obama, taxes are sky
high, we're not making as much money.


LAUREN DOLLENBERG

That's greed dad, money money money, the
root of all evil, you live in a nice house
in a nice neighborhood, and you don't have no
real problems, a lot of people don't have that
and they're not complaining.


RON DOLLENBERG

I don't know where you get your liberal
views, we provided a good life for you as
Republicans...


HOWARD

Lauren babe, just let it go.


LAUREN DOLLENBERG

My liberal views come from living in the
real world dad, understanding that the world
is more than just money, it's more than just
one race of people...


RON DOLLENBERG throws his hands up in the air in exasperation.


RON DOLLENBERG

Oh here we go, now my own daughter is going
to call me racist because I'm a Republican.

> LAUREN DOLLENBERG
>
> I'm not calling you racist dad, but my generation
> have a different view of the world than you and
> mom, I have black friends, mexican friends,
> even muslim friends, and it break my heart to
> hear a man that want to lead our country insult
> them.

LAUREN gets up and storms out the door, and we,


INT: WHITE TOWER

DON WHITE is sitting in his office with RUDY JULIAN.

> RUDY JULIAN
>
> I like Jason Chase, I like that he and
> congressional Republicans are taking a
> strong stance against Cicely.

> DON WHITE
>
> I don't know what's wrong with the
> FBI Director, he know he's supposed
> to keep Cicely's email probe open
> until after the election.

> RUDY JULIAN
>
> Jim is a good friend of mine, I'll
> talk to him and convince him to reopen
> the email probe.

> DON WHITE
>
> He better or when I become President
> he will be out of a job.

DON JR. walks in and sits down beside RUDY JULIAN.

> DON JR.
>
> Dad did you see FBI Director James
> Money on TV?

                              DON WHITE

                    Yeah, that's what me and Rudy are
                    talking about.


                              DON JR.

                    I think the Democrats got
                    to him.


                              RUDY JULIAN

                    I don't, I think he believes in his
                    heart that there's no case against Cicely,
                    but he needs to be reminded that this is
                    an election year and the email probe should
                    stay open until after the election.


INT: AUDITORIUM

CICELY PRIDE stands at the podium in front of a packed and crowded
arena.


                              CICELY PRIDE

                    ...The FBI closed the case on
                    the emails...


The crowd cheers.

_____


                    ...I've said all along that there
                    was nothing there and it was nothing
                    more than a right wing conspiracy.


The crowd starts chanting, " Cicely! Cicely! Cicely! "


                              CICELY PRIDE

                    ...We have a good crowd of people here
                    tonight, unlike the people that support
                    Don White. You can put half of White's
                    voters in a bag of deplorables, the KKK,
                    the Alt. Right, the racist, the bigots...


The crowd boo's.

CICELY PRIDE

Like President Obama said, don't boo,
vote. Go to the polls and show these
deplorable people that love trumps
hate.

INT: NEWSROOM

BROOKE KOTTLER sits at the anchors desk. Across the desk from her we
SEE IESHIA SCOTT and ALLY STEWART.

ALLY STEWART

Cicely Pride called me deplorable because
I support Don White.

IESHIA SCOTT

No she did not, she said you can put half
of Don White's voters in a bag of deplorables,
she was talking about the half that's the
racist, the bigots, the KKK, the Alt. Right.

BROOKE KOTTLER

She did say half.

ALLY STEWART

That's a messed up thing to say.

IESHIA SCOTT

Okay. Do you think the KKK, the racist,
the bigots are deplorable?

ALLY STEWART

It doesn't matter what I think. I
think somebody running for President
of all people shouldn't say things
like that.

IESHIA SCOTT

Do you really want to get into things that a
Presidential candidate shouldn't say? Don
White have said way worse.

ALLY STEWART

We're talking about what Cicely Pride
just said, not stuff from the past.


IESHIA SCOTT

She said half, the key word is half, half
of Mr. White's voters, if you're not the
KKK, a racist, a bigot, then you're not
included in that half.


ALLY STEWART

I'm offended by what she said and that's
my right.


BROOKE KOTTLER

We just got a tweet from Don Jr., he
said, If you had a bowl of skittles and
you knew that one of them was poison,
would you still eat them? That's our
refugee problem.


IESHIA SCOTT

Now that's deplorable. He just compared
a whole group of people to a pack of
skittles.


He was just making a comparison. What
he's saying is that if you know that one
of those refugees is a terrorist that want
to kill us, why would you let them into
our country?


BROOKE KOTTLER

Cicely Pride said that half of Don White's
voters are deplorable, Don Jr. said that all
refugees are like skittles, so we're left
trying to decide which is worse...
...I want to talk to y'all about something
else: It's being said that the leaked tape
of Don White talking about assaulting women
isn't the worst tape. Apparently there are
some behind the scenes footage of Mr. White

BROOKE KOTTLER
(continued)

...On his reality show where he's using
the N-Word and other horrible language.


IESHIA SCOTT

I wouldn't doubt it, why do you think
the KKK and the Alt. Right is supporting
him?


BROOKE KOTTLER

The producers of the Reality show claim
that they won't release the tapes because
they can be sued.


IESHIA SCOTT

The producers won't release the tapes because
Don White is their friend and he's still an
executive producer of the show himself.


ALLY STEWART

This is what everyone is talking about when
they say the media is bias, Cicely just called
Mr. White's voters deplorables and we're talking
about behind the scenes footage of Mr. White
using the N-Word that may or may not exist.


BROOKE KOTTLER

We talked about Cicely Pride  calling
half of Don White's voters deplorables,
now we're talking about this because this
is news too.


ALLY STEWART

Well I'm offended by what Cicely
Pride said.


BROOKE KOTTLER

The election is in less than two
weeks, your predictions?

IESHIA SCOTT

Cicely Pride will win by a landslide
and Democrats will take the House too.


ALLY STEWART

Don White will win the Presidency and
Republicans will hold on to the Senate.


BROOKE KOTTLER

Okay, we have less than two
weeks to go.


EXT: GOLF COURSE-DAY

Where we SEE DON WHITE and RUDY JULIAN on the green. DON WHITE is
preparing to hit the ball.

Off to the right, not far away two plain clothes security guards
stand near two golf carts.


DON WHITE

Rudy, did you see Miss Piggy?


They're desperate Don.


DON WHITE

Nothing I said about her was
a lie, she gained an immense
amount of weight and now I'm
the bad guy?


RUDY JULIAN

She probably wanted you to
grab her pussy and when you
didn't do it she got mad.


RUDY JULIAN Chuckles.

                    DON WHITE

          I probably should have grabbed her
          by the pussy then I wouldn't have
          to deal with what I'm dealing with now.


                    RUDY JULIAN

          Hindsight is 20/20.


                    DON WHITE

          Did you see her sex tape?


                    RUDY JULIAN
                    (interested)

          She has a sex tape?


                    DON WHITE

          Yeah, check it out.


                    RUDY JULIAN

          I will.


DON WHITE hits the golf ball with the club in his hand and he and
RUDY watch the ball sail through the air.


                    RUDY JULIAN

          How many of them Pageant girls
          did you really have sex with?


                    DON WHITE

          I've fucked a lot of them. I'm a
          Star Rudy, when you're a Star
          they just throw themselves at you.


RUDY JULIAN chuckles.


                    RUDY JULIAN

          One day Don I'm going to fuck one
          of them pretty young Pageant girls,

                    RUDY JULIAN
                    (continued)

          ...but in the meantime I'm going
          to watch Miss Piggy's sex tape.


                    DON WHITE

          And oh what a sex tape it is, she
          wasn't fat on the tape...


We HEAR a PHONE RING and RUDY JULIAN answers his cell phone.

He listens, then:


                    RUDY JULIAN

          I knew I could count on you. Take
          care Jim, I owe you one.


He hangs the phone up.


                    RUDY JULIAN

            We got Cicely back on the ropes,
            email-gate is back in effect.


INT: RIGHT WING NEWS STATION


                    SHAWN HANS

            ...Apparently the FBI found some more
            emails and reopened their investigation
            on Cicely.


                    CHRIS CHRISTINE

          Don got it right, she is crooked Cicely,
          it's ten days before election and the FBI
          is still thinking about Indicting her.


                    SHAWN HANS

          We don't need another crook in the
          White House, she shouldn't even be
          allowed to run anymore.

CHRIS CHRISTINE

I applaud Director Money for
reopening the investigation.


SHAWN HANS

Have you talked to Don White since
Director Money made this announcement?


CHRIS CHRISTINE

Yeah I talked to him right before I
came here, he's pretty excited that
Director Money is essentially confirming
what I've said all along, she should be
prosecuted.


SHAWN HANS

He should be excited, this is perfect for
him. As far as I'm concerned Don White is a
clean Candidate, he's baggage free, he's the
best person to represent the American people.


CHRIS CHRISTINE

The American people like that he's an
Outsider, he play by a different set
of rules. Cicely on the other hand, she's
the ultimate insider, she has been in
Washington her whole political life and
she has done nothing for the people.


SHAWN HANS

She might be in jail here real soon,
this email stuff is serious, what she
did is criminal, if we were talking
about Don White in this context the
left would be calling for his head.


CHRIS CHRISTINE

I just want to say to the American people
that Don White is a true American and he
has the Conservative values that we all
can believe in.

INT: NEWSROOM

ERIN BURNS sits at the anchors desk across from IESHIA SCOTT and
CAROLE SOFER.

                    IESHIA SCOTT
                     (angry)

        James Money need to lose his job,
        we're ten days away from election
        day and he sends the Republicans in
        Congress a letter saying that he's
        reopening Cicely's email investigation;
        Now he's playing politics.


                    CAROLE SOFER

         The Democrats was praising James
         Money for closing the investigation,
         but now that there's new evidence
         they're angry that he's reopening
         the investigation.


                    ERIN BURNS

        But Director Money isn't telling anyone
        what the new evidence is, all he's saying
        is that they have more emails to go through.


                    IESHIA SCOTT


         Cicely's poll numbers drop as a result of
         Money's announcement and he's not showing
         us any evidence of criminal wrongdoing.


                    CAROLE SOFER

        He wouldn't have made this
        announcement so close to election
        day if there was nothing there.


                    ERIN BURNS

        But don't he have a duty to tell
        us what it is?

IESHIA SCOTT

He can't tell us what it is because there is nothing there, this announcement was clearly meant to help Don White get elected.

ERIN BURNS

That's another thing: If Cicely Pride lose this election, do you think Director Money should bear the blame?

CAROLE SOFER

No. Director Money is just doing his job. When he thought there was nothing there to prosecute Cicely Pride he made that announcement, now that he has found more evidence it's incumbent upon him to come out and announce that as well.

ERIN BURNS

But ten days before election day?

IESHIA SCOTT

Director Money is playing partisan politics and the Director of the FBI is supposed to be neutral.

CAROLE SOFER

He is neutral, he dismissed the case when he thought there was nothing there, then he reopened the case when he found this new evidence.

ERIN BURNS

I don't think no one is blaming him for reopening the email investigation, I think the issue is him announcing it.

CAROLE SOFER

But he announced it to the public when he closed the case.

                              IESHIA SCOTT

                    This stinks. There is no excuse in the
                    world that will justify Director Money
                    making this announcement.


EXT: NEW YORK CITY-DAY

The city, like always is electric, vehicles traverse the streets, there
are people on bicycles, horses pulling buggies...


SUPERIMPOSE: ELECTION DAY

EXT: WHITE TOWER

Where we SEE DAVID LUKE, the new leader of the Alt. Right, he's standing
in front of the skyscraper with about thirty other men and women.


                              DAVID LUKE

                    Today is our day brothers and sisters,
                    we are here to welcome our brother Don
                    White to the Presidency of the United
                    States...


There are several police officers standing off to the side with a huge
gathering of media that's recording the event. Hundreds of spectators
look on curiously.


                    the superior race, we are the Alt. Right.


DAVID LUKE raises his hand, palm out and his followers do the same.


                              DAVID LUKE

                    All heil brother White!


His followers repeat after him.


                              DAVID LUKE

                    All heil brother White!


The chorus that follows is just as intense.

DAVID LUKE

All heil brother White!


INT: WHITE TOWER-CONTINUOUS

Where we SEE DON WHITE, ILLEANA WHITE, TIFFANY WHITE, DON WHITE JR.,
EDDIE WHITE, THOMAS MERGATROYD, BEN WOLFE, RONALD BOUDOT, CHRIS CHRISTINE,
RUDY JULIAN, CORY LEWIS, KELLY CONNOR, STEPHEN BREIT and NEWT GIN, they're
all sitting around a huge TV watching the polls.

CHRIS CHRISTINE

If the polls are to be believed
we're losing this race.

DON WHITE

The polls are wrong, trust me,
we're going to win this thing.

DON JR.

I know we're going to win dad, I
know what we have going for ourselves.

KELLY CONNOR

The waiting is nervewracking.

DON WHITE

I know, but we ran a good campaign,
we can't lose, it's not possible.

We HEAR a PHONE RING and DON WHITE answers.

DON WHITE

Hello?

ANTHONY COOPER
(voice over)

Mr. White, this is Anthony Cooper
from the Newsroom; Can I ask you
a few questions?

DON WHITE

I don't know Anthony, we're
sitting here watching the polls...

ANTHONY COOPER

Just a few questions Mr. White,
it won't take long.

DON WHITE

Make it fast.

ANTHONY COOPER

Mr. White, the Alt. Right is having
a news conference in front of White
Tower, can you explain to us why the
Alt. Right and the KKK is supporting
you?

DON WHITE

I've never heard of the Alt. Right
and the KKK.

ANTHONY COOPER

DON WHITE

No.

ANTHONY COOPER

With all due respect Mr. White, Stephen
Breit, who's a member of your campaign
team is the leader of the Alt. Right.

DON WHITE

I don't know nothing about that.

ANTHONY COOPER

And you've never heard of the
Ku Klux Klan?


DON WHITE

No.


ANTHONY COOPER

The Grand Wizard of the Ku Klux Klan
endorsed you Mr. White.


DON WHITE

I don't know nothing about that.


ANTHONY COOPER

So you disavow the Alt. Right and
the KKK?


DON WHITE

Disavow?


ANTHONY COOPER

Yes sir Mr. White, do you disavow
the Alt. Right and the KKK?


DON WHITE

I can't disavow something that I
know nothing about.


ANTHONY COOPER

But...


DON WHITE

I have to go Anthony Cooper.

ANTHONY COOPER

You're not going to answer my
question?

DON WHITE

Bye Cooper.

DON WHITE hangs up the phone.

DON WHITE

When I win this Presidency we're
going to have to muzzle that damn
media.

CHRIS CHRISTINE

Whatever you want to do.

DON WHITE

We've allowed the media to run amok
in this Country for far too long,
I'm about to be the leader of this
Country and all they do is attack
attack attack.

They've attacked you from day one
and it just isn't fair, it might
be a good thing to restrain them.

DON WHITE

I'll look into it.

EXT: MARIINSKY THEATER-ST. PETERSBURG, RUSSIA

Both sides of the street is lined with vehicles, Across from the
theater we SEE the quay of GRIBOVWDOV CANAL. A huge red MARRIOTT
SIGN towers over the back of the theater.

SUPERIMPOSE: ST. PETERSBURG, RUSSIA

INT: MARIINSKY THEATER-CONTINUOUS

The theater is filled to capacity, the Russians are watching the American election. We SEE BORIS PESKOV, DMITRY ZAKHAROVA, MIKHEIL BOGACHEV and another man whose face is bathed in shadow; that man is PRESIDENT VLADIMIR PUTIN.

The numbers up on the screen is changing in rapid succession to favor DON WHITE.

                    BORIS PESKOV

                    We did it.


On the screen we SEE ERIN BURNS.


                    ERIN BURNS

              Don White is the next President
              of the United States.


The Russian theater erupts into applause.


PUTIN gets up surrounded by BORIS, DMITRY and MIKHEIL, they walk towards the exit , where we,


EXT: THEATER-CONTINUOUS

A blue van waits at the curb, the theater door opens and the men walks out and enters the vehicle. As the van drives away, we HOLD, then,


INT: AUDITORIUM-NIGHT

Where we SEE a packed building, CICELY PRIDE signs are everywhere, the people looks defeated, frightened, some are crying...


INT: AUDITORIUM-CONTINUOUS

Where we SEE DON WHITE SIGNS everywhere, people wearing " The Good Old Days " hats, they're laughing, screaming, hugging, giving each other high five.


A man walks up to a television reporter that's filming the excitement.


                    THE MAN
                    (Yells)

              Fuck you motherfuckers!
              We win!

INT: NEWSROOM

ERIN BURNS, BROOKE KOTTLER and ANTHONY COOPER sits at a desk with VAN JOHNSON, IESHIA SCOTT, JACKIE RODRIGUEZ, RYAN FREEMAN, CAROLE SOFER, ALLY STEWART and FRANCES DENARD.

                    VAN JOHNSON

          This is a white lash, this is
          white people telling everyone
          else that they better get in
          line.


                    FRANCES DENARD

          Why can't it just be that the
          American people just want change
          so they voted for the change
          Candidate?


                    RYAN FREEMAN

          I don't like what you're insinuating
          when you say there was a white lash.


                    IESHIA SCOTT

          Mr. White ran a racist and divisive
          campaign, he insulted every minority
          group there is, he talked about assaulting


                    ALLY STEWART

          But can't it just be that people are
          worried about the economy so they voted
          for Mr. White in spite of the racist and
          crazy things that he said?


                    VAN JOHNSON

          That's the problem, all white people
          indirectly said, I don't care how you
          treat black people, mexicans, muslims
          and other minority groups, just give me
          a job.


                    CAROLE SOFER

          Mr. White is going to provide jobs for
          everyone, not just white people.

VAN JOHNSON

As a black man I have to worry about
losing my life, while the only thing
you have to worry about is Don White
grabbing your pussy...


BROOKE KOTTLER

Come on now. At the end of the day he's
going to be all of our President...


JACKIE RODRIGUEZ

I'm going to tell you exactly what Don White
is going to do, he's going to put together a
Cabinet that will set policy that will
incarcerate or kill all of our black and
brown men and then try to throw the rest
of us minority women a bone.


ALLY STEWART

That's a messed up thing to say Jackie.


JACKIE RODRIGUEZ

It's the truth. He will appoint a Supreme
Court Judge that's racially bias, an attorney
General that's racially bias, they will take
away womens right to choose, they will seek
harsher sentences and the Death Penalty for
our black and brown men...


ALLY STEWART

But you have no proof he's going to do
that Jackie...


VAN JOHNSON

His rhetoric throughout his campaign tells
us what he's going to do and as a black man
I'm worried.


FRANCES DENARD

I'm a black man and I'm not worried...

VAN JOHNSON

We've had this conversation, no
black man is going to vote for
someone that's undoubtedly going
to harm him...but you did.


FRANCES DENARD

I voted for Mr. White because he's
my candidate, he shares my conservative
values, and he was the best candidate
for the job.


ERIN BURNS

Regardless of who would have won this
Country was still going to be divided,
let's just hope that Mr. White can
bring us all together.


INT: WHITE TOWER-LATE NIGHT

DON WHITE is laying back across his bed, his right arm is thrown over
his eyes. He still has his suit and tie on, but his shoes are off.


YASMINE WHITE walks out of the bathroom in her nightgown.


the white house.


YASMINE WHITE

I'm not going.


DON WHITE sits up and looks at her.


DON WHITE

What?

YASMINE WHITE

The election is over, you won, I don't have to pretend to be the supportive wife anymore Don. I'm no fool, when you bragged about grabbing women, kissing them, I know those women aren't lying because that's what you did to me when we first met.

DON WHITE

That was a long time ago.

YASMINE WHITE

I don't care when it was Don, we were still married.

DON WHITE gets to his feet.

DON WHITE

Aren't you the pot calling the kettle black, I know you're fucking Brad, so get off your high horse Missy.

YASMINE looks shocked, then she composes herself and storms from the room.

EXT: NEW YORK CITY-MORNING

The day starts just as every other New York day do, the city is alive, vehicles and people are everywhere moving briskly across the landscape.

INT: NEWSROOM

Where we SEE news anchors ALISYN CAMERON and ANDY CUOMO sitting at a desk with STEVE HOCK.

ANDY CUOMO

Don White tweeted out this morning that Yasmine isn't moving to the White House with him, she's staying in New York with their young son Barry so he can finish school.

STEVE HOCK

Everything Don White do is unprecedented,
President Obama had school age kids and
Michelle and the kids moved to the White
House with him.


ANDY CUOMO

Then there was the Bushes, the Clintons...


STEVE HOCK

Nothing surprises me with this man...


ALISYN CAMERON

Let's talk about the Intelligence Reports
that came out this morning saying that
Russia tampered with, altered and caused
the misappropriation of information with
the purpose of interfering with and/or
to undermine our election process, and that
the Kremlin orchestrated Cicely Pride's email
leaks with the intent to hurt Cicely Pride's
chances of being elected.


STEVE HOCK

Don White have been overly complimentary
of Putin, he has never criticized him not


ANDY CUOMO

We don't know what his relationship with
Putin is because he refuse to release his
tax returns.


STEVE HOCK

This report from the intelligence community
is disturbing.


ALISYN CAMERON

Is it possible that Putin could have something
on Don White?

STEVE HOCK

Anything is possible, Russia have
attacked our democracy.


ANDY CUOMO

We just got a tweet from Don White, he
said it's time for our Country to move
on to bigger and better things.


STEVE HOCK

What the hell does that mean?


ANDY CUOMO

I guess he's trying to tell us to
just forget about Russia.


STEVE HOCK

We can't do that, it's illegal for
Russia to interfere in our election.


ANDY CUOMO

Another tweet from Don White. It say,
Our Intelligence Agencies don't know
what they're talking about, Russia
didn't hack us, our intelligence agencies
lied about Iraq having weapons of mass
destruction I don't believe nothing they
say they just want me to hate Putin.


STEVE HOCK

Now he's turning on our own intelligence
agencies for Russia.


ALISYN CAMERON

This is scary.


INT: MANSION-RUSSIAN COMPOUND-UPSTATE NEW YORK

DMITRY ZAKHAROVA, BORIS PESKOV and MIKHEIL BOGACHEV sits in the lounge sipping hot tea.

> DMITRY ZAKHAROVA
>
> It's been quite the campaign.

> BORIS PESKOV
>
> It has.

> DMITRY ZAKHAROVA
>
> Now it's time to do business.

BORIS PESKOV looks at his watch.

> BORIS PESKOV
>
> Mikheil what time did you tell
> him to be here?

> MIKHEIL BOGACHEV
>
> He should be here.

At that very moment a woman leads LARRY O'KEEFE into the room.

> Anna, get Mr. O'Keefe some tea
> please

> LARRY O'KEEFE
>
> I'm fine, no thank you.

LARRY sits down as ANNA leaves the room.

> BORIS PESKOV
>
> Mr. O'Keefe it's rude to
> turn down tea.

LARRY doesn't respond.

> DMITRY ZAKHAROVA
>
> Well let's talk.
>
> Is Mr. White enjoying being the
> President elect?

> LARRY O'KEEFE
>
> He's enjoying it.

> DMITRY ZAKHAROVA
>
> When do we get paid?

> LARRY O'KEEFE
>
> We simply can't do what you're
> asking.

> DMITRY ZAKHAROVA
>
> I see you misinterpreted us, we're
> not asking Mr. O'Keefe, we made a
> deal with Mr. White and we held up
> our end of the deal.

> LARRY O'KEEFE
>
> What Putin wants will destroy America
> and China, we have families here.

> BORIS PESKOV
>
> Putin is giving Mr. White twenty billion
> dollars and Russian citizenship for he
> and his family. Your family too Mr.
> O'Keefe.

> DMITRY ZAKHAROVA
>
> The American people don't even like Mr.
> White, his approval ratings is so low
> there is no way he would be President
> today without us, most Americans hate
> him. In Russia he's loved, he will be
> wealthy and living a good life among
> friends.

BORIS PESKOV

The nuclear codes Mr. O'Keefe...


LARRY O'KEEFE

I...


At that very moment DON JR. walks into the room and everyone starts laughing, with the exception of LARRY O'KEEFE. He looks confused.


DON JR. walks over, sits down beside him and pats LARRY O'KEEFE on the leg.


DON JR.

You're a good man  Larry.
My father values you.


A lady and another man  walks  in. They sit down across from Don Jr.


DON JR.


DON JR. points at the man.


DON JR.

And this is ROB GOLDEN, he's
our go between. We're not here
to talk about Nuclear Codes,
we're here to talk about sanctions.


EXT: RUSSIAN COMPOUND-CONTINUOUS

125

Where we HOLD on the front of the Mansion for several beats. And then slowly as we PAN BACKWARDS away from the Mansion, we,


FADE TO BLACK and SCROLL:


Since the election Don White has aligned himself with the Alt'Right and White Supremacy. He continues to insult blacks, mexicans, muslims, Jews, women, democrats, and even members of his own party. He has put together a Cabinet of racist, bigots, millionaires and billionaires whom is intent on violating the rights of the people in the most egregious ways.


As for Russia, for now a Special Counsel have been assigned by Congress to investigate Don White's ties to the Kremlin, but the investigation is being hindered by members of Don White's party that deem power more important than their duty to protect our Country.


It has since been revealed that numerous people close to Don White conveniently "forgot" about meetings that they had with Russian officials; To include Don White's attorney general and his son Don Jr., to name a few. America is in trouble, we're about to implode...


Watch the clock...IT'S TICKING!