IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA


SHERMAN LAMONT FIELDS,

                   Petitioner,


V.


DONALD J. TRUMP

and

WILLIAM P. BARR

and

T. WATSON

and

REGIONAL DIRECTOR

and

JOHN DOE(S)

                   Respondents

Case: 1:20-cv-02699     (F Deck)
Assigned To : Unassigned
Assign. Date : 9/22/2020
Description: Pro Se Gen. Civil


MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

   The petitioner asks leave to file the attached Lawsuit without prepayment of costs and to proceed in forma pauperis. This is petitioners first LAWSUIT, but the petitioner have been granted leave to proceed in forma pauperis as a pro se defendant in the Southern District of Indiana and in the DC District Court ( Only to be told that they don't have jurisdiction in the challenge to his conviction and death sentence ) Petitioner is indigent and wish to proceed in this matter in forma pauperis.

                                        9/4/20
                                   Respectfully submitted

                                   Sherman L. Fields
                                   #15651-180
                                   USP Terre Haute
                                   P.O. Box 33
                                   Terre Haute, Indiana
                                        47808