UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

SHERMAN L. FIELDS

        Plaintiff,

                                      CIVIL ACTION NO. 20-2699(UNA)

v.

DONALD J. TRUMP, et al.

        Defendants.

RESPONSE TO ORDER


On 10/06/2020 Plaintiff Sherman L. Fields received an Order from the Court requesting " a certified copy of his trust fund account statement (or institutional equivalent), including the supporting ledger sheets for the past six months "; The accompanying certified ledger sheets is what Plaintiffs Counselor Mr. Shepherd provided. Plaintiff have no other bank accounts or assets. Plaintiffs monthly expenses are:    As a Death Sentenced inmate we are required to keep in contact with family, we are provided 300 phone minutes a month at 3-dollars per call; We have to purchase postage, stamps are $ 11 per book; We also have to buy legal materials; (i.e) Typewriter ribbons,$ 7.85 correction tape $. 2.65, Legal envelope(s) .15, regular envelopes $ 1.35, ink pen(s) .25, and copy cards $ 7.50; We have to buy hygeine; Toothpaste $ 1.70, Shampoo $ 1.45, Dental floss $ 2.85, Soap .80, deoderant $ 1.95 then over the counter medications and commissary. Most months I receive $50 per months from family and friends. I also pay $25 Restitution Quarterly. As such I'm indigent and I ask this Court to allow me to proceed without prepayment of cost (or) in the alternative set a reasonable fee that won't deprive me of my needs and my ability to pay my Financial Responsibility.


                                      Sincerely/Respectfully

                                      Sherman Fields

                                      *Sherman Fields*

                                      10/07/2020

RECEIVED
Mail Room

OCT 2 7 2020

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia