UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHERMAN L. FIELDS, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 20-2699 (UNA) |
| : | |
| DONALD J. TRUMP, *et al.*, : | |
| : | |
| Defendants. : | |

**ORDER**

Again, the Court advises the plaintiff that he must pay a filing fee of $350.00. In order for the Court to consider the plaintiff's application to proceed without prepayment of the fee, the plaintiff must provide the Court with <u>a certified copy of his trust fund account statement (or institutional equivalent), including the supporting ledger sheets, for the six-month period immediately preceding the filing of this complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined</u>. 28 U.S.C. § 1915(a)(2).[1] After submission of the trust fund information, the Court will determine the plaintiff's ability to pay the entire amount in one payment. If the Court determines that the plaintiff does not have sufficient funds to pay the filing fee at one time, the Court will assess an initial partial filing fee. After payment of the initial partial filing fee, monthly payments of 20 percent of the deposits made to the plaintiff's trust fund account during the preceding month will be forwarded to the clerk of the Court each time the account balance exceeds $10.00. Payments will continue until the filing fee is paid.

Accordingly, it is hereby

---

[1] Plaintiff has not submitted a trust fund account statement of any kind, and his Response to Order (ECF No. 4) does not meet the requirements set forth in 28 U.S.C. § 1915(a)(2).

1

2

ORDERED that, within thirty (30) days of this Order, the plaintiff shall provide the information described above.  Failure to comply with this Order will result in dismissal of this action.

SO ORDERED.


DATE: November 3, 2020                                    /s/
                                                          KETANJI BROWN JACKSON
                                                          United States District Judge