IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

(DEATH PENALTY )

| | | |
|---|---|---|
| DUSTIN J. HIGGS, | | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v | ) | Civil Action No. 20-2699 |
| | ) | |
| | ) | |
| DONALD J. TRUMP, et al., | ) | |
| Defendants. | ) | |
| | ) | |

---

## MOTION TO JOIN

---

1). On or about September 22, 2020 the Original Plaintiff in the above styled cause Sherman Lamont Fields filed an Action against DONALD J. TRUMP ( President of the United States ); William P. Barr ( Attorney General ); Regional Director ( Federal Bureau of Prisons ); T. Watson ( Warden ); And  JOHN DOES ( Individually and in their official capacities.)

2). On November 20, 2020 the Defendants set an Execution date for DUSTIN J. HIGGS, an innocent man on Federal Death Row.

3). Mr. HIGGS ask(s), and PLAINTIFF FIELDS has no objection to... the Court joining the parties via a " JOINDER OF PARTIES " pursuant to Fed. R. Civil P. 19 and 20.

4). The Defendant(s), as stated plan to murder DUSTIN J. HIGGS amid an Unconstitutional Breakdown in the SAFEGUARDS put in place under GREGG v. GEORGIA, 428 U.S. 153, 187, 96 S. Ct. 2902, 49 L.Ed. 2d 859 (1976) and its progency, as laid out in Plaintiff Fields Original cause of action.

1

5). The Defendant(s), as stated fail to provide the Plaintiff, DUSTIN J. HIGGS with the EQUAL PROTECTION OF THE LAW as laid out in Plaintiff Fields Original Cause of Action.

6). The claims in this Complaint are cognizable under Bivens and the Fifth, Eighth and Fourteenth Amendments. This lawsuit is not, and should not be treated as, a successor habeas corpus petition. See Nelson v. Campbell, 541 U.S. 637 (2004). In this action, the Plaintiff(s) do not challenge the validity of their conviction(s) or death sentence. Rather, Mr. Higgs, as Mr. Fields stated the execution of his death sentence is in violation of the Fifth, Eighth and Fourteenth Amendments to the United States Constitution.

PRAYER

7). Plaintiff Dustin J. Higgs solemnly pray that this Court allow him to Join Plaintiff Sherman Lamont Fields in his Lawsuit against the Defendants as requested Supra.

8). In Order to prevent the defendants from violating Plaintiffs' rights under the Fifth, Eighth and Fourteenth Amendments to the United States Constitution, and the Scriptures of Gregg v. Georgia and its progency, the Plaintiff request that this Court grant preliminary and permanent injunctive relief barring the defendants from murdering Plaintiff by means of lethel injection.

9). The Plaintiff is entitled to a preliminary injunction  barring the defendants from murdering him because (A) there is a significant likelihood that Plaintiff will prevail on the merits; (b) the Plaintiff will suffer irreparable harm if he is murdered via lethal injection; (c) there is a compelling public interest in ensuring that our government not behave like the dictators that Defendant Donald J. Trump admire (i.e.) The Russia President, PUTIN and the NORTH KOREA LEADER, KIM, and use this punishment as a benefit to himself rather than for the American people; (d) The defendants intended actions is violative of our

2

Nations Constitutional proscriptions against Cruel and Unusual punishment; (e) President Elect Joe Biden and Vice President Kamala Harris both said that they were now against the death penalty in their run for the WHITE HOUSE and the American People Chose them to govern.

Knowing this, Trump and the Defendants is trying to set as many execution dates as possible and kill as many people as possible so Trump can be known as the President that Killed more death Row inmates than any   President. Trump, Barr and the Defendants are going against the will of the people and there is a substantial possibility that the American people will lose faith/trust in our Justice system if the defendants are allowed to proceed with this Unconstitutional murder; and (f) there is a substantial possibility that others under a sentence of death will suffer unconstitutional executions like those that were innocent when they were executed because of the Unconstitutional breakdown in the SAFEGUARDS, unless this Court require the defendants to halt these executions  until new SAFEGUARDS can be adopted.

10). The Plaintiff further request that this Court grant declaratory relief by issuing an Order declaring that the defendants intentions regarding execution violate the Fifth, Eighth and Fourteenth Amendments to the United States Constitution, and the SAFEGUARDS put in place under GREGG v. GEORGIA and its progency.

11). The Plaintiff request that the Court grant all other relief requested in the Original Cause  of Action.

12). The Plaintiff request that the Court grant such further relief as it deems just and proper.

RESPECTFULLY SUBMITTED

Dustin J. Higgs
# 31133-037
USP Terre haute
P.O. Box 33
Terre Haute, Indiana
                    47808
                    Pro Se

3