IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

(DEATH PENALTY)

DUSTIN J HIGGS,
      Plaintiff,

V.

DONALD J. TRUMP, et al.,
      defendants.

)
)
)
)
)
)
)
)
)

Civil Action No. 20-2699 JEB

Pending Execution Date for

January 15, 2021

RECEIVED
Mail Room

DEC - 1 2020

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

---

## MOTION TO SEEK LEAVE TO PROCEED IN FORMA PAUPERIS

---

I, planitiff Dustin J. Higgs, pro se, seek leave to proceed in forma pauperis to file the attached motion, any Hereafter; motions, petitions and for necessary filings without payment of costs, because of my poverty, and for necessary filings without payment of costs, because of my poverty, and in the interest of justice.

I submit that since my arrest, I have been granted leave to proceed In Forma Pauperis in "all' of my proceedings, because of my poverty, in; or;

On January 15, 2005, the United StatesDistrict Court for the District of maryland found Petitioner to be indigent and subsequently appointed counsel at that time.

Petitioner remains incarcerated todat and there has been no change in his financial status. Petitioner is without funds to secure the services necessary to proceed in this Court, or to pay fees.

I declare under the penalty of perjury that the foregoing is true and correct.
Executed on: _Dustin J Higgs_    _November, 24_ 2020

Dustin J. Higgs   11-24-20

Dustin J. Higgs
31133-037
P.O. Box 33
Terre Haute, IN.
47808

R. Weyrach

R Weyrach   11/24/20

WITNESS/DATE