**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| SHERMAN LAMONT FIELDS | 20-cv-02699-JEB |
| DEFENDANT | TYPE OF PROCESS |
| DONALD J. TRUMP et al | Summons & Complaint |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | U.S. ATTORNEY GENERAL |
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* |
| | 950 Pennsylvania Ave. NW Washington, DC 20530 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| SHERMAN LAMONT FIELDS #15651-180 TERRE HAUTE FCI P.O. BOX 33 TERRE HAUTE, IN 47808 | Number of process to be served with this Form 285 | 5 |
| | Number of parties to be served in this case | 5 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| *Simone Bledsoe* | (202) 354-3120 | 12/21/2020 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. NL | No. All | | 12/22/20 |

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | Date | Time | ☐ am |
|---|---|---|---|---|
| *Hal Allen    Mail Clerk* | | 12/22/20 | 2:54 | ☒ pm |
| Address *(complete only different than shown above)* | | Signature of U.S. Marshal or Deputy | | |
| | | *Joseph A Chery* #4494 | | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65 | | | 45 | | |

REMARKS

**RECEIVED**

DEC 23 2020

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF SHERMAN LAMONT FIELDS | COURT CASE NUMBER 20-cv-02699-JEB |
|---|---|
| DEFENDANT DONALD J. TRUMP et al | TYPE OF PROCESS Summons & Complaint |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
U.S. ATTORNEY

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
555 Fourth Street, NW Washington, DC 20530

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| SHERMAN LAMONT FIELDS #15651-180 TERRE HAUTE FCI P.O. BOX 33 TERRE HAUTE, IN 47808 | Number of process to be served with this Form 285  **4** |
| | Number of parties to be served in this case  **5** |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT *Simone Bledsoe* | TELEPHONE NUMBER (202) 354-3120 | DATE 12/21/2020 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process **1** | District of Origin No. **N14** | District to Serve No. **N16** | Signature of Authorized USMS Deputy or Clerk | Date 12/21/20 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* James Payton  Paralegal | Date 12/22/20 | Time 3:17 ☐ am ☒ pm |
|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy  #4494  Josette A. Cheng | |

| Service Fee **65** | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges **65** | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS

**RECEIVED**

DEC 23 2020

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18