**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| SHERMAN LAMONT FIELDS | 20-cv-02699-JEB |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| DONALD J. TRUMP et al | Summons & Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

REGIONAL DIRECTOR Federal Bureau of Prisons

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
320 FIRST STREET, NWWASHINGTON, DC 20534

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| SHERMAN LAMONT FIELDS #15651-180<br>TERRE HAUTE FCI<br>P.O. BOX 33<br>TERRE HAUTE, IN 47808 | Number of process to be served with this Form 285 | 2 |
| | Number of parties to be served in this case | 5 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| Simone Bledsoe | (202) 354-3120 | 12/21/2020 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. A16 | No. A16 | | |

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | |
|---|---|---|---|
| Marli Kerrigan (AGC) | 2/4/21 | 10:35 | ☒ am ☐ pm |

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy

T. M  31364

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65 | | | 65 | | |

REMARKS

1/22/21 @ 1pm - Endeavor (Guard stated that No one was there).

1/27/21 @ 2:10pm - Endeavor (Guard stated to come back on friday.)

1/29/21 @ 9:35am - Endeavor (Corinne Nastro (GC) Advised guard to have USMS come back Tue, Thu, Fri Next week)

2/2/21 @ 2:20pm - Endeavor - OGC not there due to weather.

RECEIVED

FEB - 5 2021

Clerk, U.S. District and Bankruptcy Courts

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18