UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHERMAN LAMONT FIELDS,

    *Plaintiff*,

    v.

JOSEPH R. BIDEN,[1]
President of the United States, *et al.*,

    *Defendants*.

Civil Action No. 20-2699 (JEB)

## <u>NOTICE OF APPEARANCE</u>

The Clerk of Court will please enter the appearance of Assistant United States Attorney

Johnny Walker as counsel for all Defendants.


Dated:   February 17, 2021
          Washington, D.C.

Respectfully submitted,

  /s/ Johnny Walker
JOHNNY H. WALKER, D.C. Bar # 991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202-252-2575
Cell: 202-815-8708
Email: johnny.walker@usdoj.gov

*Counsel for Defendants*

---

[1]    President Joseph Biden is automatically substituted as a defendant in place of his predecessor in office. *See* Fed. R. Civ. P. 25(d).