UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHERMAN LAMONT FIELDS,

     *Plaintiff*,

     v.

JOSEPH R. BIDEN,
President of the United States, *et al.*,

     *Defendants*.

Civil Action No. 20-2699 (JEB)

## **CERTIFICATE OF SERVICE**

I certify that I served the foregoing notice of appearance by causing it to be mailed to the following address:

SHERMAN LAMONT FIELDS
Reg. No. 15651-180
USP Terre Haute
U.S. Penitentiary
P.O. Box 33
Terre Haute, Indiana 47808

Dated:  February 17, 2021
     Washington, D.C

     /s/ Johnny Walker
     JOHNNY H. WALKER
     Assistant United States Attorney