UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHERMAN LAMONT FIELDS,

    *Plaintiff*,

    v.

JOSEPH R. BIDEN,
President of the United States, *et al.*,

    *Defendants*.

Civil Action No. 20-2699 (JEB)

## PROPOSED ORDER

Upon consideration of Defendants' motion to stay, it is hereby **ORDERED** that the motion is GRANTED.

It is further **ORDERED** that this case is STAYED pending further order of the Court.

It is further **ORDERED** that Defendant shall file a status report proposing a schedule for further proceedings on or before May 7, 2021.

It is so **ORDERED**.

Dated: _____

                                    _____
                                      JAMES E. BOASBERG
                                      United States District Judge