UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Leave to file GRANTED

_____ 03/09/2021
James E. Boasberg        Date
United States District Judge

SHERMAN LAMONT FIELDS
                Plaintiff,

v.                                        Civil Action No. 20-2699 (JEB)


DONALD J. TRUMP, et al.,
                Defendants.

---

## RESPONSE TO DEFENDANT'S PROPOSED ORDER AND MOTION TO STAY

1. On 2/23/2021 Petitioner received a NOTICE OF APPEARANCE from JOHNNY H. WALKER, D.C. Bar#991325 ( Assistant United States Attorney ), A MOTION TO STAY the above styled cause and a proposed ORDER.

2. Petitioner have no objection to counsel's NOTICE OF APPEARANCE, for he have the right to protect the governments interests. However Petitioner strenuously object to President JOSEPH R. BIDEN being placed as the defendant in liu of Donald J. Trump.

3. Petitioner's lawsuit isn't in regards to the President exercising his lawful and/or constitutional duties, but rather Donald J. Trump and William P. Barr attempting to use a legal act to commit an unlawful and illegal act; Thus DONALD J. TRUMP, et al., is the proper defendants in the above styled cause. Substituting Trump for President Biden not only minimizes Trump and Defendant Barr's culpability, but it also insinuates that Trump and Barr's actions were lawful; which isn't the case here.

4. Given the circumstances Plaintiff isn't even sure that Mr. Walker have the authority to represent Mr. Trump in this case because once proven the Justice department might have to take action against Trump and Barr for their illegal conduct

5. Plaintiff further strenuously object to Mr. Walker's characterzation of Plaintiff's current situation, Mr. Walker equivocates that " In 2001, Fields escaped federal custody; murdered his ex-girlfriend, Suncerey Coleman; and hijacked a car at gunpoint ". Mr. Fields DID NOT murder or carjack anyone, however he was found guilty for those crimes. BUT Mr. Fields have an Actual Innocence petition pending in the Southern District of Indiana at Fields v. warden, 2:16-cv-0418 (JPH-MJD) where the evidence prove Plaintiff's innocence.

6. Mr. Fields strenuously object to the issues as laid out above.

Dated February 23, 2021

                              Respectfully Submitted

                              Sherman Lamont Fields
                              #15651-180
                              USP TERRE HAUTE
                              P.O. BOX 33
                              Terre haute, Indiana
                                            47808

I certify that on this date a copy of the above petition was forwarded to USA JOHNNY H. WALKER via U.S. postal service to 555 4th Street, N.W. Washington, DC 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


SHERMAN LAMONT FIELDS
            Plaintiff,


                                    Civil Action No. 20-2699 (JEB)

v.


DONALD J. TRUMP, et al,
            Defendants.


PLAINTIFF'S MOTION TO AMEND


   PLAINTIFF respectfully move to AMEND the above style cause of
Action in light of new developments regarding the culpability of
new defendants.


   1. Fields brought this action pro se on or about September 20, 2020,
since then Defendant's Donald J. Trump and William P. Barr no longer
hold their government position and further developments have exposed
more defendants to litigation for Aiding and Abetting the defendants
and other actionable offenses.


   2. Plaintiff respectfully pray that the court give Plaintiff time to
Amend the pending petition in the above styled cause.


                         Respectfully submitted
                         Sherman Lamont Fields
                         #15651-180
                         USP Terre haute
                         P.O. Box 33
                         Terre Haute, Indiana, 47808