UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHERMAN LAMONT FIELDS,

*Plaintiff*,

v.

JOSEPH R. BIDEN,
President of the United States, *et al.*,

*Defendants*.

Civil Action No. 20-2699 (JEB)

## STATUS REPORT

Defendants respectfully submit this status report in response to the Court's minute order dated February 17, 2021.

1.      Plaintiff Sherman Lamont Fields brought this action *pro se* on September 22, 2020, seeking an injunction preventing the government from carrying out his death sentence. Compl. ¶¶ 80–83, ECF No. 1.

2.      In 2001, Fields escaped federal custody; murdered his ex-girlfriend, Suncerey Coleman, and hijacked a car at gunpoint. *United States v. Fields*, 761 F.3d 443, 450 (5th Cir. 2014). A jury convicted him of seven counts, including using and carrying a firearm during and in relation to escape from federal custody and conspiracy to escape from federal custody, resulting in the intentional murder of Coleman in violation of 18 U.S.C. § 924(c)—a crime punishable by death. *Id.* at 324; 2d Superseding Indictment, *United States v. Fields*, No. 01-0164 (W.D. Tex. May 13, 2003), ECF No. 57. A jury recommended that Fields be sentenced to death on that count, and a federal judge accepted the recommendation. *Fields*, 483 F.3d at 324.

3.      Subsequently, in *United States v. Davis*, the Supreme Court ruled that § 924(c)(3)(B) was unconstitutionally vague. 139 S. Ct. 2319, (2019). On January 11, 2021, the government and counsel for Fields submitted a joint advisory in Fields's criminal case stating that

the holding in *Davis* requires that Fields's death sentence be vacated. *Fields*, No. 01-0164 (W.D. Tex. Jan. 11, 2021), ECF No. 409. On January 19, 2021, the court vacated Fields's death sentence and scheduled a resentencing conference for April 7, 2021. *Id.*, ECF No. 412.

4.      In light of these ongoing developments, the Court stayed proceedings in this case on February 17, 2021, and ordered Defendants to submit a status report on or before May 7, 2021, proposing a schedule for further proceedings.

5.      On April 7, 2021, Fields was resentenced and is no longer sentenced to death. Judgment, *Fields*, No. 01-0164 (W.D. Tex. Apr. 7, 2021), ECF No. 418. As a result, Defendants contend that Fields's requests for relief in this case are moot.

6.      Following Fields's resentencing, undersigned counsel for Defendants contacted Fields's criminal defense counsel—who does not represent Fields in connection with this case— to inquire whether Fields would stipulate to a dismissal. Fields's counsel, as a courtesy, conferred with Fields and conveyed his position that he will not stipulate to the dismissal of this case and will be submitting a filing that explains his position.

7.      On April 20, 2021, undersigned counsel received in the mail an "amended petition" by Fields, purporting to bring claims against Donald Trump, as a private citizen, Judge Edith Jones of the United States Court of Appeals for the Fifth Circuit, the Supreme Court of the United States, and Congress. Fields purports to bring claims under *Bivens*, for breach of contract, and for "violating the constitution." Neither the "amended petition" nor any proofs of service have yet to be posted to the Court's docket.

8.      To allow additional time for the amended petition to reach the Court and for the Court to determine whether it will be filed, Defendants propose to keep the stay in place for the

2

time being and for Defendants to file another status report on or before June 4, 2021, proposing a

schedule for further proceedings.


Dated:  May 7, 2021                          Respectfully submitted,
        Washington, D.C.
                                             CHANNING D. PHILLIPS, D.C. Bar #415793
                                             Acting United States Attorney

                                             BRIAN P. HUDAK
                                             Acting Chief, Civil Division

                                             By:     /s/ Johnny Walker
                                             JOHNNY H. WALKER, D.C. Bar #991325
                                             Assistant United States Attorney
                                             555 4th Street, N.W.
                                             Washington, District of Columbia 20530
                                             Telephone: 202 252 2575
                                             Email: johnny.walker@usdoj.gov

                                             *Counsel for Defendants*

3