UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHERMAN LAMONT FIELDS, <br> *Plaintiff*, <br><br> v. <br><br> JOSEPH R. BIDEN, <br> President of the United States, *et al.*, <br><br> *Defendants*. | Civil Action No. 20-2699 (JEB) |

## STATUS REPORT

Defendants respectfully submit this status report in response to the Court's minute order dated June 7, 2021.

1.      Plaintiff Sherman Lamont Fields brought this action *pro se* on September 22, 2020, seeking an injunction preventing the government from carrying out his death sentence. Compl. ¶¶ 80–83, ECF No. 1.

2.      In 2001, Fields escaped federal custody; murdered his ex-girlfriend, Suncerey Coleman, and hijacked a car at gunpoint. *United States v. Fields*, 761 F.3d 443, 450 (5th Cir. 2014). A jury convicted him of seven counts, including using and carrying a firearm during and in relation to escape from federal custody and conspiracy to escape from federal custody, resulting in the intentional murder of Coleman in violation of 18 U.S.C. § 924(c)—a crime punishable by death. *Id.* at 324; 2d Superseding Indictment, *United States v. Fields*, No. 01-0164 (W.D. Tex. May 13, 2003), ECF No. 57. A jury recommended that Fields be sentenced to death on that count, and a federal judge accepted the recommendation. *Fields*, 483 F.3d at 324.

3.      Subsequently, in *United States v. Davis*, the Supreme Court ruled that § 924(c)(3)(B) was unconstitutionally vague. 139 S. Ct. 2319, (2019). On January 11, 2021, the government and counsel for Fields submitted a joint advisory in Fields's criminal case stating that

the holding in *Davis* requires that Fields's death sentence be vacated. *Fields*, No. 01-0164 (W.D. Tex. Jan. 11, 2021), ECF No. 409. On January 19, 2021, the court vacated Fields's death sentence and scheduled a resentencing conference for April 7, 2021. *Id.*, ECF No. 412.

4.      In light of these ongoing developments, the Court stayed proceedings in this case on February 17, 2021, and ordered Defendants to submit a status report on or before May 7, 2021, proposing a schedule for further proceedings. On April 7, 2021, Fields was resentenced and is no longer sentenced to death. Judgment, *Fields*, No. 01-0164 (W.D. Tex. Apr. 7, 2021), ECF No. 418.

5.      Following Fields's resentencing, undersigned counsel for Defendants contacted Fields's criminal defense counsel—who does not represent Fields in connection with this case—to inquire whether Fields would stipulate to a dismissal. Fields's counsel, as a courtesy, conferred with Fields and conveyed his position that he will not stipulate to the dismissal of this case and will be submitting a filing that explains his position.

6.      On  June 7, 2021, Fields filed an "amended petition," ECF No. 19, removing the request to enjoin his execution and purporting to bring new claims against Donald Trump as a private citizen, Judge Edith Jones of the United States Court of Appeals for the Fifth Circuit, the Supreme Court of the United States, and Congress. Fields purports to bring claims under *Bivens*, for breach of contract, and for "violating the constitution." He now seeks money damages in the amount of one billion dollars.

7.      Defendants intend to file a motion to dismiss. Accordingly, Defendants propose that the Court lift the current stay of proceedings and order Defendants to respond to the amended complaint on or before August 6, 2021.

Dated:  June 4, 2021
         Washington, D.C.

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:      /s/ Johnny Walker
JOHNNY H. WALKER, D.C. Bar #991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 2575
Email: johnny.walker@usdoj.gov

*Counsel for Defendants*

3