UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHERMAN LAMONT FIELDS,

*Plaintiff*,

v.

JOSEPH R. BIDEN,
President of the United States, *et al.*,

*Defendants*.

Civil Action No. 20-2699 (JEB)

## CERTIFICATE OF SERVICE

I certify that I served the foregoing status report by causing it to be mailed to the following

address:

SHERMAN LAMONT FIELDS
Reg. No. 15651-180
USP Terre Haute
U.S. Penitentiary
P.O. Box 33
Terre Haute, Indiana 47808

Dated:  July 6, 2021
      Washington, D.C

  /s/ Johnny Walker
JOHNNY H. WALKER
Assistant United States Attorney