UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHERMAN LAMONT FIELDS,

*Plaintiff*,

v.

JOSEPH R. BIDEN,
President of the United States, *et al.*,

*Defendants*.

Civil Action No. 20-2699 (JEB)

## **MOTION TO EXTEND TIME**

Defendants respectfully request a one-business-day extension of time to Monday, August 9, 2021, to file their motion to dismiss. In support of this motion, Defendants state the following:

1.      Plaintiff Sherman Lamont Fields brought this action *pro se* on September 22, 2020, seeking an injunction preventing the government from carrying out his death sentence. Compl. ¶¶ 80–83, ECF No. 1. On April 7, 2021, Fields was resentenced and is no longer sentenced to death. Judgment, *United States v. Fields*, No. 01-0164 (W.D. Tex. Apr. 7, 2021), ECF No. 418. Subsequently, on June 7, 2021, Fields filed an "amended petition," ECF No. 19, removing the request to enjoin his execution and purporting to bring new claims against Donald Trump as a private citizen, Judge Edith Jones of the United States Court of Appeals for the Fifth Circuit, the Supreme Court of the United States, and Congress. Fields purports to bring claims under *Bivens*, for breach of contract, and for "violating the constitution." He seeks a declaratory judgment that certain actions taken in connection with his criminal proceedings were unlawful and money damages in the amount of one billion dollars. The Court has ordered Defendants to respond to the amended complaint on or before August 6, 2021. Min. Order (July 7, 2021).

2.      Defendants respectfully request to extend that deadline by one business day to August 9, 2021. There is good cause to grant this extension. While undersigned counsel has made

progress on a motion to dismiss, other litigation responsibilities this week have prevented undersigned counsel from finalizing the motion. These responsibilities include ongoing and time-consuming mediations in two separate matters, a reply in support of a motion to dismiss, discovery responses in two cases, an answer, and many other other miscellaneous filings and tasks in a full docket of over 100 open district court cases. In light of these other responsibilities, the additional day is necessary for undersigned counsel to complete the motion and obtain the necessary review and approval within the United States Attorney's Office.

3.      This is Defendants' first request to extend this deadline. This short extension is not sought for purposes of delay and would not prejudice Plaintiff.

4.      Undersigned counsel has not conferred with Plaintiff about this motion because he is incarcerated, and a conference would not be practicable.

Dated:  August 6, 2021
        Washington, D.C.

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:     /s/ Johnny Walker
JOHNNY H. WALKER, D.C. Bar #991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 2575
Email: johnny.walker@usdoj.gov

*Counsel for Defendants*