UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHERMAN LAMONT FIELDS,

*Plaintiff*,

v.

JOSEPH R. BIDEN, President,
United States of America, *et al.*,

*Defendants*.

Civil Action No. 20-2699 (JEB)

## PROPOSED ORDER

Upon consideration the Defendants' motion to extend time, it is hereby **ORDERED** that

the motion is GRANTED.

It is further **ORDERED** that Defendants shall respond to Plaintiffs' complaint on or before

August 9, 2021.

Dated: _____

_____
JAMES E. BOASBERG
United States District Judge