UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHERMAN LAMONT FIELDS,

*Plaintiff*,

v.

JOSEPH R. BIDEN,
President of the United States, *et al.*,

*Defendants*.

Civil Action No. 20-2699 (JEB)

**CERTIFICATE OF SERVICE**

I certify that on this date I served this motion to extend time by causing it to be mailed to the following address:

SHERMAN LAMONT FIELDS
Reg. No. 15651-180
USP Beaumont
U.S. Penitentiary
P.O. Box 26030
Beaumont, Texas 77720

Undersigned counsel notes that the docket for this case indicates that Fields in housed at the United States Penitentiary in Terre Haute, Indiana. But undersigned counsel is in receipt of correspondence from Fields indicating that he has been moved to Beaumont. The Federal Bureau of Prisons' online inmate lookup tool (https://www.bop.gov/inmateloc/) also indicates that Fields is currently detained at the United States Penitentiary in Beaumont.

Dated: August 6, 2021
        Washington, D.C.

  /s/ Johnny Walker
JOHNNY H. WALKER
Assistant United States Attorney