UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHERMAN LAMONT FIELDS,<br><br>*Plaintiff*,<br><br>v.<br><br>JOSEPH R. BIDEN, President,<br>United States of America, *et al.*,<br><br>*Defendants*. | Civil Action No. 20-2699 (JEB) |

## **DEFENDANTS' MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(1), (5), and (6), Defendants, to the extent

that they are sued in their official capacities, respectfully move to dismiss Plaintiff Sherman

Lamont Fields's amended complaint in its entirety. In support of this motion, Defendants submit

the accompanying memorandum of points and authorities.

Dated:  August 9, 2021
       Washington, D.C.

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:  _/s/ Johnny Walker_
JOHNNY H. WALKER, D.C. Bar #991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 2575
Email: johnny.walker@usdoj.gov

*Counsel for Official-Capacity Defendants*