UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHERMAN LAMONT FIELDS,

*Plaintiff*,

v.

JOSEPH R. BIDEN, President,
United States of America, *et al.*,

*Defendants*.

Civil Action No. 20-2699 (JEB)

## PROPOSED ORDER

Upon consideration the official-capacity Defendants' motion to dismiss, it is hereby

**ORDERED** that the motion is GRANTED.

It is further **ORDERED** that Plaintiffs' claims against the official-capacity Defendants are

DISMISSED WITH PREJUDICE.

Dated: _____

_____
JAMES E. BOASBERG
United States District Judge