UNITED STATES DISTRICT AND
BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
OFFICE OF THE CLERK
E. BARRETT PRETTYMAN COURTHOUSE
WASHINGTON, DC 20001

OFFICIAL BUSINESS

INDIANAPOLIS IN 460

12 AUG 2021PM 7

U.S. POSTAGE >> PITNEY BOWES

ZIP 20001   $ 000.51⁰
02 1W
0001399957 AUG 06 2021

SHERMAN LAMONT FIELDS

FEDERAL CORRECTIONAL COMPLEX
TERRE HAUTE, INDIANA

RETURN TO SENDER

NOT AT THIS INSTITUTION _____
NEED CORRECT NAME AND NUMBER _____

INMATE LOCATIONS CAN BE FOUND ON OUR
WEBSITE (WWW.BOP.GOV)

RECEIVED
Mail Room

AUG 1 8 2021

Angela D. Caesar Clerk of Court
U.S. District Court, District of Columbia