

**Indiana Federal Community Defenders**

September 1, 2021

Clerk, U.S. District Court
333 Constitution Avenue, NW
Washington, DC 20001
(202) 354-3000



Dear Clerk:

Enclosed please find a copy of Sherman Fields' response in Case No. 20-2699 (JEB). Mr. Fields is pro se in this matter, but his mail access currently is extremely limited, so I am sending this mailing only as a courtesy to Mr. Fields. Further, Mr. Fields has a new mailing address:

MR. SHERMAN FIELDS #15651-180
USP BEAUMONT
U.S. PENITENTIARY
P.O. BOX 26030
BEAUMONT, TX  77720

To be clear, I do not represent Mr. Fields in this case. Thank you.

Respectfully,

Jean E. Giles
Assistant Federal Defender

cc:    Sherman Fields
       Johnny Walker (via email)

---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


SHERMAN LAMONT FIELDS
        plaintiff,

V.                                      Civil No. 20-2699 (JEB)


DONALD J. TRUMP, Et al.,
        defendants.



## RESPONSE To Defendant's MOTION To DISMISS

On Monday August 9, 2021 the plaintiff Sherman Fields received a 'MOTION TO EXTEND TIME' from Counsel for the defendants, and although the plaintiff have/had NO objection to the time EXTENSION the defendants Counsel recited a litany of EXCUSES intending to undermine the importance of this suit. In doing So plaintiff Automatically knew that the defendants Counsel was intent upon causing a further delay So plaintiff requested that a third-party obtain the defendants 'MOTION TO DISMISS' and Send it to the plaintiff.

Today, August 17, 2001 the plaintiff, via that third-party received the Defendants 'MOTION To DISMISS' and although there is a 'CERTIFICATE OF SERVICE', to date the plaintiff still haven't received the 'MOTION TO DISMISS' from Defendants counsel.

Since Counsel for defendants seem to think that their time is more valuable than that of the Court, plaintiff respectfully ask that the Court Order defendants Counsel to demonstrate to the Court the "other litigation responsibilities" for "that week" which the 'Time Extension' was needed; to include: "ongoing and time consuming mediations in two separate matters", "a reply in support of a motion to dismiss", "discovery responses in two cases", "An answer", and "many other miscellaneous filings and tasks".

Again, plaintiff have no theoretical objection to the 'EXTENSION OF TIME'. however government Attorney's haven't always been the MOST HONEST. from plaintiff's perspective and plaintiff (1) Can't just take their word for it; And (2) If defendants Counsel is lying about the "other litigation responsibilities" then the Court should know and understand to what length the defendants are willing to go to be deceptive.

<u>INTRODUCTION</u>

At or about September 2020 the plaintiff filed a Civil Rights Lawsuit in this Court. On or about June 2021 that Complaint was Amended. On or about August 9, 2021 Counsel for the defendants filed a 'MOTION TO DISMISS' (SEE Document 22-1), the defendants chief Arguement is ' So what if we've violated the plaintiff's rights and caused harm, we're ABOVE THE LAW, we have "Immunity".' Ironically Counsel for the defendants briefly touched on several of the plaintiff's arguments, but completely stayed away from Plaintiff's challenge to the defendants supposed "Immunity".

## IMMUNITY VIOLATES THE CONSTITUTION

Accountability is an absolute necessity in order for the wheels of democracy to turn properly; that material fact conjoined with the Constitutional proscription that "No One is Above the Law" puts "Immunity" in conflict with the United States Constitution and it must be struck down. Marbury v. Madison, 5 U.S. 137, 1 Cranch 137, 176, 2 L.Ed 60 (1803)

Immunity is one of the most obviously unjustified legal doctrines in our nation's history. Although it is nominally an interpretation of our primary federal civil rights statute, that statute says nothing about any immunities, qualified or otherwise. And the common-law background against which it was passed also contained nothing like the across-the-board immunity for public officials that characterizes the doctrine today. Victims of egregious misconduct such as the plaintiff Sherman Fields suffer at the hands and from the unconstitutional decisions of these "Immunity Seekers"; Chief Justice John Marshall foresaw the ramifications stating "The government of the United States has been emphatically termed a government of laws, and not of men. It will certainly cease to deserve this high appellation, if the laws furnish no remedy for the violation of a vested legal right". Marbury v. Madison; supra. Immunity undermines public accountability at a structural level, and the most straightforward and sensible solution to this problem is complete abolition of immunity, our civil rights laws do not include any such defense of liability. The substance of Constitutional rights is meaningless if government officials can violate those rights with impunity. Such rights would become, in James Madison's words, "parchment barriers" — symbolic

commitments to individual liberty that do nothing in practice to deter or prevent unlawful misconduct by government agents. (The Federalist, no. 48 (James Madison). Accountability must therefore be a top priority for anyone interested in Democracy and the United States Constitution. Fields has lobbied complaints, that, when proven not only violates his civil and Constitutional rights. but is criminal in nature, thus Fields has a Constitutional right to "A Jury trial of his peers" rather than a Dismissal.

Article III of the United States Constitution states in relevant part. "The Judicial Power shall extend to All cases, in law and Equity, arising under [this] Constitution..." - to controversies between a State, or the Citizens thereof, and foreign States, Citizens or Subjects." And as the Court in Gamble v. United States confirmed. "I am aware of no legitimate reason why a court may privilege a demonstrably erroneous interpretation of the Constitution over the Constitution itself." Id. At 139 S.Ct. 1960, 1985 (2019) (Thomas, J., concurring). The environment in which the defendants operate today can best be described as one of near-zero accountability. the defendant(s) Donald J. Trump and William Barr takes the position that their attempt to use a legal punishment to commit a Criminal Act is protected under the doctrine of immunity because it was done in their official Capacity." even though the attempt on the plaintiff's life was done intentionally, deliberately, purposely, willfully and knowingly, with malice aforethought. See Harrison v. Commonwealth, 279 Ky. 510, 131 S.W. 2d 454, 455; State v. Thomas, 157 Kan. 526, 142 P.2d 692, 693; State v. Lane, Mo. 371 S.W. 2d 261, 263.

Judge Edith Jones' position is likewise. As the plaintiff laid out in the Amended Petition, Jones unconstitutionally discriminated against the Plaintiff "because of his race", that material fact, true in every regard constitute a violation of clearly established law and no objectively reasonable public official could have thought otherwise. "Discrimination on the basis of race, odious in all aspects, is especially pernicious in the administration of Justice." Rose v. Mitchell, 443 U.S. 545, 555 (1979). Racial classifications are categorically impermissible under the Equal Protection Clause of the United States Constitution, but Edith Jones' position is that "it's okay as long as it's in her official capacity". However the plaintiff beg to differ noting that the law and the Constitution is on his side. "A criminal defendant's fundamental 'protection of life and liberty against race or color prejudice'" - is particularly pernicious." McCleskey v. Kemp, 481 U.S. 279, 310 (1987) (quoting Straider v. West Virginia, 100 U.S. 303, 309 (1880)). "Because of the risk that the factor of race may enter the criminal Justice Process, [the Supreme Court] accordingly [has] engaged in 'unceasing efforts' to eradicate racial prejudice from our criminal Justice System." McCleskey, 481 U.S. at 309 (quoting Batson v. Kentucky, 476 U.S. 79, 85 (1986)). Racial classifications poisons public confidence in the Judicial Process. "It thus injures not Just the" [Plaintiff], but "the law as an institution, ...., the community at large, and ...., the democratic ideal reflected in the processes of our courts". Rose 443 U.S. at 556 (internal quotation marks omitted). Now despite egregious violations of the law and the Constitution Edith Jones purports to be shielded from Accountability by the seriously unconstitutional immunity doctrine.

One of our primary federal civil rights statutes — currently codified at 42 U.S.C § 1983, and thus generally called "Section 1983" — says that any state actor who violates someone's federally protected rights "shall be held liable to the injured party," yet immunity all but guts both the deterrent and remedial effects of this statute. Thus the immunity doctrine undermines Constitutional rights across the board by enfeebling the means of their vindication. As currently codified, the statute states: "Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress." [Emphasis added]" 42 U.S.C § 1983 On its face, Section 1983 does not provide for any immunities, qualified or otherwise, thus if immunity is the defendants defense then that surely can't be sustained, citing the Supreme Court's long established rule that Congress "says in a statute what it means and means what it says." Conn. Nat'L Bank v. Germain, 503 U.S. 249 (1992). "Had Congress intended to achieve a different outcome ... [this court] can be sure that Congress would have spoken with the utmost clarity, using unambiguous language". The court(s) can't fashion a different meaning outside of Congress' intent ... simply because the court(s) interpretation benefits State / Government actors. And even if Congress, in the highly unlikely event that they did, intended to give immunity to State/Government actors the motion cannot be sustained because it "Abridge the rights of the people and violate the Constitution". See Marbury v. Madison; supra. An

Act of Congress repugnant of the Constitution cannot become a law. The Courts of the United States are bound to take notice of the Constitution, No one can claim, nor since the time of Slavery has anyone to my knowledge successfully claimed, that persons held within the United States are totally without Constitutional protection, yet that's precisely what the defendants intimate. Whatever the fiction, would the Constitution leave the Government to murder or attempt to murder its citizens with malice aforethought? Whatever the fiction, would the Constitution leave the Government to discriminate on the basis of race? Punitive damages is appropriate "when the defendants conduct is shown to be motivated by evil motive or intent, or when it involves reckless or callous indifference to the federally protected rights of others." Walters v. Grossheim, 990 F.2d 381, 385 (8th Cir. 1993) (quoting Smith v. Wade, 461 U.S. 30, 56, 75 L.Ed. 2d 632, 103 S.Ct. 1625 (1983)). "The touchstone of Due Process is Protection of the individual against arbitrary action of government". Wolff v. McDonnell, 418 U.S. 539, 94 S.Ct. 2963, 41 L.Ed. 2d 935 (1974). § 746 - Due Process - procedure: "The very nature of due process negates any concept of inflexible procedures universally applicable to every imaginable situation, and consideration of what procedures due process may require under any given set of circumstances must begin with a determination of the precise nature of the government function involved as well as the private interest that has been affected by governmental action." The defendants claim of Immunity is unpersuasive. Most notably, in the context of Section 1983 itself, in 1915 the Supreme Court held that the statute did not incorporate any

freestanding good-faith defense. In Myers v. Anderson, 238 U.S. 368 (1915), the Court held that Maryland Election Officers were liable for enforcing a state statute that violated the Fifteenth Amendment's ban on racial discrimination in voting, which in turn unequivocally prove that the defendants contention that "they can't be sued" because of "immunity" is nothing more than a thinly veiled disguise of an "I'm above the law" card, unconstitutional in all aspects. Given the plain language of Section 1983 the only relevant question is whether the defendants acted unconstitutionally, and the Plaintiff submit that they have.

<u>HECK v. HUMPHREY</u>, 512 U.S. 477 (1994)
<u>DOES NOT APPLY IN THIS CONTEXT</u>

Counsel for the defendants is doing a sort of "deceptive gymnastics" in order to put the plaintiff in a bind, mischaracterizing the facts and the evidence to allow for a "defense".

The Plaintiff presents facts and Evidence of Judge Jones and the Fifth Circuits unconstitutional Acts as a means to show 'Racial Bias' the Denial of the 'EQUAL PROTECTION OF THE LAW' and other CIVIL and CONSTITUTIONAL VIOLATIONS. If <u>HECK v. HUMPHREY</u> bars an injured party from presenting the facts surrounding his injury for fear of exposing Constitutional Violations elsewhere in a previous or ongoing action then <u>HECK</u> too is in conflict with the Constitution and must be repealed and/or overturned. In that context <u>HECK</u> violates Due Process. See <u>Wolff v. McDonnell</u>; <u>supra</u>.

The plaintiff is in fact arbitrarily incarcerated (but plaintiff isn't asking this Court to resolve that issue) However, for context, in regards to the CIVIL RIGHTS and CONSTITUTIONAL Violation(S) And to Adequately present the facts the EVIDENCE is NEEDED.

Sherman Lamont Fields have been incarcerated for twenty years for crime(s) that he DID NOT commit. He is currently in the worse prison in America, the United States Penitentiary in Beaumont, Texas where beatings, stabbings and murders run rampant, doing a 15-year sentence for "Carjacking" And Life, for "Using and Carrying a firearm during the Alleged "Carjacking".

### THE TRIAL

The evidence that the SOLE WITNESS to the Alleged "Carjacking", Tammy Edwards, the Alleged victim lied about her car being taken by Fields is overwhelming. but what's important here is the forensics. At trial the government called a Detective Steve January to the stand to lie and defraud the Jury, stating that "there were no fingerprints or nothing, the car was clean." (see App. 1 )

### EVIDENCE THAT THE JURY OR NO COURT HAVE EVER SAW

When the government procured Steve January to lie and say that "there are no fingerprints" the government knew All Along that there

are indeed <u>fingerprints.</u> (see App. 2). And those <u>fingerprints</u> don't match Sherman Fields. (see App. 3),

## JUDGE EDITH JONES AND THE FIFTH CIRCUIT

During a lecture [at the University of Pennsylvania Law School] Judge Jones stated that "Black People are predisposed to violence"; "Black males are the most violent"; and "No one is innocent". Fields filed to recuse her from his case and the Fifth Circuit denied the Motion for Recusal.

Fields, whom is "Black", a "Black male" and is innocent was harmed (almost fatally) when Judge Jones and the Fifth Circuit (despite the evidence to the contrary) ruled that Fields couldn't show that false evidence was used against him and unconstitutionally denied all of his appeals, simply because Judge Jones discriminated against Fields "because of his race". Do the <u>HECK</u> standard allow for Court(s) to unconstitutionally deny appeals under false pretenses? (i.e) claiming that Fields couldn't show that False evidence was used against him while refusing to follow the law that would have allowed him to present the fingerprint evidence? If that's the <u>HECK</u> standard then <u>HECK</u> is undoubtedly unconstitutional.

## THE SUPREME COURT

The Supreme Court have known for decades that the 5th circuit is a rogue circuit that often ignore the law and defy the Supreme Court. (see Amended

Petition, pgs 34-41) Yet the Supreme Court have continuously allowed this Rogue Circuit to ignore the law and defy their precedent(s) resulting in the unconstitutional demise of [Todd Willingham and Timothy Cole] and nearly the Unconstitutional Murder of the Plaintiff via lethal injection and the arbitrary and Unconstitutional incarceration of the plaintiff. If the Supreme Court, per their duty, would have supervised the Rogue Court or provided Fields with the Equal Access to the Court that they provided the Trump Administration this lawsuit would be moot. But because of the Supreme Court(s) failings the plaintiff was egregiously (almost fatally) harmed. To that extent Supreme Court Justice Sotomayor agree with me. (SEE United States v. Dustin Higgs, 592 U.S. ___ (2021) (Justice Sotomayor, dissenting). Even the United States Senate agree. (SEE App. 4 ) The defendants counsel claiming that the Plaintiff can't sue the Supreme Court and the crumbled foundation on which it rely is unavailing. We start with their first "reason": They quote Miller v. Harris, claiming that "Federal District courts lack Jurisdiction to review decisions of the Supreme Court" (citing In re Marin) But again, the straw grasping has become desperate; This is a lawsuit against the Supreme Court. A first impression case, the plaintiff isn't asking this Court to review a Supreme Court decision, the plaintiff is asking this Court to allow a Jury of his peers (per the Constitution) to decide whether the Supreme Court violated his Civil and Constitutional rights by (1) failing to supervise a Rogue Court; (2) Failing to provide the Plaintiff

with Equal Access to the Court; and (3) whether the Supreme Court breached a contract.

The defendants quote Sindram v Suda (per curiam) claiming that "the Supreme Court Clerk And Clerk's office Staff enjoy absolute immunity." Again, this is a First impression case, not about Sueing the "Clerk" or "the Clerk Staff", but rather about whether or not the Supreme Court . . .

Finally, the defendants quote Clements v. Gonzales. claiming that "there is, of course, no constitutional right to an Appeal".

Under Zant v Stephens, 462 U.S., At 890, 103 S.Ct. 2733, 77 L.Ed. 2d 235, the Court held that "An important safeguard is the mandatory appellate review of Each death sentence to Avoid arbitrariness and to Assure proportionality review". Thus the Clements Court is not only conflicting but it sits squarely Against the scriptures of Gregg v. Georgia And its progency. Id At. 428 U.S. 153, 49 L.Ed. 2d 859, 96 S.ct. 2909 (1976). Furthermore "No right to An Appeal" would effectively make the Death Penalty Unconstitutional, with that the defendant(s) Arguement(s) fail.


### THE DEFENDANT(S) ARGUMENT THAT THERE IS NO CONTRACT ALSO FAIL


The defendant's contention that for A contract to be binding there has to be "mutual Assent" and "intent to be bound", (quoting Henke v. U.S. Dept. of Commerce, 83 F.3d 1445, 1450 (D.C. Cir. 1996) is deceptively Fraudulent, implied Contracts, As we have here Are " obligations imposed upon A person by the law, not in pursuance of his intention and Agreement, Either expressed or implied, but even

against his will and design, because the circumstances between the parties are such as to render it just that the one should have a right, and the other a corresponding liability, similar to those which would arise from a contract between them. This kind of obligation therefore rests on the principle that whatsoever it is certain a man ought to do that the law will suppose him to have promised to do. And hence it is said that, while the liability of a party to an express contract arises directly from the contract, it is just the reverse in the case of a contract "implied in law." the contract there being implied or arising from the liability." Bliss v. Hoyt, 70 Vt. 534, 41 A. 1026; Kellum v. Browning's Adm'r, 231 Ky. 308, 21 S.W. 2d 459, 465. The circumstances are such that justice warrants a recovery as though there had been a promise, it's founded on considerations of justice and equity. However the defendant(s) did promise to abide by the constitution and execute our laws faithfully, a government official that swear to do so as the defendant's did in order to acquire the prestige of the government and then violate that promise shall be held liable by the injured party. The plaintiff's civil and constitutional rights have been violated due to the defendants negligence and breach, yet their position is that they've been given carte blanche to run amok and trample upon the rights of the very people that they swore to protect. If the defendant(s) refuse to acknowledge a contract with the plaintiff then plaintiff reserve the right to move the court to allow for an amendment of FRAUD ON THE AMERICAN PEOPLE and for a jury of their peers to be the deciding factor.

RULE 12(b) is INAPPLICABLE
To THIS SUIT

As laid out Supra, the reason this Court have Subject Matter Jurisdiction is concrete, this isn't a case of asking this court to review a decision by the Supreme Court, as the defendants deceptively allege, but rather the Plaintiff asks this Court to Allow a Jury of his peers (per the Constitution) to decide whether the plaintiff's Civil and Constitutional rights have been violated. Under §1343 CIVIL RIGHTS and Elective franchise:

(A). The district Courts shall have Original Jurisdiction of Any Civil Action Authorized by law to be commenced by Any person:

(1) To recover damages for injury to his person ...or because of the deprivation of any right or privilege...

(2) To recover damages from Any person who fails to prevent or to Aid in preventing Any wrongs ... Which he had Knowledge were About to occur and power to prevent.

(3) To redress the deprivation, under color of State law, statute, ordinance, regulation, custom or usage, of Any right, privilege or immunity secured by the Constitution of the United States or by Any Act of Congress providing for Equal rights of Citizens or of All persons within the Jurisdiction of the United States.

(4) To recover damages or to secure Equitable or other relief under Any Act of Congress providing for the protection of civil rights...

Whether this Action commences under The CIVIL RIGHTS Act. Section 1985, Section 1981, Bivens and Section 1983 the Subject Matter Jurisdiction is clearly established. "Pro Se pleadings are held to a less stringent standard than pleadings drafted by Attorney's" (and are liberally construed.) Tannenbaum v. United States, 148 F.3d 1262, 1263 (11th Cir. 1998) (quoting Estelle v. Gamble, 429 U.S. 97, 106, 97 S.Ct. 285, 50 L.Ed. 2d 251 (1976).

The defendants Also move to dismiss for insufficient service of process Rule 12(b)(5).

On or About February 23, 2021 the Plaintiff received A NOTICE OF APPEARANCE from government Attorney Johnny H. WALKER, D.C. Bar# 991325, notifying the Plaintiff that he would be protecting the Governments interest.

Plaintiff's Amended Complaint RELATES BACK to the Original Complaint And where Judge Edith Jones. The Supreme Court and Congress was referred to As "John DOE(S) in the Original Complaint, Mr. Walker Assumed responsibility of their interest as government Employees thus the defendants isn't "New" per se, the JOhn DOE(S), some of them, Are now recognized and the plaintiff did serve them via their counsel Mr. Johnny walker and two other government Attorney's that have been Added since the Original Complaint; Channing D. Phillips, D.C. Bar#415793 And Brian P. Hudak. Furthermore, with numerous defendants, some whom this Court Already ordered the U.S. Marshals to serve Mr. WALKER, As their Attorney of record was served.

Finally the defendant(s) move to dismiss under Rule (12)(b)(6)

This is a case of First impression, there is no case in the history of the United States where the then sitting President set out to Murder An American Citizen via a legal punishment (lethal injection), willfully, knowingly, intentionally, purposely, deliberately, with malice Aforethought and At least one Supreme Court Justice And Several members of congress agree that even the supposed "legal Executions" may have been illegal. However that's not A decision that the plaintiff is Asking this Court to make And the defendants Shouldn't be asking this court to make Either, that decision Should be made by A Jury of our peers.

Fields' case, every aspect of it and its presentation, factually And otherwise is a first. <u>Colgate-Palmolive-Peet Co.</u> <u>v. u.s., C.C.A. Del.</u>, 130 F.2d 913, 915, And deserve priority Standing. Under Article III A plaintiff must Show (1) An "inJury in fact". (Fields have shown that); (2) A sufficient "CAsual connection between the inJury And the conduct complained of", (Fields have Shown that); And (3) A "Likelihood" that the inJury "will be redressed by a favorable decision." <u>LuJan v. Defenders of</u> <u>Wildlife</u>, At 560-561, 112 S.Ct. 2130, 119 L.Ed. 2d 351 (internal quotation marks omitted). Fields meets All three prongs.

"An inJury sufficient to satisfy Article III must be "concrete and particularized" And "Actual or Imminent", not "conJectural" or "hypothetical." <u>LuJan; Supra,</u> At 560, 112 S.Ct. 2130, 119 L.Ed. 2d 351 (Some internal quotation marks omitted). Fields have Shown that the inJury is "concrete and particularized" And "Actual" And the defendants agree based

on their interpretation and attempt to rely on HECK v. HUMPHREY; supra. Based on the facts, Evidence and the defendants responses(s), this is indeed a suit of claim(s) upon which relief can be granted and will be granted if and when this court allow for a Jury of our peers to determine the final outcome.

<u>CONCLUSION</u>

For the foregoing reason(s) the defendants Motion to Dismiss should be rejected by this Court.

Dated: August 19, 2021
        Beaumont, Texas

Respectfully Submitted

Sherman Fields
# 15651-180
USP Beaumont
P.O. Box 26030
Beaumont, Texas
                77720
        Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHERMAN LAMBERT FIELDS
Plaintiff,

v.

Civil No. 20-2699 (JEB)

DONALD J. TRUMP, Et Al.,
defendants.

## CERTIFICATE OF SERVICE

I certify that on this 25th date of August, 2021, the Plaintiff served this RESPONSE TO DEFENDANTS MOTION TO DISMISS by causing it to be mailed to the following Address:

JOHNNY H. WALKER
D.C. Bar# 991325
Asst. U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Counsei for Defendants

SHERMAN FIELDS
Plaintiff Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHERMAN LAMONT FIELDS
    Plaintiff,

v.                                          Civil No. 20-2699 (JEB)

DONALD J. TRUMP, Et Al.,
    defendants.

## PROPOSED ORDER

Upon Consideration the Defendant's Motion to dismiss, it is hereby ORDERED that the Motion is DENIED.

It is further ORDERED that the Plaintiff and the defendant(s) SHALL attempt to reach an AGREEMENT. If the parties(s) are unable to reach the AGREEMENT within sixty (60) days of the signing of this PROPOSED ORDER a TRIAL DATE will be set to allow a Jury of your peers to decide the FINAL OUTCOME.

Dated: _____          _____
                                 JAMES E. BOASBERG
                                 U.S. District Judge

Since the Plaintiff is incarcerated and proceeding Pro Se. As a courtesy Attorney(s) F. Italia Patti and or Jean Giles will relay to the plaintiff any offers in negotiation from the defendant(s) counsel. They can be reached at: (317) 383-3520

APP - 1

Direct Examination of Steve January by Mr. Snyder——1326

A.   Same -- same thing, fingerprinted, trace lifters, vacuuming.

Q.   And had it vacuumed and everything, correct?

A.   I believe they vacuumed it. Yes.

Q.   And when you say vacuumed it, you're looking for trace evidence, correct?

A.   Yes.

Q.   Hairs, fibers, anything you can find?

A.   Yes.

Q.   And the results of that was this thing was clean, correct?

A.   That is correct.

Q.   Now, did you obtain a set of keys that were in evidence at the Waco Police Department?

A.   Yes. I did.

Q.   And these keys were -- the keys had been found in the apartment on Ruby; is that correct?

A.   Yes, It is.

Q.   And what did you do with these keys after you removed them from evidence?

A.   This particular car had -- I took the keys out of the property room is what I did.

Q.   Okay.

A.   It had an electronic chip in the key itself and -- which indicated it would only start one specific ignition. And

APP - 2

```
==========================================================================    | SUPPLEMENT
              W A C O   P O L I C E   D E P A R T M E N T                      | Report
                        WACO, TEXAS
==========================================================================================
·Reported Date: 11/15/01   Time: 07:35        Case: 01-075644 (003)PAGE: 1 of 2
·Code: 29.03 1F PC         Crime: AGG ROBBERY  Class: 030110
·Occurrence Date: 11/15/01-                    Day: THURSDAY -         Time: 07:30-07:35
·Status: AC  ACTIVE INVES                      Closing Officer: 000201 JANUARY S
·Location: 3000 HERRING, WA                                          RD:   335
            PARKING LOT
========================= NARRATIVE ======================================================
```

On 11/28/01 on coming to work, I found inside the Waco PD Laser Lab at 721
N. 4TH was a GRAY CHEVROLET LUMINA, 4DR, with TX tags D95MFG. I contacted
ID TECH SANDERS, who put the vehicle in the lab and he told me DET.
JANUARY found this vehicle which was used in an AGGRAVATED ROBBERY and
requested printing of the vehicle to see if any prints could be found. On
processing the outside of the vehicle, found a lot of water marks, some
smudging, no good ridge detail on the inside. On dusting the inside of the
trunk area, I found a set of plates that were F84KRK. On running the 28 on
these plates, it came back to this 1999 CHEVROLET LUMINA. The plates that
were on this vehicle were one rear plate being D95MFG. This also comes
back to a 1999 CHEVROLET, but not with the same VIN# of this LUMINA. This
one plate that did not belong to the vehicle was removed and printed.
Results will be further in this report. The two plates that were found in
the trunk area that belonged to this vehicle; one was put on the back and
the other one was left in the sack in the trunk area. Also, there was a
FORD key with a remote key ring on it. This will also be taken and placed
in the property room as evidence. The inside of the vehicle, the windows
and the mirrors were fingerprinted with the following results:

CARD # 1 - PRINTS FROM THE INSIDE DRIVER'S SIDE WINDOW

CARD # 2 - PRINTS FROM THE INSIDE DRIVER'S WINDOW, AFIS QUALITY

CARD # 3 - INSIDE BACK RIGHT PASSENGER WINDOW. APPEARS TO BE A PARTIAL
           PALM

CARD # 4 - AFIS QUALITY PRINTS FROM THE INSIDE DRIVER'S WINDOW

CARD # 5 - PRINT OVER PRINTS FROM INSIDE DRIVER'S WINDOW

CARD # 6 - PRINT OVER PRINTS. SOME OF THESE DO SHOW GOOD RIDGE DETAIL FROM
           THE INSIDE DRIVER'S WINDOW

CARD # 7 - VERY LIGHT PRINTING FROM THE INSIDE DRIVER'S WINDOW

CASRD # 8 - PRINT OVER PRINTS, SOME RIDGE DETAIL FROM THE INSIDE BACK
            PASSENGER WINDOW BEHIND DRIVER'S SEAT

CARD # 9 - TWO SMUDGE PRINTS FROM INSIDE BACK LEFT PASSENGER WINDOW BEHIND
           DRIVER

CARD #10 - LIGHT PRINTING AND SMUDGING FROM INSIDE BACK LEFT WINDOW

CARD #11 - PARTIAL PRINT FROM BACK OF LP# D95MFG

```
============================================================================
         W A C O   POLICE   DEPARTMENT              | Continuation
                    WACO, TEXAS                     | Page
============================================================================
```

Reported Date: 11/15/01  Time: 07:35        Case: 01-075644 (003) PAGE: 2 of 2
Code: 29.03 1F PC        Crime: AGG ROBBERY  Class: 030110

CARD #12 - PARTIAL PRINT FROM BACK OF LP # D95MFG

The other plates that belong to the vehicle also printed, F84KRK; however,
only smudging could be detected and no prints were located. The LP D95MFG
will be placed in the property room along with the FORD KEY and the 12
print cards will be given to JOANN in fingerprints.

I notified DET. JANUARY, who was going to contact the owner of this 1999
CHEVROLET LUMINA nad have them come retrieve their vehicle from the laser
lab.

```
============================================================================
W A C O    Police Department                       Continuation Page
============================================================================
```

Reporting Officer: BLAIR J       Number: 000179   Date: 11/29/01  Time: 12:30
       Typed by: BROUSSARD       Number: 384      Date: 11/29/01  Time: 13:11
Approving Officer: BROUSSARD     Number: 000384   Date: 11/29/01  Time: 13:22

```
==================================================================|
              W A C O   P O L I C E   D E P A R T M E N T          | SUPPLEMENT
                        WACO, TEXAS                                | Report
==================================================================|================
Reported Date: 11/15/01  Time: 07:35          Case: 01-075644 (006) PAGE: 1 of 1
Code: 29.03 1F PC         Crime: AGG ROBBERY   Class: 030110
Occurrence Date: 11/15/01-            Day: THURSDAY -              Time: 07:30-07:35
Status: AC  ACTIVE INVES          Closing Officer: 000201 JANUARY S
Location: 3000 HERRING, WA                                    RD:  335
          PARKING LOT
=============================== NARRATIVE ================================================

On 11-29-01 I received twelve latent fingerprint cards from Laser lab
Officer Blair. On these cards there are twelve latent lifts.  I find
quality of print for AFIS submission.  Prints are of good eye comparison
quality.  Fingerprints will be entered in AFIS and remain on file in the
AFIS Lab until needed.
```

```
===================================================================|================
W A C O    Police Department                                       | First Page
===================================================================|================
Reporting Officer: GUERCIO          Number: 000361  Date: 11/30/01  Time: 12:10
       Typed by: GUERCIO            Number: 361     Date: 11/30/01  Time: 12:02
Approving Officer: MCELYEA M        Number: 000387  Date: 12/03/01  Time: 08:17
```

APP-3

```
=================================================================================
                  W A C O   POLICE   DEPARTMENT           |  SUPPLEMENT
                         WACO, TEXAS                       |  Report
=================================================================================
Reported Date: 11/15/01  Time: 07:35   Case: 01-075644 (007)    PAGE: 1 of 1
Code: 29.03 1F PC          Crime: AGG ROBBERY   Class: 030110   CAD#:      Hate:
Occurrence Date: 11/15/01-            Day: Thursday -          Time: 07:30-07:35
Status: CA  CLEAR ADU AR               Closing Officer: 000201 JANUARY S
Location: 3000 HERRING, WA                                   RD:  335  Beat:
          PARKING LOT
======================== NARRATIVE =============================================
On this case I was asked to do a comparison with subject, SHERMAN FIELDS,
DOB 7/14/74, and CHRISTIAN CHAE WALKER, DOB 10/11/73. On the comparison
there is no match. Latent prints remain on file in the AFIS Lab until
needed.
```

```
=================================================================================
W A C O   Police Department                                  First Page
=================================================================================
Reporting Officer: GUERCIO        Number: 000361  Date: 12/11/03  Time:
         Typed by: HUBBARD        Number: 321     Date: 12/16/03  Time: 11:05
Approving Officer: HUBBARD,BETTY   Number: 000321  Date: 12/16/03  Time: 11:07
```

APD-4

# United States Senate
## WASHINGTON, DC 20510

August 9, 2021

The Honorable Merrick Garland
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

Dear Attorney General Garland:

We commend you for your recent decisions to impose a moratorium on federal executions pending a review of death penalty policies and procedures and to withdraw several notices of intent to seek the death penalty that the Justice Department filed during the Trump Administration. These are important steps toward ending the injustice of the death penalty. We urge you to take the additional steps of withdrawing all pending death notices, and authorizing no new death notices, while your review proceeds.

As your memorandum announcing the moratorium recognizes, there are serious concerns about arbitrariness in the application of the death penalty, its disparate impact on people of color, and the alarming number of exonerations in capital cases. These concerns justify not only a review of the procedures for carrying out the death penalty, but also support halting its use—including prohibiting federal prosecutors from seeking the death penalty—during the review process.

We were alarmed when the previous administration ended the 17-year moratorium on the federal death penalty and executed 13 individuals, more than the total number executed over the previous seven decades. By refusing to seek the death penalty and add more prisoners to death row, you can reduce the risk that a future administration will carry out federal executions at a similar rate.

The plan for strengthening America's commitment to justice advanced by President Biden during the election included the elimination of the federal death penalty, and Vice-President Harris was an original cosponsor of legislation we sponsored to eliminate the federal death penalty when she served in the Senate. We are hopeful that the Administration will support this bill, but while the Administration reviews capital punishment policy, you can take an important step toward the goal of eliminating the federal death penalty.

Thank you for your time and consideration. We look forward to your prompt response.

Sincerely,

RICHARD J. DURBIN
United States Senator

PATRICK LEAHY
United States Senator

CORY A. BOOKER
United States Senator

MAZIE K. HIRONO
United States Senator

BERNARD SANDERS
United States Senator

EDWARD J. MARKEY
United States Senator

TAMMY BALDWIN
United States Senator

CHRIS VAN HOLLEN
United States Senator

ALEX PADILLA
United States Senator

AMY KLOBUCHAR
United States Senator

SHERROD BROWN
United States Senator

JEFFREY A. MERKLEY
United States Senator

TIM KAINE
United States Senator

CHRISTOPHER A. COONS
United States Senator

ELIZABETH WARREN
United States Senator

JON OSSOFF
United States Senator

TINA SMITH
United States Senator