SHERMAN LAMONT FIELDS,
    Plaintiff,

v.

Civil Action No. 20-2699 (JEB)

DONALD J. TRUMP, et al.,
    Defendants.



RECEIVED
MAIL
SEP - 8 2021
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## EMERGENCY RESPONSE TO COURT ORDER

On August 31, 2021 I received an ORDER from this Court via a third party; The ORDER states that the Defendant's in the Above Styled case filed A MOTION TO DISMISS And I have until today (August 31, 2021) to Respond.

As of Date I've yet to receive the MOTION TO DISMISS from the Defendants! However I had the Aforementioned third-party send me the Motion when it was filed And I responded Immediately!

To DISMISS would be totally Unfair for the following reasons:

1). I filed A Response, it's not my fault that it haven't been docketed.

2). I still haven't received no MOTION or ORDER directly from the Defendant's or the Court, So Absent the third-party (whom forwarded the Motion And Order As a Courtesy) I wouldn't Even Know About the MOTION or ORDER.

3). This suit is too IMPORTANT to Dismiss, the Actions of the Defendants is not only Tortious from A Civil Standpoint, but Also criminal In Nature.

the EVIDENCE.

The Plaintiff propose, in all fairness, that if the Court have yet to receive the RESPONSE by the time this MOTION arrive to the Court, the Court will take into Considerations (the Above) and set a new RESPONSE and Deadline date and also "MOVING FORWARD" Notify my criminal case Attorney's when something is filed in Sherman Lamont Fields v. Donald J. Trump, et al., And "as a courtesy" they will notify me immediately and RESPONSE Deadline will be kept.

Sincerely / Respectfully
Sherman Lamont Fields
#15651-180


(Courtesy) Attorney's For Plaintiff

Jean Giles
and
F. Italia Patti

Phone: (317) 383-3520
Facsimile: (317) 383-3525
www.indianafederaldefender.org