UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHERMAN LAMONT FIELDS,

*Plaintiff*,

v.

JOSEPH R. BIDEN, President,
United States of America, *et al.*,

*Defendants*.

Civil Action No. 20-2699 (JEB)

## CERTIFICATE OF SERVICE

I certify that I will serve this motion on Monday, October 4, 2021, by causing it to be placed

in the mail and sent to the following address:

SHERMAN LAMONT FIELDS
Reg. No. 15651-180
USP Beaumont
U.S. Penitentiary
P.O. Box 26030
Beaumont, Texas 77720

Dated: October 2, 2021　　　　　　　 /s/ Johnny Walker
　　　Washington, D.C.　　　　　　　JOHNNY H. WALKER
　　　　　　　　　　　　　　　　Assistant United States Attorney