**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **SHERMAN LAMONT FIELDS,**<br><br>     **Plaintiff,**<br><br>          **v.**<br><br>**DONALD J. TRUMP,** *et al.*,<br><br>     **Defendants.** | **Civil Action No. 20-2699 (JEB)** |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court

ORDERS that:

1.  Defendants' Motion to Dismiss is GRANTED; and

2.  The case is DISMISSED WITH PREJUDICE.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date:   October 29, 2021

1