UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHERMAN LAMONT FIELDS, **)** | |
| **)** | |
| Plaintiff, **)** | |
| **)** | |
| v. **)** | Civil Action No. 20-2699 (JEB) |
| **)** | |
| DONALD J. TRUMP, et al., **)** | |
| **)** | |
| Defendants. **)** | |
| **)** | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States

Attorney Marsha W. Yee as counsel for defendants and remove the appearance of Assistant

United States Attorney Johnny H. Walker in the above captioned case.

Dated:  November 10, 2021

Respectfully Submitted,

 /s/ Marsha W. Yee
MARSHA W. YEE
Assistant United States Attorney
Civil Division
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2539
Email:  Marsha.Yee@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SHERMAN LAMONT FIELDS, | **)** |  |
|  | **)** |  |
| Plaintiff, | **)** |  |
|  | **)** |  |
| v. | **)** | Civil Action No. 20-2699 (JEB) |
|  | **)** |  |
| DONALD J. TRUMP, et al., | **)** |  |
|  | **)** |  |
| Defendants. | **)** |  |
|  | **)** |  |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 10, 2021, I caused a copy of my Notice of Substitution

of Counsel to be served by United States mail, postage prepaid, upon:

> **SHERMAN LAMONT FIELDS**
> R#15651-180
> BEAUMONT
> U.S. PENITENTIARY
> Inmate Mail/Parcels
> P. O. BOX 26030
> BEAUMONT, TX 77720

Dated:  November 10, 2021

 /s/ Marsha W. Yee
MARSHA W. YEE