FOR THE DISTRICT OF COLUMBIA

SHERMAN LAMONT FIELDS

V.                                          No. 20-2699

DONALD J. TRUMP, ET AL

NOTICE OF APPEAL

1). At or about 11/12/21 the Plaintiff Sherman Lamont Fields received via a 'Third Party' an order from the court granting the Defendants Motion to dismiss the above styled cause. To date the Plaintiff haven't received nothing from the court itself, and if it wasn't for the 'Third Party' the Plaintiff wouldn't even know of the "Orders" existence.

2). Today 11/17/21 the Plaintiff received a NOTICE OF APPEARANCE for U.S. Attorney MARTHA W. YEE on behalf of the defendants replacing U.S. Attorney Johnny Walker as counsel.

3). The Plaintiff is not only sueing for the injurie(s) the Defendants caused, the Plaintiff is also challenging the doctrine of immunity and other institutions that on its face places every court and sitting judge in conflict due to bias and other issues, which borders on Constitutional Crisis.

RECEIVED
Mail Room
NOV 29 2021
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

4). The district Court purports to grant the Defendants motion to Dismiss, in part because the Plaintiff's suit "runs headlong into the doctrine of Judicial immunity"; which in turn makes every Court and every Judge bias, for they all harbor the most obvious conflict of interest.

5). To avoid a Constitutional Crisis of immense proportions the Plaintiff will once again offer the Defendants an opportunity to "settle" the Above Styled Cause.

6). In the Alternative this serves as the Plaintiffs NOTICE OF APPEAL.

Respectfully Submitted

Sherman Fields
# 15651-180
USP Beaumont
P.O. Box 26030
Beaumont, Texas
77720

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHERMAN LAMONT FIELDS

v.                                    No. 20-2699

DONALD J. TRUMP, ET AL

CERTIFICATE OF SERVICE

I certify that I will serve this NOTICE
OF APPEAL on Wednesday, November 17, 2021,
by causing it to be placed in the mail
and sent to the following Address:

                    MARTHA W. YEE
                    Asst. U.S. Attorney
                    Civil Division
                    U.S. Attorneys office
                    555 4th St. N.W.
                    Washington, DC 20001

Dated: November 17, 2021
        Beaumont, Texas

                            Sherman Fields
                            Plaintiff
                            Pro Se