# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: <u>1:20–cv–02699–JEB</u>

FIELDS v. TRUMP et al
Assigned to: Judge James E. Boasberg
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 09/22/2020
Date Terminated: 10/29/2021
Jury Demand: None
Nature of Suit: 550 Prisoner Petition: Civil Rights (Other)
Jurisdiction: U.S. Government Defendant

**<u>Plaintiff</u>**

**SHERMAN LAMONT FIELDS**  represented by  **SHERMAN LAMONT FIELDS**
R#15651–180
BEAUMONT
U.S. PENITENTIARY
Inmate Mail/Parcels
P. O. BOX 26030
BEAUMONT, TX 77720
PRO SE

V.

**<u>Defendant</u>**

**DONALD J. TRUMP**  represented by  **Marsha Wellknown Yee**
*President of the United States*  U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252–2539
Fax: (202) 252–2599
Email: marsha.yee@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
DOJ–CIV
Civil Division
1100 L Street NW
Washington, DC 20005
202–514–3183
Email: johnny.h.walker@usdoj.gov
*TERMINATED: 11/10/2021*

**<u>Defendant</u>**

**WILLIAM P. BARR**  represented by  **Marsha Wellknown Yee**
*Attorney General*  (See above for address)
*TERMINATED: 06/07/2021*  *LEAD ATTORNEY*

1

ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*TERMINATED: 11/10/2021*

**Defendant**

| | | |
|---|---|---|
| **REGIONAL DIRECTOR**<br>*Federal Bureau of Prisons*<br>*TERMINATED: 06/07/2021* | represented by | **Marsha Wellknown Yee**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Johnny Hillary Walker , III**<br>(See above for address)<br>*TERMINATED: 11/10/2021* |

**Defendant**

| | | |
|---|---|---|
| **T. WATSON**<br>*Warden*<br>*TERMINATED: 06/07/2021* | represented by | **Marsha Wellknown Yee**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Johnny Hillary Walker , III**<br>(See above for address)<br>*TERMINATED: 11/10/2021* |

**Defendant**

| | | |
|---|---|---|
| **JOHN DOES**<br>*Individually and in their official capacities*<br>*TERMINATED: 06/07/2021* | represented by | **Marsha Wellknown Yee**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Johnny Hillary Walker , III**<br>(See above for address)<br>*TERMINATED: 11/10/2021* |

**Defendant**

| | | |
|---|---|---|
| **EDITH JONES**<br>*Judge* | represented by | **Marsha Wellknown Yee**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Johnny Hillary Walker , III**<br>(See above for address)<br>*TERMINATED: 11/10/2021* |

**Defendant**

| | | |
|---|---|---|
| **UNITED STATES COURT OF APPEALS FOR THE 5TH CIRCUIT** | represented by | **Marsha Wellknown Yee**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*TERMINATED: 11/10/2021*

**Defendant**

**SUPREME COURT OF THE UNITED STATES**    represented by    **Marsha Wellknown Yee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*TERMINATED: 11/10/2021*

**Defendant**

**CONGRESS**    represented by    **Marsha Wellknown Yee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny Hillary Walker , III**
(See above for address)
*TERMINATED: 11/10/2021*

**Movant**

**DUSTIN J. HIGGS**    represented by    **DUSTIN J. HIGGS**
31133−037
TERRE HAUTE FCI
P.O. BOX 33
TERRE HAUTE, IN 47808
PRO SE

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 09/22/2020 | | | **Initiating Pleading & IFP Application Received on 09/22/2020.** A copy of the docket sheet has been mailed to the address of record for the pro se party. (zsb) (Entered: 09/24/2020) |
| 09/22/2020 | 1 | | COMPLAINT against WILLIAM P. BARR, JOHN DOES, REGIONAL DIRECTOR, DONALD J. TRUMP, T. WATSON filed by SHERMAN LAMONT FIELDS. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(zsb) (Entered: 09/24/2020) |
| 09/22/2020 | 2 | | MOTION for Leave to Proceed in forma pauperis by SHERMAN LAMONT FIELDS (zsb) (Entered: 09/24/2020) |
| 09/24/2020 | 3 | | PRO SE ORDER directing within 30 days of this Order, unless an extension of time is granted, plaintiff to provide a six month trust fund prisoner account statement and failure to comply will result in dismissal of case. Plaintiff shall |

| | | | |
|---|---|---|---|
| | | | provide the requested information specific within this order. Pro Se party has been notified by first class mail. Signed by Judge Rudolph Contreras on 09/24/2020. (zsb) (Entered: 09/25/2020) |
| 10/22/2020 | 4 | | RESPONSE TO ORDER OF THE COURT re 3 Pro Se Order Directing Prisoner Statement, filed by SHERMAN LAMONT FIELDS. (zsb) (Entered: 11/03/2020) |
| 10/22/2020 | 5 | | PRISONER TRUST FUND ACCOUNT STATEMENT for period of six months by SHERMAN LAMONT FIELDS (zsb) (Entered: 11/03/2020) |
| 11/03/2020 | 6 | | ENTERED IN ERROR.....ORDER extending the time for plaintiff's submission of trust fund account statement. Signed by Judge Ketanji Brown Jackson on 11/3/20. (psu2) Modified on 11/3/2020 (psu2). (Entered: 11/03/2020) |
| 11/05/2020 | 7 | | ORDER directing an initial partial filing fee in the amount of $23.50 from Prison Account of SHERMAN LAMONT FIELDS and granting MOTION for Leave to Proceed In Forma Pauperis (see order for full details). Pro Se party has been notified by first class mail. Signed by Judge Ketanji Brown Jackson on 11/04/2020. (zsb) (Entered: 11/05/2020) |
| 11/05/2020 | | | Case Assigned to Judge James E. Boasberg. (zsb) (Entered: 11/06/2020) |
| 11/06/2020 | | | MINUTE ORDER: The Court ORDERS that the Clerk shall direct the USMS to effect service on Defendants. So ORDERED by Judge James E. Boasberg on 11/06/2020. (lcjeb2) (Entered: 11/06/2020) |
| 12/01/2020 | 8 | | MOTION to Intervene by DUSTIN J HIGGS (ztd) (Additional attachment(s) added on 12/8/2020: # 2 Exhibit Motion to Proceed IFP) (ztd). (Entered: 12/08/2020) |
| 12/21/2020 | 9 | | SUMMONS (5) Issued as to WILLIAM P. BARR, REGIONAL DIRECTOR, DONALD J. TRUMP, T. WATSON, U.S. Attorney and U.S. Attorney General sent to the U.S. Marshals Service (zsb) (Entered: 12/21/2020) |
| 12/23/2020 | 10 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General. Date of Service Upon United States Attorney General 12/22/2020, RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 12/22/2020. (Answer due for ALL FEDERAL DEFENDANTS by 2/20/2021.) (ztth) (Entered: 12/28/2020) |
| 01/08/2021 | 11 | | Summons Returned Unexecuted as to DONALD J. TRUMP. (ztth) (Entered: 01/08/2021) |
| 01/08/2021 | 12 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. T. WATSON served on 1/4/2021. (ztth) (Entered: 01/08/2021) |
| 02/05/2021 | 13 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. REGIONAL DIRECTOR served on 2/4/2021. (ztth) (Entered: 02/05/2021) |
| 02/17/2021 | 14 | | NOTICE of Appearance by Johnny Hillary Walker, III on behalf of All Defendants (Attachments: # 1 Certificate of Service)(Walker, Johnny) (Entered: 02/17/2021) |
| 02/17/2021 | 15 | | MOTION to Stay by WILLIAM P. BARR, JOHN DOES, REGIONAL DIRECTOR, DONALD J. TRUMP, T. WATSON. (Attachments: # 1 Text of |

| | | | |
|---|---|---|---|
| | | | Proposed Order, # 2 Certificate of Service)(Walker, Johnny) (Entered: 02/17/2021) |
| 02/17/2021 | | | MINUTE ORDER GRANTING Defendants' 15 Motion to Stay. The Court ORDERS that: (1) The case is STAYED pending further order of the Court; and (2) Defendants shall file a status report proposing a schedule for further proceedings by May 7, 2021. So ORDERED by Judge James E. Boasberg on 2/17/2021. (lcjeb2) (Entered: 02/17/2021) |
| 02/17/2021 | | | Set/Reset Deadlines: Status Report due by 5/7/2021. (znbn) (Entered: 02/18/2021) |
| 02/17/2021 | | | Case Stayed until further Order of the Court. (znbn) (Entered: 02/18/2021) |
| 03/09/2021 | 16 | | RESPONSE re 15 MOTION to Stay filed by SHERMAN LAMONT FIELDS. "Leave to file GRANTED" by Judge James E. Boasberg on 3/9/2021. (ztth) (Entered: 03/10/2021) |
| 05/07/2021 | 17 | | STATUS REPORT by WILLIAM P. BARR, JOHN DOES, DUSTIN J. HIGGS, REGIONAL DIRECTOR, DONALD J. TRUMP, T. WATSON. (Attachments: # 1 Certificate of Service)(Walker, Johnny) (Entered: 05/07/2021) |
| 05/10/2021 | | | MINUTE ORDER: The Court ADOPTS Defendants' 17 Status Report and ORDERS that it shall file a further status report by June 4, 2021. So ORDERED by Judge James E. Boasberg on 5/10/2021. (lcjeb2) (Entered: 05/10/2021) |
| 05/10/2021 | | | Set/Reset Deadlines: Status Report due by 6/4/2021. (nbn) (Entered: 05/12/2021) |
| 06/04/2021 | 18 | | STATUS REPORT by WILLIAM P. BARR, JOHN DOES, DUSTIN J. HIGGS, REGIONAL DIRECTOR, DONALD J. TRUMP, T. WATSON. (Attachments: # 1 Certificate of Service)(Walker, Johnny) (Entered: 06/04/2021) |
| 06/07/2021 | | | MINUTE ORDER: The Court ADOPTS Defendants' 18 Status Report and ORDERS that they shall file a further status report by July 6, 2021. So ORDERED by Judge James E. Boasberg on 6/7/2021. (lcjeb2) (Entered: 06/07/2021) |
| 06/07/2021 | 19 | | AMENDED COMPLAINT against DONALD J. TRUMP, EDITH JONES, UNITED STATES COURT OF APPEALS FOR THE 5TH CIRCUIT, SUPREME COURT OF THE UNITED STATES, CONGRESS filed by SHERMAN LAMONT FIELDS. (ztth) (Entered: 06/09/2021) |
| 06/08/2021 | | | Set/Reset Deadlines: Status Report due by 7/6/2021 (lsj) (Entered: 06/08/2021) |
| 07/06/2021 | 20 | | STATUS REPORT by CONGRESS, DUSTIN J. HIGGS, EDITH JONES, SUPREME COURT OF THE UNITED STATES, DONALD J. TRUMP, UNITED STATES COURT OF APPEALS FOR THE 5TH CIRCUIT. (Attachments: # 1 Certificate of Service)(Walker, Johnny) (Entered: 07/06/2021) |
| 07/07/2021 | | | MINUTE ORDER: The Court ADOPTS Defendants' 20 Status Report and ORDERS that: 1) The stay is LIFTED; and 2) Defendants shall file their Answer or otherwise respond to Plaintiff's Amended Complaint by August 6, |

| | | | |
|---|---|---|---|
| | | | 2021. So ORDERED by Judge James E. Boasberg on 7/7/2021. (lcjeb1) (Entered: 07/07/2021) |
| 07/07/2021 | | | Set/Reset Deadlines: Answer due by 8/6/2021. (znbn) (Entered: 07/07/2021) |
| 08/06/2021 | 21 | | MOTION for Extension of Time to *Respond to the Amended Complaint* by CONGRESS, EDITH JONES, SUPREME COURT OF THE UNITED STATES, DONALD J. TRUMP, UNITED STATES COURT OF APPEALS FOR THE 5TH CIRCUIT. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service)(Walker, Johnny) (Entered: 08/06/2021) |
| 08/06/2021 | | | MINUTE ORDER GRANTING Defendants' 21 Motion for Extension of Time. The Court ORDERS that Defendants shall respond to Plaintiff's Complaint by August 9, 2021. So ORDERED by Judge James E. Boasberg on 8/06/2021. (lcjeb2) (Entered: 08/06/2021) |
| 08/06/2021 | | | Set/Reset Deadlines: Responses due by 8/9/2021. (nbn) (Entered: 08/06/2021) |
| 08/09/2021 | 22 | | MOTION to Dismiss by CONGRESS, EDITH JONES, SUPREME COURT OF THE UNITED STATES, DONALD J. TRUMP, UNITED STATES COURT OF APPEALS FOR THE 5TH CIRCUIT. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order, # 3 Certificate of Service)(Walker, Johnny) (Entered: 08/09/2021) |
| 08/10/2021 | 23 | | ORDER DIRECTING Plaintiff to respond to Defendants' 22 Motion to Dismiss the Complaint no later than August 31, 2021. Signed by Judge James E. Boasberg on 08/10/2021. (lcjeb2) (Entered: 08/10/2021) |
| 08/10/2021 | | | Set/Reset Deadlines: Dispositive Motions due by 8/31/2021. (lsj) (Entered: 08/10/2021) |
| 08/23/2021 | 24 | | Mail Returned as Undeliverable; Type of Document Returned: 8–6–21 Order;.. (nbn) (Entered: 08/23/2021) |
| 09/07/2021 | | | MINUTE ORDER: As Plaintiff has failed to respond to Defendants' Motion to Dismiss, the Court ORDERS that: 1) Defendants' 22 Motion to Dismiss is GRANTED as conceded per LCvR 7(b); and 2) The case is DISMISSED WITHOUT PREJUDICE. So ORDERED by Judge James E. Boasberg on 9/7/2021. (lcjeb3) (Entered: 09/07/2021) |
| 09/08/2021 | 25 | | RESPONSE re 22 MOTION to Dismiss filed by SHERMAN LAMONT FIELDS. (ztth) (Entered: 09/27/2021) |
| 09/08/2021 | 26 | | RESPONSE TO ORDER OF THE COURT re 23 Order filed by SHERMAN LAMONT FIELDS. (ztth) (Entered: 09/27/2021) |
| 10/02/2021 | | | MINUTE ORDER: Given delays in the mail and transmission difficulties, the Court ORDERS that: 1) The dismissal is VACATED; and 2) Defendants shall have until October 15, 2021, to reply to Plaintiff's 25 Response. So ORDERED by Judge James E. Boasberg on 10/02/2021. (lcjeb2) (Entered: 10/02/2021) |
| 10/02/2021 | 27 | | REPLY to opposition to motion re 22 MOTION to Dismiss filed by WILLIAM P. BARR, CONGRESS, JOHN DOES, EDITH JONES, REGIONAL DIRECTOR, SUPREME COURT OF THE UNITED STATES, DONALD J. TRUMP, UNITED STATES COURT OF APPEALS FOR THE 5TH CIRCUIT, T. WATSON. (Attachments: # 1 Certificate of Service)(Walker, Johnny) |

| | | | |
|---|---|---|---|
| | | | (Entered: 10/02/2021) |
| 10/29/2021 | 28 | | ORDER: For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that: 1) Defendants' 22 Motion to Dismiss is GRANTED; and 2) The case is DISMISSED WITH PREJUDICE. Signed by Judge James E. Boasberg on 10/29/2021. (lcjeb1) (Entered: 10/29/2021) |
| 10/29/2021 | 29 | | MEMORANDUM OPINION re 28 Order on Motion to Dismiss. Signed by Judge James E. Boasberg on 10/29/2021. (lcjeb1) (Entered: 10/29/2021) |
| 11/04/2021 | 30 | | LEAVE TO FILE DENIED – Response. This document is unavailable as the Court denied its filing. "Leave to file DENIED. Case closed 10/29/21." Signed by Judge James E. Boasberg on 11/4/2021. (ztth) (Entered: 11/09/2021) |
| 11/10/2021 | 31 | | NOTICE OF SUBSTITUTION OF COUNSEL by Marsha Wellknown Yee on behalf of All Defendants Substituting for attorney Johnny H. Walker (Yee, Marsha) (Entered: 11/10/2021) |
| 11/29/2021 | 32 | | NOTICE OF APPEAL as to 28 Order, by SHERMAN LAMONT FIELDS. Fee Status: IFP. Parties have been notified. (zjf) (Entered: 12/01/2021) |

SHERMAN LAMONT FIELDS

V.                                          No. 20-2699

DONALD J. TRUMP, ET AL

NOTICE OF APPEAL

1). At or about 11/12/21 the Plaintiff Sherman Lamont Fields received via a 'Third Party' an Order from the Court granting the Defendants Motion to dismiss the above styled cause. To date the Plaintiff haven't received Nothing from the Court itself, and if it wasn't for the 'Third Party' the Plaintiff wouldn't even know of the "Orders" existence.

2). Today 11/17/21 the Plaintiff received a NOTICE OF APPEARANCE for U.S. Attorney MARTHA W. YEE on behalf of the defendants replacing U.S. Attorney Johnny Walker as Counsel.

3). The Plaintiff is not only sueing for the injurie(s) the Defendants caused, the Plaintiff is not challenging the doctrine of immunity and other institutions that on its face places every Court and Sitting Judge in conflict due to bias and other issues, which borders on Constitutional Crisis.

RECEIVED
Mail Room

NOV 29 2021

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

4). The district Court purports to grant the Defendants motion to Dismiss, in part because the Plaintiff's suit "runs headlong into the doctrine of Judicial immunity"; which in turn makes Every Court and Every Judge bias, for they all harbor the most obvious Conflict of interest.

5). To avoid a Constitutional Crisis of Immense proportions the Plaintiff will once again offer the Defendants an opportunity to "SETTLE" the above Styled Cause.

6). In the Alternative this serves as the Plaintiffs NOTICE OF APPEAL.

Respectfully Submitted

Sherman Fields
# 15651-180
USP Beaumont
P.O. Box 26030
Beaumont, Texas
77720

FOR THE DISTRICT OF COLUMBIA

SHERMAN LAMONT FIELDS

v.                                    No. 20-2699

DONALD J. TRUMP, ET AL

CERTIFICATE OF SERVICE

I certify that I will serve this NOTICE OF APPEAL on Wednesday, November 17, 2021, by causing it to be placed in the mail and sent to the following address:

MARTHA W. YEE
ASST. U.S. ATTORNEY
Civil Division
U.S. Attorneys Office
555 4th St. N.W.
Washington, DC 20001

Dated: November 17, 2021
        Beaumont, Texas

                              SHERMAN FIELDS
                              Plaintiff
                              Pro Se

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

SHERMAN LAMONT FIELDS,

    Plaintiff,

        v.

DONALD J. TRUMP, *et al.*,

    Defendants.

               Civil Action No. 20-2699 (JEB)

**MEMORANDUM OPINION**

Federal prisoner Sherman Fields initially brought this *pro se* suit seeking to enjoin his execution. See ECF No. 1 (Compl.). When his death sentence was vacated in early 2021, he filed an Amended Complaint, this time naming former President Donald Trump, Fifth Circuit Judge Edith Jones, the entire Fifth Circuit, the Supreme Court, and Congress. See ECF No. 19 (Am. Compl.). He seeks to vacate his conviction and also asks for $1 billion in damages. Id. at 1. To support such requests, he asserts that the Fifth Circuit improperly denied him relief because of his race and failed to follow applicable law, id. at 6, 24; the Supreme Court did not exercise appropriate supervision over the "rogue" Fifth Circuit or provide Plaintiff with equal protection of the law, id. at 34, 38; and President Trump and Congress violated their oaths to uphold the Constitution. Id. at 42. Citing a litany of grounds, Defendants now move to dismiss, which the Court will grant.

I.    **Legal Standard**

Defendants' Motion invokes the legal standards for dismissal under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). When a defendant brings a Rule 12(b)(1) motion to dismiss for lack of subject-matter jurisdiction, the plaintiff "bears the burden of establishing

1

jurisdiction by a preponderance of the evidence." Bagherian v. Pompeo, 442 F. Supp. 3d 87, 91–92 (D.D.C. 2020) (quoting Didban v. Pompeo, 435 F. Supp. 3d 168, 172–73 (D.D.C. 2020)); see Lujan v. Defenders of Wildlife, 504 U.S. 555, 561 (1992). The Court "assume[s] the truth of all material factual allegations in the complaint and 'construe[s] the complaint liberally, granting plaintiff the benefit of all inferences that can be derived from the facts alleged.'" Am. Nat'l Ins. Co v. FDIC, 642 F.3d 1137, 1139 (D.C. Cir. 2011) (quoting Thomas v. Principi, 394 F.3d 970, 972 (D.C. Cir. 2005)).

To survive a motion to dismiss under Rule 12(b)(6), a complaint must "state a claim upon which relief can be granted." Bell Atl. Corp. v. Twombly, 550 U.S. 544, 552 (2007). Although "detailed factual allegations" are not necessary to withstand a Rule 12(b)(6) motion, id. at 555, "a complaint must contain sufficient factual matter, [if] accepted as true, to 'state a claim to relief that is plausible on its face.'" Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009) (quoting Twombly, 550 U.S. at 570). While a plaintiff may survive a Rule 12(b)(6) motion even if "'recovery is very remote and unlikely,'" the facts alleged in the complaint "must be enough to raise a right to relief above the speculative level." Twombly, 550 U.S. at 555–56 (quoting Scheuer v. Rhodes, 416 U.S. 232, 236 (1974)).

## II.     Analysis

Defendants have a surfeit of options to choose from in seeking to dismiss this action. The Court addresses a few briefly.

First, to the extent that Fields wishes this Court to reverse or review decisions by the Fifth Circuit or the Supreme Court upholding his conviction or sentence, he is out of luck. This Court "lacks subject matter jurisdiction to review the final determinations of other courts." Kissi v. United States, 2012 WL 5382898, at *1 (D.D.C. Oct. 31, 2012) (citations omitted). If Plaintiff

2

wishes to file a habeas action, he must name the warden of his current penal institution, and venue would lie in that federal district.

Second, he may not obtain damages from Judge Jones, any other Fifth Circuit judge, or the Supreme Court because he runs headlong into the doctrine of judicial immunity. "Few doctrines were more solidly established at common law than the immunity of judges from liability for damages for acts committed within their judicial jurisdiction." Pierson v. Ray, 386 U.S. 547, 553–54 (1967). The purpose of the doctrine is to "protect[] judicial independence by insulating judges from vexatious actions prosecuted by disgruntled litigants," Forrester v. White, 484 U.S. 219, 225 (1988) (citation omitted) — precisely the case here. As a result, "judges of courts of superior or general jurisdiction are not liable to civil actions for their judicial acts, even when such acts are in excess of their jurisdiction, and are alleged to have been done maliciously or corruptly." Stump v. Sparkman, 435 U.S. 349, 356 (1978) (citation and internal quotation omitted).

Third, his claim against Trump and Congress based on their oaths of office does not advance, given that "[t]he oaths that government officials take in assuming their office do not create any private right of action." Caldwell v. Obama, 6 F. Supp. 3d 31, 47 (D.D.C. 2013). If he is somehow claiming that they violated a contract with him, he has not sufficiently alleged the elements of a breach-of-contract claim.

## III. Conclusion

For the foregoing reasons, the Court will grant Defendants' Motion to Dismiss.  An Order so stating will issue this day.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date:   October 29, 2021

4

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

**SHERMAN LAMONT FIELDS,**

    **Plaintiff,**

      **v.**

**DONALD J. TRUMP,** *et al.*,

    **Defendants.**

Civil Action No. 20-2699 (JEB)

---

## <u>ORDER</u>

For the reasons set forth in the accompanying Memorandum Opinion, the Court

ORDERS that:

1. Defendants' Motion to Dismiss is GRANTED; and

2. The case is DISMISSED WITH PREJUDICE.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date:   October 29, 2021

1