# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-5280**                                        **September Term, 2021**

**1:20-cv-02699-JEB**

**Filed On: July 18, 2022** [1955464]

Sherman Lamont Fields,

      Appellant

    v.

Donald J. Trump, Ex-President of the
United States, et al.,

      Appellees

### M A N D A T E

In accordance with the order of June 2, 2022, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                    **FOR THE COURT:**
                    Mark J. Langer, Clerk

      BY:    /s/
                    Daniel J. Reidy
                    Deputy Clerk

Link to the order filed June 2, 2022