# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-5280**                                    **September Term, 2021**

**1:20-cv-02699-JEB**

**Filed On: June 2, 2022** [1949062]

Sherman Lamont Fields,

      Appellant

    v.

Donald J. Trump, Ex-President of the
United States, et al.,

      Appellees

**O R D E R**

By order filed December 7, 2021, appellant was directed to either pay the $505.00 appellate docketing and filing fees to the Clerk of the District Court or file a motion in district court for leave to proceed on appeal in forma pauperis, and to file certain initial submissions in this court, by January 6, 2022. By order filed March 29, 2022, the court resent the prior orders to appellant and extended the deadline for appellant to comply with the orders to April 28, 2022. To date, the fee remains unpaid and the court is not in receipt of appellant's submissions. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case by July 18, 2022.

                      **FOR THE COURT:**
                      Mark J. Langer, Clerk

        BY:    /s/
                      Scott H. Atchue
                      Deputy Clerk